AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated) | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:25-cv-02170-SB |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, US Depart. of Homeland Security, in her official capacity; US DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) ) ) | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Donald J. Trump
President of the United States
1600 Pennsylvania Ave., N.W.
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Kelly Simon<br>ACLU Foundation of Oregon<br>PO Box 40585<br>Portland, OR 97240 | Alexander M. Tinker<br>Daniel H. Skerritt<br>Maureen S. Bayer<br>Olivia Ashé<br>Tonkon Torp LLP<br>1300 SW Fifth Ave., Suite 2400<br>Portland, OR 97201 | J. Ashlee Albies<br>Albies & Stark LLC<br>1500 SW 1st Ave Ste 1000<br>Portland OR  97201 | Jane L Moisan<br>People's Law Project<br>1500 SW 1st Ave Ste 1000<br>Portland OR  97201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated) <br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, US Depart. of Homeland Security, in her official capacity; US DEPARTMENT OF HOMELAND SECURITY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-02170-SB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Kelly Simon <br> ACLU Foundation of Oregon <br> PO Box 40585 <br> Portland, OR 97240 | Alexander M. Tinker <br> Daniel H. Skerritt <br> Maureen S. Bayer <br> Olivia Ashé <br> Tonkon Torp LLP <br> 1300 SW Fifth Ave., Suite 2400 <br> Portland, OR 97201 | J. Ashlee Albies <br> Albies & Stark LLC <br> 1500 SW 1st Ave Ste 1000 <br> Portland OR  97201 | Jane L Moisan <br> People's Law Project <br> 1500 SW 1st Ave Ste 1000 <br> Portland OR  97201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated)

*Plaintiff(s)*

v.

DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, US Depart. of Homeland Security, in her official capacity; US DEPARTMENT OF HOMELAND SECURITY

*Defendant(s)*

Civil Action No. 3:25-cv-02170-SB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KRISTI NOEM, U.S. Secretary, Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | | |
|---|---|---|---|
| Kelly Simon<br>ACLU Foundation of Oregon<br>PO Box 40585<br>Portland, OR 97240 | Alexander M. Tinker<br>Daniel H. Skerritt<br>Maureen S. Bayer<br>Olivia Ashé<br>Tonkon Torp LLP<br>1300 SW Fifth Ave., Suite 2400<br>Portland, OR 97201 | J. Ashlee Albies<br>Albies & Stark LLC<br>1500 SW 1st Ave Ste 1000<br>Portland OR  97201 | Jane L Moisan<br>People's Law Project<br>1500 SW 1st Ave Ste 1000<br>Portland OR  97201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print     Save As...     Reset