AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, US Depart. of Homeland Security, in her official capacity; US DEPARTMENT OF HOMELAND SECURITY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No.  3:25-cv-02170-SB <br><br> **AMENDED SUMMONS** |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Donald J. Trump
President of the United States
1600 Pennsylvania Ave., N.W.
Washington, DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | | |
|---|---|---|---|
| Kelly Simon <br> ACLU Foundation of Oregon <br> PO Box 40585 <br> Portland, OR 97240 | Alexander M. Tinker <br> Daniel H. Skerritt <br> Maureen S. Bayer <br> Olivia Ashé <br> Tonkon Torp LLP <br> 1300 SW Fifth Ave., Suite 2400 <br> Portland, OR 97201 | J. Ashlee Albies <br> Albies & Stark LLC <br> 1500 SW 1st Ave., Ste 1000 <br> Portland, OR 97201 | Jane Moisan <br> People's Law Project <br> 1500 SW 1st Ave., Ste 1000 <br> Portland, OR 97201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated <br> *Plaintiff(s)* <br> v. <br> DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, US Depart. of Homeland Security, in her official capacity; US DEPARTMENT OF HOMELAND SECURITY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:25-cv-02170-SB <br><br> **AMENDED SUMMONS** |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   U.S DEPARTMENT OF HOMELAND SECURITY Office of General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528-0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | | |
|---|---|---|---|
| Kelly Simon <br> ACLU Foundation of Oregon <br> PO Box 40585 <br> Portland, OR 97240 | Alexander M. Tinker <br> Daniel H. Skerritt <br> Maureen S. Bayer <br> Olivia Ashé <br> Tonkon Torp LLP <br> 1300 SW Fifth Ave., Suite 2400 <br> Portland, OR 97201 | J. Ashlee Albies <br> Albies & Stark LLC <br> 1500 SW 1st Ave., Ste 1000 <br> Portland, OR 97201 | Jane Moisan <br> People's Law Project <br> 1500 SW 1st Ave., Ste 1000 <br> Portland, OR 97201 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, US Depart. of Homeland Security, in her official capacity; US DEPARTMENT OF HOMELAND SECURITY <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-02170-SB <br><br> **AMENDED SUMMONS** |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   KRISTI NOEM, U.S. Secretary, Homeland Security Office
of General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528-0485

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | | |
|---|---|---|---|
| | Alexander M. Tinker | J. Ashlee Albies | Jane Moisan |
| | Daniel H. Skerritt | Albies & Stark LLC | People's Law Project |
| Kelly Simon | Maureen S. Bayer | 1500 SW 1st Ave., Ste 1000 | 1500 SW 1st Ave., Ste 1000 |
| ACLU Foundation of Oregon | Olivia Ashé | Portland, OR 97201 | Portland, OR 97201 |
| PO Box 40585 | Tonkon Torp LLP | | |
| Portland, OR 97240 | 1300 SW Fifth Ave., Suite 2400 | | |
| | Portland, OR 97201 | | |

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*