**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

PAGE 1 –  DECLARATION OF JEFFREY MILLER

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>　　　　　Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF JEFFREY MILLER** |

I, Jeffrey Miller, hereby declare under penalty of perjury as follows:

1.　　I am over the age of 18 and a current resident of Portland, OR.

2.　　On October 11, 2025, at approximately 7 pm, I was standing on the south side of SW Bancroft on the sidewalk in front the ICE building. I had recently arrived on my motorcycle and parked a few blocks away. While approaching, I noticed some pro-ICE demonstrators, who tried to stop and engage with me. I walked towards the building looking for a friend I was supposed to meet.

3.　　There was pepper ball gas and white and orange smoke in the air, and I could smell CS in the air, which was irritating my sinuses.

PAGE 2 – DECLARATION OF JEFFREY MILLER

4.     There were about sixty people, some of whom were video recording from the north side of Bancroft St, and farther north on S. Moody there was a group of pro-ICE demonstrators carrying signs that said "Protect ICE" and "We love ICE."

5.     Demonstrators were near the driveway but not blocking it and were not blocking vehicles from going in or out of the building.

6.     I was on public property and not on ICE property, and not over the Blue Line demarcating where members of the public were not to cross.

7.     I was wearing motorcycle protective gear, including a thick jacket with thick padding underneath and knee pads. I had a backpack with my motorcycle helmet in it.

8.     I am not a trained medic, but while there, I was trying to provide support to people who had been hit by federal agents with pepper ball or similar impact munitions.

9.     I was kneeling down, talking to someone also kneeling near the gates of the ICE building, who appeared to be impacted by smoke, CS gas and pepper balls launched by federal agents from the ICE building. I offered him saline solution for his eyes.

10.    About 40 Federal Agents came streaming out of the building. They were wearing full tactical gear, some had lasers, all of them had their pepper ball guns aimed at people and were actively shooting at me and the person next to me and the area in front of me. A lot of them had "POLICE" written on the front or back of their uniforms, but many had no markings at all. At least one individual federal agent outside identified themselves as "Immigrant Services," and when he did so, another agent told him to "shut up." One agent identified themselves as "FBI", and another agent told that agent to "shut up," and told me to shut up and listen, and said "you heard wrong, he said FPS." I had also clarified that I heard "FBI" and the agent told "you heard wrong."

11.    All the federal agents had facemasks on, covering up their faces, and did not have any form of identification like a name or badge number visible.

12.    There was a significant amount of smoke and tear gas used by the federal agents against the anti-ICE demonstrators, but they did not use any weapons or force on the pro-ICE

demonstrators.

13.     I did not see anyone in the crowd give the federal agents any reason or justification to use force on them like that. Federal agents were firing munitions at people who were a block or two away from the building and who were not threatening.

14.     The federal agents knocked me down. As I was trying to get back up, they pushed me back down again.

15.     The federal agents did not give me a warning before using force on me.

16.     The federal agents appeared to use force in response or retaliation to people's speech or expression, for example, people yelling "Fuck you ICE, go home, you are not welcome here." Others were reading poetry or had megaphones and yelled to apartment building residents to close up their windows when tear gas was being used by the federal agents.

17.     While I was on the ground, another federal agent kneeled on my back, and two federal agents kicked my torso. One of the federal agents came over and stomped on my hand, breaking my finger. I had broken this same finger prior, and it was incredibly painful.

18.     After this, four to five federal agents picked me up by the neck and by my legs and dragged me towards the building.

19.     They then dragged me into the ICE building, where three federal agents roughly shoved me up against the wall with a camera in my face. Another federal agent was holding their elbow against my neck and pressing my face against the wall.

20.     One federal agent, wearing what looked like a police badge that said the letters "FPS" around the badge, told me to "shut up," and "don't look back at [us]."

21.     The federal agents tore my boots and clothing off and took off all my motorcycle gear. They destroyed my boots by ripping off the buckles on either side and violently yanking them off my feet. When I was stripped down to my shirt and boxers, they pulled my pants down to my kneecaps. I was like this for 10-15 minutes while they worked on "intake".

22.     During this time, I told them my finger was broken and asked them to be more careful; they did not listen and all but one were unnecessarily rough with me.

PAGE 4 – DECLARATION OF JEFFREY MILLER

23.     One federal agent, [A] offered me medical attention and the moment he talked to me, the other officers told him to "shut the fuck up" and "stop talking" with me, and did not provide me with medical services.

24.     I asked for a lawyer, but they denied me one, and at no point did they read me my Miranda rights.

25.     I asked for a medical professional to tend to my finger, but they denied me one.

26.     In addition, while federal agents were ostensibly conducting a security pat down, the agents overly patted down my genital area. Three separate times, various federal agent grabbed and groped my genitals, which was incredibly dehumanizing and demeaning.

27.     In addition, I had my motorcycle license plate in my backpack, and without getting my consent, they searched my backpack and took my motorcycle plate information as well.

28.     I requested to call my lawyer, but they said, "we will talk about that later."

29.     I asked them whether I was being detained or arrested, the federal agents initially responded that they could not tell me.

30.     The federal agent [A] asked if I knew why I was being detained, I said no, and he proceeded to tell me what kind of actions are viable for being arrested and another agent told him to "be quiet, stop talking. STOP. Shhh".

31.      When I asked again whether I was being detained and they were going to put me in a cell. I again told them my finger was broken and needed a medical professional.

32.     Two agents [B and C] threatened me with incarceration and threatened to take me to Clark County jail or to Multnomah County jail.

33.     They continued intake at this point, they put me against a white board, and then they told me to pull my pants up and get dressed; they took photos of me from the front, sides and back, documenting all my information and writing it all down and then taking photos of me with that information.

34.     An ICE agent or DHS agent took photos of my tattoo without consent.

35.    Federal agent [B] later asked me if I had any tattoos, I responded that I didn't need to tell him that, and he said I did. He looked at my arm, and directed me to show my tattoo on my shoulder and then took photographs of my tattoo.

36.    They threw me into a cell by myself, where the temperature was approximately 42 degrees, and continued to deny me medical attention even though I asked multiple times by this point in time.

37.    Federal agent [C] entered the cell and told me I was lying about being there. The federal agent [C] who had threatened me with violence earlier kept saying they'd keep me in the holding cell for three to four days. He kept telling me to "get with the system," and to "follow the program." He whispered in my ear that if I didn't give them my social security number to them, he would beat me in the cell. Because I feared additional physical violence from them, I provided my social security number.

38.    While I was in the ICE building, I could hear the sounds of flash bangs and concussion grenades, and screams from people demonstrating outside.

39.    Once I was in the cell, there was a payphone in there. I picked it up a few times to see if it would work, but it was a dead line.

40.    Right before letting me go, a masked federal agent came over, looked at my finger and told me there wasn't anything they could do.

41.    Before going outside, while I was still in custody, they told me to bend over, told me to sit on the chair and look at the wall and I was not allowed to do anything else under threat of not being allowed out.

42.    On the way out, one federal agent repeatedly stated that if he sees me back there, that "[you] will be sent to Texas or Clark County. Don't let me see you here again."

43.    The federal agents held me for four hours, then had federal agent [B] escort me out.

44.    I was released without a ticket or citation and not told whether I was charged with anything.

PAGE 6 – DECLARATION OF JEFFREY MILLER

45.    The last week of October of 2025, I was in North East Portland getting a coffee, walking in the neighborhood without my cell phone. An ICE vehicle approached me, and an ICE agent got out of the car, masked with no camera and a "POLICE" patch on his chest, yelling at me to back up, yelling at me that I was "illegal." The ICE agent held me gun point and forced me into the vehicle. They did not ask for ID or ask who I was.

46.    Once inside the car, another ICE agent said, "this guy's not a fucking illegal." They had been driving on I-5 towards Washington state and pulled over to tell me to get out of the car near IKEA in Portland.

47.    The car was a white SUV, with no license plate.

48.    I have not been back to the ICE building since October 11, but I do plan on going back to continue to assist people.

49.    At no time did I witness any protesters use force against any federal agent.

50.    I would like to show support, but if I do go back, I will stay far away from the building. I am afraid they have been or will be authorized to use increased force and that it will come out of nowhere. I worry that they will try to target me.

51.    Attached hereto as **Exhibits A-C** are true and accurate copies of photos that I took of my injured finger on October 11, 2025

52.    Attached hereto as **Exhibit D-E** is a true and accurate copy of photos of the scene on October 11, 2025.

53.    Attached hereto as **Exhibit F** is a true and accurate copy of a photo I took of munitions that federal officers used against the crowd on October 11, 2025.

54.    Attached hereto as **Exhibits G-J** are a true and accurate copy of videos of the scene outside the ICE building on October 11, 2025.


**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**


PAGE 7 – DECLARATION OF JEFFREY MILLER

Signed by:

BA5B12D8BDF348F...

JEFFREY MILLER

1/8/2026

DATE

# EXHIBIT A

Docusign Envelope ID: 9D25E8C8-BF05-41E6-A384-9E5EF64EADCC



Docusign Envelope ID: 9D25E8C8-BF05-41E6-A384-9E5EF64EADCC

# EXHIBIT B

Docusign Envelope ID: 9D25E8C8-BE05-41E6-A384-9E5EF64EADCC



# EXHIBIT C

Docusign Envelope ID: 9D25E8C8-BF05-41E6-A384-9E5EF64EADCC



Docusign Envelope ID: 9D25E8C8-BF05-41E6-A384-9E5EF64EADCC

# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G

# MILLER EXHIBIT G

# Video submitted in native format by USB drive

# EXHIBIT H

# MILLER EXHIBIT H

# Video submitted in native format by USB drive

# EXHIBIT I

# MILLER EXHIBIT I

# Video submitted in native format by USB drive

# EXHIBIT J

# MILLER EXHIBIT J

## Video submitted in native format by USB drive