**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile: 503.274.8779

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*

Plaintiffs,

v.

DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security

Defendants.

Civil No. 3:25-cv-02170-SB

**DECLARATION OF LAURIE ECKMAN**

I, Laurie Eckman, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and have personal knowledge of the facts herein and am competent to testify thereto.

2. I am 84 years old and have been a resident of Portland, Oregon since 1976. I currently live in the South Waterfront neighborhood, where I have lived since 2018. I live in an apartment with my husband, Richard Eckman.

3. I am currently retired. However, I have a background in public service, including working for Oregon State Parks leading nature walks and working for the Oregonian.

4. I am a mother and grandmother. We are a multiracial family that deeply values diversity. I am also an active member in my church.

5. Richard and I have lived in our current apartment since 2021. Our apartment window overlooks Elizabeth Carruthers Park, and the building is a few blocks East of the Portland Immigration and Customs Enforcement (ICE) building.

6. Part of what my husband and I enjoy most about our neighborhood is the diversity we experience. Because of our proximity to the Oregon Health Sciences University (OHSU), there is a wide range of diversity in age, national origin, race, and ethnicity. We also enjoy walking the neighborhood with our dog and feeling connected to the surrounding community as we walk and interact with our neighbors.

7. My favorite walking loop goes from our apartment, catches the bike/walking path that goes between the ICE building and the former Cottonwood School building, goes South toward the yacht club, catches the riverside path, and returns North toward our apartment.

8. When I was younger, I participated actively in anti-war protests during the Vietnam War. Since that time period, I did not participate in many protests. I did attend a couple Black Lives Matter rallies in 2020, including joining groups of mothers called the Wall of Moms. I have also attended a couple of No Kings rallies in 2025.

9. During protests that occurred in Portland from 2020-2021, federal officers with the Department of Homeland Security (DHS) used tear gas in the Southwest Waterfront neighborhood. When that occurred, my husband and I had to close our apartment balcony doors and stay inside to prevent gas exposure.

10. On October 4, 2025, in the early afternoon, Richard and I were in our apartment and noticed a gathering of people in Elizabeth Caruthers Park. We noticed there were signs being held with messages communicating disagreement with recent threats to deploy military into Portland, Oregon. There were signs indicating there were Veterans opposed to those military actions. There were signs supporting immigrants and opposing inhumane treatment of immigrants. People were dressed in everyday clothing.

11. Richard and I decided together to join the gathering at the spur of the moment because we shared the beliefs we saw being expressed and identified with people we saw. I was personally very bothered to hear the President refer to Portland as a "warzone" and attempt to send the military to Portland. I do not think it is appropriate to use the military to shut down protests or deport immigrants.

12. I brought a sign down to the park gathering with me. I had made the sign for a prior No Kings Day event. On one side, the sign read: "No Kings." On the opposite side, the sign read: "Will swap 10,000 immigrants for one little King Donald."

13. At first we stayed in the park and listened to speeches, crowd chants, and shared space with others who were present. One speaker spoke through a megaphone reminding the crowd to be peaceful. There was specific direction about not engaging or provoking ICE agents or other federal officers who may be present at the ICE building. We were also directed not to cross the blue federal property line. Nobody spoke about or advocated for anything incendiary.

14. Many of us marched together the short distance from Elizabeth Carruthers park to the ICE building. At the ICE building, the protest crowd was peaceful. There were chants and signs. The mood was cheerful and calm. I did not observe anybody cross the blue property line or provoke any federal officers.

15. Richard and I stood on the south side of S Bancroft street between the building that I knew to be the former location of the Cottonwood School and the Portland ICE building. We were standing to the east of the brick planter in front of the ICE building where the sidewalk and street meet.

16. We could see federal officers with guns of some sort standing on the roofs looking down over the protest. Not long after we arrived, a group of federal officers came out of the driveway gate near to the end of the driveway. Some wore dark uniforms; others wore green uniforms. Many appeared to be holding long guns of some type. They also had helmets and masks. They then marched back behind the driveway gate and closed it. I did not observe any cars entering or exiting. I do not know why they marched out and back in again.

17. Soon thereafter, the driveway gate opened again and a larger group of federal officers with the same attires and weaponry came barreling out of the gate and toward the crowd. There were no warnings or directions. The federal officers suddenly started firing their munitions. A gaseous substance started filling the air, including substances of different colors, like white, green, and red. They fired munitions at the crowd and tossed a chemical munitions in our direction.

18. Suddenly, I heard a loud bang and felt an extremely hard and direct impact that caused a sharp pain on the right side of my head near my right temple. I was immediately in severe pain. I was coughing and choking. I couldn't see. I was disoriented and very scared.

19. In reaction to the pain, I dropped the sign I had been carrying. I never saw my sign again.

20. Some people came alongside me and helped me walk to a different area. They sat me down and poured something in my eyes that helped alleviate the pain of the gas in my eyes. They also were washing my head and applied some sort of bandage to it.

21. Four Portland police officers came up to me. I could not really hear them, but I understood that they were concerned for my well-being.

22. At some point I realized I was sitting leaning up against the Gray's Landing building. I am familiar with this building because my granddaughter used to live in the building.

23. Once the bleeding on my head was controlled and I could see somewhat, I just wanted to leave and be at home.

24. Somebody in the crowd walked Richard and his walker over to where I was sitting. I was relieved when I saw Richard. Richard and I then walked home from the protest together.

25. When I got home and took off my outer layer, I realized that I was soaked in blood. The blood was so saturated into my clothing that it had soaked through my jacket, my shirt, covered my bra, and even was on my jeans. My hair also had blood saturated on it.

26. I continued to have a headache throughout that afternoon, so I decided to go to the nearby emergency room at Oregon Health Sciences University (OHSU). There, I was given a CAT scan and instructions for caring for a concussion. I continued to have a headache the rest of the night.

27. In the days that followed, I developed bruising surrounding my right eye. The wound on the right side of my head has now formed a scar.

28. Attached hereto as Exhibit A is a true and correct copy of a photo of me and my blood-soaked clothing. My husband, Richard Eckman, took this photo of me on October 4, 2025 at approximately 2:00 p.m. after we returned home from the protest at the Portland ICE building.

29. Attached hereto as Exhibit B is a true and correct copy of a photo I took of my head wound on October 4, 2025 at approximated 2:10 p.m. time after I returned home from the protest at the Portland ICE building.

30. Attached hereto as Exhibit C is a true and correct copy of a photo that I took of my blood-soaked bra on October 4, 2025 at approximately 9:51 p.m.

31. Attached hereto as Exhibit D is a true and correct copy of a photo that I took of the bruising surrounding my eye. I took the photo on October 9, 2025 at approximately 5:12 p.m.

32. I continue to experience pneumonia like symptoms, including coughing and trouble breathing. It is my belief that this is related to being exposed to the federal officers' chemical munitions on October 4, 2025.

33. I was completely shocked by what happened to me. The officers' force was unprovoked and unnecessary. I had no idea that federal agents would target peaceful people, much less vulnerable people like me. I never imagined that would happen in my own neighborhood.

34. I no longer feel safe attending protests where federal agents may be present because I fear the same thing could happen to me again. If I thought I would be safe, I would

protest at the ICE building again. What happened to me should not happen to anybody, and I am just glad that I lived through it.

35. I experience apprehension on my neighborhood walks when I am near the Portland ICE building. I feel that I am known by ICE now and cannot predict how they would behave if they saw me. I am afraid officers recognizing me would provoke the officers.

36. I have agreed to serve as a class representative in this case. I understand that this requires that any actions I take must be for not just myself, but for all others who are not named plaintiffs, but are in a similar situation regarding their need for protection from abusive practices by Defendants that are designed to suppress our exercise of First Amendment rights. I understand that this requires that I do not have any interests that are in conflict with the interests of other class members. I hereby confirm that I know of no such conflicts. I also confirm that I will make all decisions in a manner that fairly represents the interests of all class members, and that I will make no decisions or take any actions as a class representative that are for my sole benefit, rather than for all class members.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DocuSigned by:
Laurie Eckman
0E7A40EDA85E40F...
LAURIE ECKMAN

1/25/2026
DATE

Docusign Envelope ID: B48A9507-7C7B-4F15-A728-2414D7000E3D


# EXHIBIT A


Docusign Envelope ID: B48A9507-7C7B-4F15-A728-2414D7000E3D

# EXHIBIT B


Docusign Envelope ID: B48A9507-7C7B-4F15-A728-2414D7000E3D

# EXHIBIT C

Docusign Envelope ID: B48A9507-7C7B-4F15-A728-2414D7000E3D



# EXHIBIT D


Docusign Envelope ID: B48A9507-7C7B-4F15-A728-2414D7000E3D