**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF RICHARD ECKMAN

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF RICHARD ECKMAN** |

I, Richard Eckman, declare as follows:

1. I am 83 years old and have been a resident of Portland, Oregon since 1976. I currently live in the South Waterfront neighborhood, where I have lived since 2018. I live in an apartment with my wife, Laurie Eckman.

2. We have lived in our current apartment since 2021. Our apartment window overlooks Elizabeth Carruthers Park, and the building is a few blocks East of the Portland Immigration and Customs Enforcement (ICE) building.

PAGE 2 – DECLARATION OF RICHARD ECKMAN

3.  Part of what my wife and I enjoy most about our building and neighborhood is the diversity we experience. Because of our proximity to the Oregon Health Sciences University (OHSU), there is a wide range of diversity in age, national origin, race, and ethnicity. We also enjoy walking the neighborhood with our dog and feeling connected to the surrounding community as we walk and interact with our neighbors.

4.  When I was young, I was enlisted in the United States Navy. I was an active member of the Navy during the Vietnam War. I held a variety of roles and posts during the Vietnam War. When I left the service in 1976, I held the rank of Lieutenant.

5.  Shortly after moving to Portland, Oregon in 1976, I knew I wanted to have a career in federal service and utilize my military skills, so I joined the United States Army Reserve. I started in the role of civilian technician and worked my way up to the role of Major in the Army Reserve by the time I retired in 1995. As a Major, I commanded a unit of approximately forty two (42) men who conducted international missions approximately three weeks out of every year.

6.  I am a father and a grandfather. We are a multiracial family that deeply values diversity. I am also an active member in my church.

7.  I have not attended many protests in my lifetime. I attended a couple of Black Lives Matter rallies in 2020, and have attended a couple of No Kings rallies in 2025.

8.  During protests that occurred in Portland from 2020-2021, federal officers with the Department of Homeland Security (DHS) used tear gas in the Southwest Waterfront neighborhood. When that occurred, my wife and I had to close our apartment balcony doors and stay inside to prevent gas exposure.

PAGE 3 – DECLARATION OF RICHARD ECKMAN

9. On October 4, 2025, in the early afternoon, Laurie and I were in our apartment and noticed a gathering of people in Elizabeth Caruthers Park. We noticed there were signs being held with messages communicating disagreement with recent threats to deploy military into Portland, Oregon. There were signs indicating there were Veterans opposed to those military actions. There were signs supporting immigrants and opposing inhumane treatment of immigrants. People were dressed in everyday clothing.

10. Laurie and I decided together to join the gathering at the spur of the moment because we shared the beliefs we saw being expressed and identified with people we saw. I especially related to the visible presence of veterans. I was personally very bothered to hear the President refer to Portland as a "warzone." I have been in a warzone, and Portland is no such place. I also do not think it is appropriate to use the military to shut down protests or deport immigrants.

11. I decided to put on a hat indicating that I was a Navy veteran. The hat was navy blue with gold letters that read "U.S. Navy."

12. At first we stayed in the park and listened to speeches, crowd chants, and shared space with others who were present. One speaker spoke through a megaphone reminding the crowd to be peaceful. There was specific direction about not engaging or provoking ICE agents or other federal officers who may be present at the ICE building. We were also directed not to cross the blue federal property line. Nobody spoke about or advocated for anything incendiary.

13. Many of us marched together the short distance from Elizabeth Carruthers park to the ICE building. At the ICE building, the protest crowd was peaceful. There were chants and signs. The mood was cheerful and calm. I did not observe anybody cross the blue property line or provoke any federal officers.

PAGE 4 – DECLARATION OF RICHARD ECKMAN

14. We could see federal officers with guns on standing on the roofs looking down over the protest. Not long after we arrived, a group of federal officers came out of the driveway gate near to the end of the driveway. Some wore dark uniforms; others wore green uniforms. Many, if not most, appeared to be holding guns of some type. They also had helmets and masks. They then marched back behind the driveway gate and closed it. I did not observe any cars entering or exiting. I do not know why they marched out and back in again.

15. Soon thereafter, the driveway gate opened again and a larger group of federal officers with the same attire and weaponry came barreling out of the gate and toward the crowd. There were no warnings or directions. The federal officers suddenly started firing their munitions. Gas and/or smoke started filling the air, including substances of different colors. They fired impact rounds at the crowd and tossed chemical munitions into the crowd.

16. I observed multiple cannister-like objects emitting gaseous substances. Many colors of smoke-like substances filled the air, including white, green, and red.

17. One munition detonated by me and left residue on my walker. I felt targeted because I was visibly dress in clothing identifying me as a veteran. It was loud and chaotic. I could not see once the gaseous substance got in my eyes, and I struggled to breathe. I was choking and coughing and became disoriented.

18. Because of the federal officers rushing into the crowd, I was also knocked into forcefully. I walk with a walker, so the walker and people around me supported me from being completely knocked down.

19. A woman grabbed me, supported me, and guided me as we walked away together. Somebody put eye drops in my eyes that helped alleviate the burning sensation caused by the substances that were emitted from the federal officers' munitions.

PAGE 5 – DECLARATION OF RICHARD ECKMAN

20. After being attended to myself, I located Laurie. I was relieved to find her after being stunned at what had just happened. When I found Laurie, she was receiving medical attention while sitting next to the Gray's Landing building. I recognize this building because my granddaughter used to live in it.

21. Laurie and I walked home together back to our apartment. At home, Laurie took off her coat and I saw she was covered in blood. I was very worried about her.

22. Later that evening, I took my wife to the OHSU emergency room. I was concerned that her wound was beginning to leak and that she had a bad headache, and I was worried that something more serious could be going on with her head.

23. I was completely shocked by what happened at the protest. I still struggle to understand how officers are able to use guns on peaceful protesters. Guns require people to aim them, and one officer's aim was directed at my wife's head.

24. I am concerned about the impacts of the federal officers' continued actions, including their use of chemical and impact munitions, on my neighbors and in my neighborhood.

25. I continue to regularly walk a path that includes the walking path between the ICE building and the former Cottonwood School building. I miss having the school in the neighborhood and am concerned about the residents that live in Gray's Landing who continue to experience the harmful gases that I experienced.

26. I never observed anything to provoke such an extreme level of violence that I experienced from the federal officers. The crowd was peaceful. It was my impression that the federal officers were trying to start a fight.

27. As a veteran, I was offended by the behavior of the federal officers. I swore an oath to uphold the constitution, and they crossed a line.

PAGE 6 – DECLARATION OF RICHARD ECKMAN

28. I no longer feel safe attending protests where federal agents may be present because I fear the same thing could happen to me again. If I thought I would be safe, I would protest at the ICE building again because I want to speak out against what I observed there. What happened to me should not happen to anybody, and I am just glad that I lived through it.

29. I have agreed to serve as a class representative in this case. I understand that this requires that any actions I take must be for not just myself, but for all others who are not named plaintiffs, but are in a similar situation regarding their need for protection from abusive practices by Defendants that are designed to suppress our exercise of Fist Amendment rights.  I understand that this requires that I do not have any interests that are in conflict with the interests of other class members.  I hereby confirm that I know of no such conflicts.  I also confirm that I will make all decisions in a manner that fairly represents the interests of all class members, and that I will make no decisions or take any actions as a class representative that are for my sole benefit, rather than for all class members.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DocuSigned by:

*Richard Eckman*
CB2CE1C3C8514C9...
_____
RICHARD ECKMAN

1/25/2026
_____
DATE