**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile: 503.274.8779

   *Counsel for Plaintiffs*

Page 1 –   DECLARATION OF MASON THOMAS

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON, a.k.a. "the Portland Chicken," LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, and HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS) in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF MASON THOMAS** |

I, Mason Thomas, hereby declare:

1.     My name is Mason Thomas. I am over the age of 18 and my current occupation is an independent freelance dog sitter and animal caregiver.

2.     My spouse and I live in Salem, approximately an hour's drive from Portland, and we have community in Portland.

3.     My first time protesting at the ICE facility in Portland was on October 18, 2025. My spouse and I went together. The event took place outside the ICE facility, on and around the public sidewalk and street.

4.     On October 18, 2025, the crowd outside the ICE facility was peaceful. I saw people playing music, dancing, holding signs, crocheting, sharing food, and talking. I did not see anyone throwing objects at the building, trying to break down doors, or otherwise attempting to damage the facility or physically attack officers.

5. That day, there was a very large law enforcement presence. I saw officers in different uniforms, including black uniforms labeled "DHS Police," officers from Border Protection, and other officers wearing camouflage or federal-style uniforms. Many wore helmets with face shields, full gas masks, and body armor that covered their faces and made it hard to identify them individually.

6. I observed multiple officers carrying assault-style rifles in addition to weapons that appeared to be pepperball guns. I also saw officers positioned on the roof of the ICE facility, looking down on the crowd with binoculars and pointing flashlights and other lights at protesters.

7. On October 18, 2025, while people near the front line were playing music and dancing, I saw approximately two to four officers with pepperball guns actively shooting toward the area where protesters were gathered near the edge of the driveway and sidewalk. From what I observed, this happened even though people were not attempting to cross onto federal property or physically threaten the officers.

8. October 18, 2025, was the first time in my life I experienced pepperballs or tear gas. When the chemical agents were deployed that night, I experienced intense burning in my throat and chest, difficulty breathing, and a choking sensation, as if I was being suffocated. My skin on my face and arms burned as if held under a flame.

9. After that night, my spouse and I spent money on protective equipment we had never needed before, including respirators, gloves, eye protection, and earplugs, specifically so we could try to continue attending protests while protecting ourselves from pepperballs and tear gas.

10. Since my first exposure to tear gas and pepperballs on October 18, 2025, I have had severe breathing problems. I have been hospitalized twice for asthma exacerbations following these protests and have received numerous breathing treatments, as well as two rounds of antibiotics and steroids.

Page 3 –   DECLARATION OF MASON THOMAS

11. On or about November 21, 2025, during an evening protest, I was standing on the public sidewalk near the edge of the ICE facility driveway. There is a painted blue line marking the boundary by the driveway. I positioned myself about two sidewalk squares back from the end of the driveway, farther than an arm's length away from the driveway opening.

12. As officers came out to clear the driveway that night, one officer in DHS-type gear walked toward me and said, "Get back." I responded, "I am back." The officer then said again, "I said get back," took additional steps toward me, and, without me moving closer to the driveway, shoved me hard on my shoulders with both hands. The shove pushed me backward with enough force that I would have fallen to the ground if another protester standing behind me had not caught me.

13. The officer who shoved me on or about November 21, 2025, on a separate occasion when officers were lined up at the facility, pointed at me and called me "fatty" while other officers were present.

14. Throughout the times I attended protests at the ICE facility, I felt the officers singled me out for attention and enforcement. This feeling was based on experiences in which officers directed bright flashlights and lasers at my face while amongst a crowd, made demeaning comments towards me, offered condescending facial expressions at me, and physically shoving me amongst a crowd of people.

15. Because of the targeting I experienced at the ICE facility in Portland, I am now afraid of encountering ICE officers in and around my home in Salem and feel at risk even when I am not protesting.

16. I have also observed repeated instances of unprofessional behavior by officers at the ICE facility during protests. For example, I have seen officers banter back and forth with protesters, mock protesters by putting their hands up close to protesters' faces and giving sarcastic gestures. On some occasions, officers have made comments or gestures that appeared intended to taunt or demean protesters.

17. During several protests, I have also witnessed and experienced the use of a loud sound device that emitted a painful, high-frequency noise directed toward the area where protesters were gathered.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and I understand they are made for use as evidence in court and are subject to penalty for perjury.**

DATED: December 10, 2025.

*Mason Thomas*
_____
Mason Thomas

099997\33090\19075248v1

Page 5 –   DECLARATION OF MASON THOMAS