**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 –  DECLARATION OF LUCAS ANGELL-ATCHISON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>   Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF LUCAS ANGELL-ATCHISON** |

I, Lucas Angell-Atchison, hereby declare under penalty of perjury as follows:

1. I am over the age of eighteen and make this declaration based on my personal knowledge. If called to testify, I could and would testify competently to the facts stated herein.

2. I am a resident of Portland, Oregon, and have lived in Portland for approximately five years.

3. On Monday, January 19, 2026, Martin Luther King Jr. Day, I arrived at the ICE facility between approximately 6:30 to 6:45 p.m.

4. There was not a significant Portland Police Bureau or Department of Homeland Security ("DHS") presence when we arrived. Normally, officers are visible on the second level

PAGE 2 – DECLARATION OF LUCAS ANGELL-ATCHISON

of the facility, but I did not see them at that time.

**Protest Conditions Prior to Use of Force**

5.  When I arrived at the ICE facility, I saw that protesters had gathered on the sidewalk and started chanting. The atmosphere was not aggressive or out of the ordinary for peaceful protests that I have observed around the ICE facility in the past. I estimate there were over one hundred protesters present.

6.  I positioned myself across the street from the ICE facility in front of a mechanics shop.

7.  As the evening progressed, some protesters began to move into the street, but vehicles still were able to pass through.

8.  After approximately half an hour, some protesters began crossing a blue line marking the driveway area of the ICE facility. Their demeanor was calm. The protesters sat down along the edges of the ICE facility driveway in a manner that allowed vehicles to enter and exit the premises.

9.  After protesters crossed the blue line and sat in the driveway area, I crossed the street to the same side as the ICE facility in anticipation of a possible law enforcement response. I positioned myself in front of the main gate of the facility and could observe the gate and driveway area clearly.

10. The seated driveway protest continued for several minutes without a response from DHS or other law enforcement. The protesters resumed their chanting during this time.

**Announcements and Pepper Ball Use**

11. After several minutes of sitting and chanting, an announcement was made over a loudspeaker stating words to the effect of: "You are on federal public property. If you do not move, you will be subject to arrest." This announcement was consistent with warnings I have heard at prior protests.

12. Initially, nothing happened following the announcement. Protesters participating in the sit-in continued to sit. Protesters who were not involved in the sit-in were standing and

PAGE 3 – DECLARATION OF LUCAS ANGELL-ATCHISON

chanting.

13. A few minutes later, law enforcement officers emerged from the ICE facility and approached the driveway protesters.

14. The sit-in participants were either silent or chanting and their conduct remained nonviolent. Other protesters standing outside the ICE facility heckled law enforcement verbally, but no protester approached or became physical with law enforcement.

15. After law enforcement emerged from the ICE facility, they began firing pepper ball projectiles at the seated and standing protesters lining the driveway.

16. I saw the protesters try to cover themselves, but they otherwise didn't move from their seated or standing positions. None of the protesters that I could observe approached law enforcement or engaged in any sort of physical confrontation.

17. After law enforcement fired pepper balls, another announcement was made instructing people to leave.

**Use of Chemical Spray and Arrests**

18. Within approximately five minutes after firing the pepper balls, law enforcement officers opened the ICE facility gate and rushed toward the seated protesters. At that point, officers began spraying protesters at close range with what appeared to be orange, sticky pepper spray.

19. At one point, I observed a law enforcement officer aiming a chemical spray gun at a protester standing less than a foot in front of him.

20. I also saw a law enforcement officer begin spraying a chemical spray into a standing protester's face at close range while walking towards the standing protester. The protester was wearing black clothing on top and red clothing on bottom. The officer continued to spray the protester's face for an extended amount of time as he approached the protester. The protester did not move at all while being sprayed in the face.

21. I observed at least five officers involved in this rush.

22. Protesters who were not part of the sit-in yelled at law enforcement, asking why

PAGE 4 – DECLARATION OF LUCAS ANGELL-ATCHISON

they were using force and telling them to stop.

23. Sit-in protesters remained seated and attempted to shield themselves from the chemical spray.

24. Law enforcement officers began pushing the seated protesters. I observed officers drag one individual by their arm into the facility. I observed officers push several other people.

25. Officers appeared to selectively detain certain individuals. I observed one person in a black sweatshirt being dragged by the arm. I also observed officers pull another individual by the back of their shirt or backpack. That person was wearing blue clothing. These individuals were dragged past the gate into facility grounds while officers continued spraying chemical agents.

26. After these actions, officers began retreating back into the facility while some protesters remained seated along the driveway. Protesters began advancing further onto the property, after which the gate was closed.

27. I took two videos of this incident using my cell phone. Submitted with this declaration via thumb drive delivery to the Court are true and accurate copies of these videos marked **Exhibit *Angell-Atchison*_A** and **Exhibit *Angell-Atchison*_B**.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

*Lucas Angell-Atchison*
———————————————
LUCAS ANGELL-ATCHISON

01 / 25 / 2026
———————————————
DATE

PAGE 5 – DECLARATION OF LUCAS ANGELL-ATCHISON

# EXHIBIT *Angell-Atchison*_A

# ANGELL-ATCHISON EXHIBIT *Angell-Atchison*_A

# Video submitted in native format by USB drive

# EXHIBIT *Angell-Atchison*_B

# ANGELL-ATCHISON

## EXHIBIT *Angell-Atchison*_B

## Video submitted in native format by USB drive