**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile: 503.274.8779

*Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF BENNETT HASELTON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>            Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>            Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF BENNETT HASELTON** |

I, Bennett Haselton, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and have personal knowledge of the facts herein and am competent to testify thereto.

2. I am 47 years old and am a resident of Seattle, Washington.

3. I am currently working as an independent freelancer and have an occupational background in cybersecurity.

4. I started attending the Portland ICE facility protests on October 1, 2025 to witness the ongoing protests at the facility for myself. I specifically wanted to document acts of violence and instigation by federal agents because I did not see enough news coverage in the media of

PAGE 2 – DECLARATION OF BENNETT HASELTON

Docusign Envelope ID: 5D7209EC-B823-4494-B569-CC3AD32E055E

what protesters were experiencing on the ground. I have documented the protests by using both my iPhone and GoPro cameras.

5.     Between October 1, 2025 to October 29, 2025, I posted videos to my "X" account, @bennetthaselton, which garnered hundreds of thousands to millions of views each.

6.     I witnessed and captured on video multiple incidents where federal agents forcefully shoved peaceful protesters. Attached as **Exhibit A** is a true and correct copy of that video. I also posted the video to my X account at

https://x.com/bennetthaselton/status/1974606405446598960.

7.     I witnessed and filmed federal agents shooting pepperballs at peaceful protesters from the roof of the ICE building. Attached as **Exhibit B** is a true and correct copy of that video. I also posted the video to my X account at

https://x.com/bennetthaselton/status/1974647449261351047.

8.     I witnessed and filed federal agents pepper spraying a protester directly in the face from a short distance without any warning. Attached as **Exhibit C** is a true and correct copy of that video. I also posted the video to my X account at

https://x.com/bennetthaselton/status/1973965734540947699.

9.     On the evening of October 2, 2025 at around 10:50pm, I witnessed a group of federal agents carrying shields walking out of the ICE facility to push protesters away from the front of the building. While a protester was walking backwards, an agent lunged forward and shoved them to the ground. After their friends helped them back up, the agent moved their shield to the side and grabbed another protester and shoved them down. I saw several other protesters get knocked down and some get tackled by federal agents.

10.    I then witnessed and filmed a protester in an inflatable frog costume trying to help someone who got pushed to the ground. As the protester in the costume reached their arms out, a federal agent wearing a uniform marked "Homeland Security" pepper sprayed directly into the air vent of their inflatable costume. Attached as **Exhibit D** is a true and correct copy of that video. I also posted the video of this incident to my X account at

PAGE 3 – DECLARATION OF BENNETT HASELTON

https://x.com/bennetthaselton/status/1974026117905584357.

11. The clip of the protester in the inflatable frog costume getting pepper sprayed that I filmed went viral internationally. The protester became known as the "Portland Frog" and the inflatable costume quickly became an iconic symbol of nonviolent protest and resistance, with frog costumes spotted at No Kings rallies all across the country and even in Paris, France and Madrid, Spain. My footage was used by reputable media sites, including KATU News, KOIN 6, NowThis Impact, 7News Australia, and more.

12. On October 4, 2025, I arrived in the morning at Elizabeth Caruthers Park for a pre-demonstration sign-making event. At the park, I, along with protesters, created a large, 5 x 32 ft "Abolish ICE" banner with tarp and duct tape that I brought from home.

13. In the early afternoon at approximately 1pm, the group of protesters marched to the ICE facility carrying the "Abolish ICE" banner at the head of the march. Once in front of the facility, protestors held up the sign across the street as part of the peaceful protest. Later into the evening, the banner was put up by attaching it to the chain-link fence across the street as the protests continued.

14. At around 8pm that evening, federal agents had formed a curved line extending outwards from the ICE facility, so that protesters could not access the driveway, sidewalk or street in front of the building. A crowd of protestors were standing directly in front of the line of agents, chanting and holding signs. I was filming the scene with my GoPro at this time. Federal agents started to push all protesters away from the building towards the corner of S Bancroft St and S Bond Ave. The crowd of protesters continued to hold up their signs and walk backwards, facing the agents.

15. Then, agents began to tear gas and throw flash bangs at the protesters. I started coughing and my eyes were stinging. The whole street was filled with white gas.

16. I spent about 15 minutes walking around the block to rest and recover. My eyes were still stinging from the tear gas. When the smoke was clear, I walked back down S Bancroft St towards the ICE facility and noticed that my banner was taken down. I talked to some people

PAGE 4 – DECLARATION OF BENNETT HASELTON

and reporters to try and find out what happened to it. I was unable to document the removal of the banner because we were pushed away from standing in front of the ICE facility.

17. Since the incident, I have continued to go back to the ICE facility to participate in and document more protests and interactions between federal agents and protesters. On October 6, 2025 at around 11pm, I filmed myself asking them, "Hey, you guys still have our banner inside your building-- that's our property", but received no response from the officers. As far as I know, the banner could still be inside their building.

18. On October 25, 2025, I witnessed and filmed a federal agent pulling a peaceful protester across the "Do Not Block" blue line and arresting them. Attached as **Exhibit E** is a true and correct copy of that video. I also posted that video to my X account at https://x.com/bennetthaselton/status/1982204826797674653.

19. The protester pulled across the line in Exhibit E was among a group of approximately a dozen other protesters standing horizontally in the street directly behind the blue line, and chanting, "No more cops in a racist system." On the other side of the blue line were multiple rows of armed federal agents directly facing the protesters. I saw a federal agent exchange words with the protester and all of a sudden, grab and pull their body towards the ICE building. When the group of standing protesters started to pull the protester towards their side, other federal agents immediately swarmed around the protester and forcefully pulled them back towards the building, resulting in the protester collapsing onto the ground of the driveway. At the same time, other federal agents began to shoot at the crowd.

20. I plan to come down to Portland again in the near future to continue to document protests and the conduct of federal agents.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

PAGE 5 – DECLARATION OF BENNETT HASELTON

Signed by:

*Bennett Haselton*
E678E99D2DF4404...

BENNETT HASELTON

1/10/2026

DATE

PAGE 6 – DECLARATION OF BENNETT HASELTON

# EXHIBIT A

# HASLETON EXHIBIT A

**Video submitted in native format by USB drive**

# EXHIBIT B

# HASTLETON EXHIBIT B

**Video submitted in native format by USB drive**

# EXHIBIT C

# HASLETON EXHIBIT C

**Video submitted in native format by USB drive**

# EXHIBIT D

# HASLETON EXHIBIT D

**Video submitted in native format by USB drive**

# EXHIBIT E

# HASLETON EXHIBIT E

**Video submitted in native format by USB drive**