**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF JED VANKRIEKEN

Docusign Envelope ID: A67BA749-E2AE-41AB-AACB-84BAC8A5B1C0

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security <br><br> Defendants. | Civil No. 3:25-cv-02170-SB <br><br> **DECLARATION OF JED VANKRIEKEN** |

I, Jed Vankrieken, hereby declare under penalty of perjury as follows,

1. I am over the age of 18 and have personal knowledge of the facts herein and am competent to testify thereto.

2. I am a resident of Olympia, Washington.

3. I have run an independent news aggregate website since 2005 and have worked in Information Technology for over 20 years.

4. I started attending the Portland ICE facility protests on June 13, 2025 to document interactions between protesters and federal agents. I have documented the protests at the ICE facility on June 13, August 22, August 23, October 2, October 3, October 4, October 18,

PAGE 2 – DECLARATION OF JED VANKRIEKEN

November 8, and November 15.

5.     I took breaks between attending protests at the ICE building because filming content requires a lot of preparation and follow up work, such as reviewing all the footage and editing and video processing after coming home from the protests. In addition, after having been tear gassed multiple times, I have been deterred from going back for consecutive days because it has taken a while to remove the lingering tear gas from my car and clothes.

6.     I have always clearly and visibly identified myself as a journalist. I have multiple straps that hang from my backpack that spell "Journalist," which cover my shoulder and chest area. I wear a "Journalist" lanyard to make sure I am identified as press when not wearing my backpack. I also have reflective tape and bands on my backpack to make myself especially visible at night. There were some days where I also wore a helmet with "Journalist" labeled on it on multiple sides in large font at the ICE building. I use my cell phone as well as a professional camera to film my videos.

7.     Between June 13, 2025 to November 15, 2025, I posted videos of the protests at the ICE building to Instagram and Bluesky from my account, @infopig2. I witnessed and captured on video federal agents utilize tear gas, pepper balls, and other projectiles on protesters, many of whom were dancing on the street. I have also been tear gassed, pepper balled, and pepper sprayed multiple times without warning.

8.     On October 4, 2025, I attended a demonstration at the ICE building as a journalist. I arrived in the morning at Elizabeth Caruthers Park for a rally and pre-demonstration sign-making event before filming the group marching to the ICE building in the early afternoon.

9.     When the protesters arrived at the ICE facility, they started chanting and held up their signs. Minutes after that, federal agents walked out of the gate and started to shove and demand people to move away from the driveway. I was standing behind the blue "Do Not Block" line, filming, when a federal agent pepper sprayed me in the face, suddenly and without warning. I could not see for about 40 minutes and had to be treated by volunteer medics. It was extremely painful.

PAGE 3 –  DECLARATION OF JED VANKRIEKEN

10. After recovering from the pepper spray, I spent the day continuing to take photos and film the protest. Later that evening, federal agents walked out of the ICE building in a formation and started to push protesters away from the front of the ICE building. They started using tear gas on the crowd, including myself, but I continued to document what was happening.

11. As we were being tear gassed and pushed out from being in the area in front of the ICE building, I decided to run over to the other side of S Bancroft St to get a clearer view of what federal agents were doing.

12. On the other side, I witnessed a group of about 30-40 right wing counter protesters that were all standing in the area in front of the ICE building. They were cheering on federal agents that were clearing the street and using tear gas on protesters. I also heard many shots of pepperballs going off. I noticed a clear difference between how protesters and counter protesters were being treated by federal agents, because the counter protesters were not being pushed away from the ICE building or tear gassed and were able to film and taunt the protesters as they were being pushed out of the area.

13. I also witnessed a drone flying overhead. Later, I saw a video posted on the Department of Homeland Security Instagram account, which showed footage from that evening, at this link: https://www.instagram.com/reels/DQJ_AXnEpin/. I can be seen in the video at 0:41 and second time at 0:56 seconds. Attached as **Exhibit A** is a true and correct copy of the video I saw posted on the DHS Instagram account.

14. At 8:52pm, I witnessed three federal officers in camouflage uniforms remove a large "Abolish ICE" banner that I saw being created by protesters at the park that morning, that was hung up on the chain link fence across the street. I witnessed counter protesters cheering when the banner was taken down. One of the officers then ran inside the facility with the banner in their arms. Attached as **Exhibit B** is a true and correct copy of a video that I took of this incident. I also posted the video to my Instagram account at https://www.instagram.com/p/DPc0EhzDHgi /.

15. On October 18, 2025, I went to the ICE building to document the No Kings

PAGE 4 – DECLARATION OF JED VANKRIEKEN

protest. Federal agents consistently used tear gas on protesters throughout the day, and I personally experienced the most tear gas I ever have at the ICE building on this day. In the early afternoon, I witnessed federal agents arrest a severely visually impaired protester with a cane standing in front of the driveway at the ICE building, dragging him by his legs across the ground past the ICE building gate, and then loading him onto a cart and rolling away towards the ICE building. Attached as **Exhibit C** is a true and correct copy of the video I took of this incident. I also posted the video to my Instagram account at https://www.instagram.com/p/DQBlKKqEipc/ .

16. At approximately 7:45pm, I was the only journalist standing behind the "Do Not Block" line filming at least 25 federal agents behind the gate. There were more federal agents on the roof, and I witnessed one of them strobing a bright light at me. I first felt a strange tug on my leg, and later realized that I was shot with a pepperball. There was a circular outline of white powder on my upper thigh, close to the groin. I had a large bruise from the injury for about a week.

17. My last visit to the ICE building to document the protests was on November 15, 2025. I plan to return to Portland again in the near future to continue to document protests and the conduct of federal agents, because it is important for me that the general public see how protesters are and continue to be treated by federal agents.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**



JED VANKRIEKEN

1/23/2026

DATE

PAGE 5 – DECLARATION OF JED VANKRIEKEN

# EXHIBIT A

# VANKRIEKEN EXHIBIT A

**Video submitted in native format by USB drive**

# EXHIBIT B

# VANKRIEKEN EXHIBIT B

## Video submitted in native format by USB drive

# EXHIBIT C

# VANKRIEKEN EXHIBIT C

**Video submitted in native format by USB drive**