**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

            *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF HUGO RIOS

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated* | Civil No. 3:25-cv-02170-SB |
| Plaintiffs, | **DECLARATION OF HUGO RIOS** |
| v. | |
| DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security | |
| Defendants. | |

I, Hugo Rios, hereby declare under penalty of perjury as follows:

1.      I have been a freelance photojournalist for seven years

2.      On August 1, 2025, I began attending protests at the Portland ICE Building to capture interactions between demonstrators and DHS officers.

3.      On September 1, 2025, I went to Elizabeth Caruthers Park at the South Waterfront to document protest activity in my capacity as a journalist. I clearly marked myself as press by wearing a black helmet, goggles, and a velcro tag labeled "PRESS" across my chest. I carried my professional camera—a Canon EOS R5 with a 24-105mm lens—as well as an external battery pack, external monitor, microphone, iPhone mount, and aluminum frame to

PAGE 2 – DECLARATION OF HUGO RIOS

protect the cameras.

4.    Around mid-afternoon that day, people started marching down the street towards the Portland ICE Building. I followed them. At the Portland ICE Building, the mood appeared to be positive. There was a DJ playing music, and people were dancing and chanting. I observed approximately a hundred people gathered in front of the building. I captured footage of the dancing, then took a break to eat dinner. I planned to return later in the evening.

5.    When I returned to the Portland ICE Building after dinner, protesters had started a line dance. They were standing on the sidewalk and in the street on the Bancroft Street side of the facility. At 10:24pm, while people were still dancing, the driveway gate opened and DHS officers started to walk towards the crowd. Without any warning, the DHS officers began shooting at protestors and throwing tear gas canisters. I was standing on the sidewalk across the street from the Portland ICE Building to the north, looking south towards the gate.

6.    As I was filming the DHS officers exiting the gate, another line of 6-7 DHS officers were walking towards the crowd from Macadam St. Suddenly, without warning or verbal command, a DHS officer pushed me from behind.

7.    I continued to film the events and tried to stay out of the fray. A couple minutes later, another DHS officer told me to move back. I was still wearing my "PRESS" gear and explained to the officer that I was just filming. The DHS officer said, "I don't care," shoved me from the front very forcefully about four times, and hit my camera. The DHS officer's attacks on my camera damaged it to the point that it stopped recording, but I was able to continue recording events on my iPhone. As a result of the DHS officer's conduct, I also was blocked from filming what DHS officers and protesters were doing.

8.    Approximately six minutes later, a DHS officer tossed a tear gas canister at my feet. I was standing away from the crowd and alone at the time, and was not engaged in any activity. Given my isolation, the teargas attack appeared to be targeting me alone. The attack frightened and shocked me. I felt frozen in place.

9.    After a DHS officer threw the teargas canister, multiple DHS officers opened fire

PAGE 3 – DECLARATION OF HUGO RIOS

on me and repeatedly shot me with pepper balls and/or other impact munitions. I estimate I was hit approximately 20 times. I took hits across the front of my body from my shoulder down to my feet, and I was shot in the back as well. The pepper balls also hit my battery pack and made a dent in it. No DHS officers gave me any warning before they started shooting me.

10.    I continued to use my iPhone to document DHS officers shooting at the crowd of protesters. I stopped filming around 11:00 pm when the DHS officers went back through the gate and inside the Portland ICE Building.

11.    I desire to continue covering protests at the Portland ICE Building. However, I am hesitant due to my fear that I will be targeted by Defendants again, and that the Defendants will injure me even more severely than they did on the night of September 1.

12.    Because of Defendants' attacks, I am afraid to cover Defendants' conduct at close range. I intend to record them from a distance, even if it compromises the quality and detail of my reporting, because I do not want to be attacked again.

13.    I have agreed to serve as a class representative in this case. I understand that this requires that any actions I take must be for not just myself, but for all others who are not named plaintiffs, but are in a similar situation regarding their need for protection from abusive practices by Defendants that are designed to suppress our exercise of First Amendment rights.  I understand that this requires that I do not have any interests that are in conflict with the interests of other class members.  I hereby confirm that I know of no such conflicts.  I also confirm that I will make all decisions in a manner that fairly represents the interests of all class members, and that I will make no decisions or take any actions as a class representative that are for my sole benefit, rather than for all class members.

PAGE 4 – DECLARATION OF HUGO RIOS

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Hugo Rios*

0C97DC2182644D6...

HUGO RIOS

1/23/2026

DATE

PAGE 5 – DECLARATION OF HUGO RIOS