**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF AARON SMITH

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF AARON SMITH** |

I, Aaron Smith, hereby declare under penalty of perjury as follows:

1.      I am an Oregon resident who lives in the City of Portland. I am 42 years old and have been a freelance videographer since about 2006. I founded my own production company in 2012. I am currently gathering footage for a documentary about the 2025 Portland DHS protests.

2.      I began attending the protests against DHS's actions on July 5, 2025. I saw footage on Instagram of DHS officers committing violence against protesters, which shocked me and inspired me to go to capture the realities of the interactions between federal agents and protesters.

3.      I attended a protest on the night of August 16, 2025 at the Portland ICE building

PAGE 2 – DECLARATION OF AARON SMITH

in the south waterfront neighborhood in order to document it. I wore a vest that said "MEDIA" in large letters on the front and back. It was clear that I was there in a journalistic capacity. I was carrying professional photography equipment to do my job, specifically, a Sony camera.

4.      I witnessed and documented people in front of the ICE building protesting peacefully. There were about 50 people present. People were gathered on the sidewalk in front of the ICE building and were not on federal property. They were talking and dancing in a cha-cha line. I did not witness anything that could have been a threat to the federal agents or property. I was standing near the front line area in front of the facility and filming what was going on.

5.      Suddenly, federal agents came out of the building shooting. They did not issue any kind of warning first. They just started shooting their guns into the crowd. I don't know exactly what type of munitions they were using, but they must have been some type of less lethal rounds, like pepper balls or rubber bullets. I am not trained to recognize uniforms, and cannot say for sure whether the agents belonged to ICE, CBP, FPS, or another federal agency assigned to the Portland ICE building—for me, only DHS is immediately recognizable and distinguishable from other federal agencies. They fired less lethal munitions and tear gas into the crowd. It looked to me like they were targeting media, legal observers, and medics. I saw legal observers who were wearing green hats that identified them as being legal observers from the National Lawyers' Guild being shot. I did not see anyone throwing anything or doing anything that would pose an immediate threat to the federal officers immediately prior to them deploying less lethal munitions and tear gas against the crowd.

6.      Federal agents shot me multiple times with less lethal projectiles. I do not know how many times I was shot, only that I was hit many times. Federal agents shot me mostly in the chest and right leg. At the time, I was walking in front of the ICE building in order to film, near the front of the crowd. I was simply trying to record the events; I was not doing anything that was threatening to anyone. Nobody near me was doing anything that I could see that posed any threat of immediate harm to the federal agents.

7.      After this frenzy, the federal agents went back into the federal building. I tried to

PAGE 3 – DECLARATION OF AARON SMITH

stay calm but I was concerned that agents might come out and shoot me for no reason again. I did not want to leave because I thought it was important that someone be there to document what was happening. I remained at the scene to continue filming the protest.

8.      Later on that night, at around 10:50 PM, federal agents again came out of the building and began to move the crowd back using force. The federal agents again did this without giving anyone any warning. They did not ask the crowd to move back. I did not witness anything that could have precipitated federal agents attacking the people who were there. The protest was still peaceful, and I did not see any protesters on federal property. Nonetheless, federal agents charged into the crowd, this time with shields.

9.      I tried to stand in the front of the crowd to be able to protect more vulnerable people, including women, who it appeared federal agents were targeting. When I saw the federal agents coming out of the building with shields, though, I and the rest of the crowd tried to move back. I was at the corner, five to ten feet away from the federal agents, when a federal agent came at me and struck me twice with his shield as other agents beat the crowd back indiscriminately. An officer also tried to mace me immediately after I was struck with the shield, but luckily I had my gas mask on.

10.      I had moved close to a nearby apartment building on the corner of Moody Avenue and S. Bancroft Street when a federal agent fired a tear gas cannister that struck me directly in the leg. Although there were other people within a few feet of me, I was standing by myself with no one directly next to me when I was struck. This direct hit caused a three-centimeter wound and skin tissue damage. After I was hit, I experienced immediate pain, shock, and disorientation. In my shock, I did not turn off my camera and the battery died, so I was not able to document the aftermath of being hit.

11.      I had to hop on one leg around the corner in order to escape the barrage and the tear gas. Several people came to my aid and helped me get to Bond Avenue, where I hid in order to get aid. Some people took photos of my wound. Then, I was rushed to the emergency room. I was unable to continue documenting the night, which I was very frustrated by, especially

PAGE 4 – DECLARATION OF AARON SMITH

because I later learned that federal agents had continued attacking people throughout the night. I required seven or eight stitches to close the wound. Attached as Exhibit A is a photo of my wound immediately after I was hit.

12.     I had to take two weeks off of covering the protests for my leg to heal. During this time, I struggled with my mental health as the realities of what I had experienced set in. I had to process a lot during this time. Even so, once my leg had healed enough that I could return to documenting the protests, I went back because this is my job. I was worried, however, that I might be attacked again and tried to proceed as cautiously as possible.

13.     I attended another protest in front of the ICE building on the night of September 1, 2025, Labor Day. There were protesters at the ICE building all day. I arrived around 3:00 or 4:00 PM in order to document the events of the day. I again wore my vest with "MEDIA" in large letters on the front and back. Attached as Exhibit B is a photo of the vest I wear to protests to identify myself as a member of the press. There were probably 50-70 people there throughout the night, with some people arriving later, around 8:30 PM.

14.     That night, I witnessed some protesters roll a fake guillotine to the front of the ICE building, in the street on Bancroft Street, but not on federal property. As far as I could see, the protesters there did not do anything to threaten federal agents or property. I documented and witnessed people once again dancing in a cha-cha line around the fake guillotine.

15.     I was standing near the front of the crowd, on the sidewalk outside of the ICE building. I was not on federal property. As I was documenting the crowd, federal agents rushed out of the ICE building to clear the protesters away. They fired less lethal munitions and tear gas into the crowd. They did not give any warning before doing so. I filmed this advance and walked in a semi-circle near the front of the crowd to try and get around the tear gas and continue filming. During this time, I filmed an ICE officer near me. Suddenly, out of nowhere, someone shot me on the inner thigh with a less lethal munition. I am not certain which agency shot me on that day and whether it was ICE, CBP, FPS, or agents from another agency assigned to the ICE building. It felt like a jackhammer had hit my leg. I believe the munition was one of the large

PAGE 5 – DECLARATION OF AARON SMITH

rubber bullets that they shoot—I know it was a large munition because of the feeling when it hit me. My leg had a large bruise that is still visible today. I also realized after the fact that I must have been shot in the back, because I saw less lethal munition markings on my vest. Wearing this vest helped prevent more serious injury to my back. At the time federal agents shot me, I was not doing anything violent or threatening; I was just trying to do my job as a videographer. At the time the federal agents shot me, I did not see anyone near me doing anything that would threaten anyone with immediate injury other than the agents themselves.

16.     In thinking about my experiences at these protests at the ICE building, I became fearful as it fully sank in just how dangerous and even life-threatening the federal agents have made documenting these protests. But I consider the protests to be important events for our country. I intend to continue going to protests to film interactions between DHS and protesters, so that I can ensure these important stories are told. I think it is extremely important to share these stories and make sure they are broadly seen to combat a number of false narratives I have seen about the protests.

17.     I now attend protests in front of the ICE building approximately three to four times per week. As long as the protests continue, I intend to continue going to record them, despite the intimidation and violence I have faced from federal agents. My experiences have made me more cautious, especially directly after I was attacked. I have tried to continue filming from the front line when I can but am more cognizant of watching for when federal agents come out to clear the crowd, so I know to back away during these moments.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Signed by:

AARON SMITH

1/24/2026

DATE

PAGE 6 – DECLARATION OF AARON SMITH

# EXHIBIT A



# EXHIBIT B

Docusign Envelope ID: 19BCEFE434195-4281-8A97-2EB864A8D6D5

