**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

PAGE 1 –  DECLARATION OF RIGOBERTO MARTINEZ

JACK DICKINSON (a.k.a. "the Portland
Chicken"), LAURIE ECKMAN,
RICHARD ECKMAN, MASON LAKE,
HUGO RIOS, *on behalf of themselves and
those similarly situated*

        Plaintiffs,

    v.

DONALD J. TRUMP, President of the
United States, *in his official capacity*;
KRISTI NOEM, Secretary,
U.S. Department of Homeland Security
(DHS), *in her official capacity*; U.S.
Department of Homeland Security

        Defendants.

Civil No. 3:25-cv-02170-SB

**DECLARATION OF RIGOBERTO
MARTINEZ**

I, Rigoberto Martinez, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and a current resident of Multnomah County, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.      Though I consider myself a newer activist, I have been protesting against what I view as the Trump administration's weaponization and politicization of ICE for a little while now.

3.      I have attended multiple protests at the ICE building, including on September 1st, 14th and 28th of 2025; and October 2, 2025.

4.      I also attended the October 18, 2025 No Kings protest in front of the ICE building in Portland. I saw approximately 500 people at the ICE facility.

5.      I was teargassed on South Moody Street just after turning off of Macadam Avenue. I watched as a cloud of teargas formulated and frantically tried to get my gas mask on,

PAGE 2 – DECLARATION OF RIGOBERTO MARTINEZ

Doc ID: 41723a32d69f2a2b28a14db56bcef5749841239f

but I could not put it on in time. When the cloud reached me, I experienced severe burning in my eyes, nose, and esophagus. I felt I may faint or become ill and had to exit the protest area for about 10 to 15 minutes to rinse my eyes out with water and stabilize my emotions. I returned to the protest after that time, this time wearing a gas mask.

6.      Later that night, without any warning whatsoever, when DHS came out on the building, they threw flash-bangs and sprayed a huge amount of tear gas onto the crowd. I recall pepper balls being shot as well. I had a gas mask by that point, which prevented more serious injury. This teargassing was more explosive and had a bigger area of impact than when I arrived since multiple canisters were deployed. This lasted probably 5 to 10 minutes. I had to vacate the immediate area and push an older gentleman in a power chair who was choking on the gas to safety.

**Martin Luther King Jr Day Sit-In**

7.      I attended the Martin Luther King, Jr. Day protest at the ICE building on January 19, 2026. Protesters gathered at Caruthers Park and walked to the ICE building in the afternoon.

8.      That evening, I sat down in the driveway and participated in a Sit-In with approximately 20 others seated or standing in the driveway, most of whom were holding signs of individuals who had died while in ICE custody.

9.      I was seated closer to the street, on the east (left) side of the driveway, facing the building. I was sitting silently and was doing nothing that could be perceived as posing a physical threat to DHS officers. I did not observe or hear of anyone else who was sitting in the driveway doing anything that could be perceived as a threat to officers.

10.     At first, there was no DHS activity. Then, DHS officers began firing pepper balls through the gates or from the roof. Pepper balls came within 6 inches or a foot of my legs and feet. After a minute or two, the gates opened and DHS officers began macing and pushing protesters. I saw DHS officers mace and drag Jack Dickinson, who I recognized from his chicken suit, through the gates.

11.     I believe I was grazed by at least one pepper ball, but was mostly hit with the

PAGE 3 –  DECLARATION OF RIGOBERTO MARTINEZ

chemical spray of the pepper balls from their nearby impact. I felt a burning sensation and felt panicked. I was scared and in physical pain, and not wearing adequate protection from the pepper ball gas, such as a gas mask, so I had leave the sit-in to move away to the other side of the blue line. I stood on the sidewalk on the other side of the blue line, not on federal property. I was not sure I was comfortable returning to the driveway to resume the sit-in because of this.

12.     I saw the other sit-in participants struggling with the chemical exposure and stand up in order to try to stay in place.

13.     After DHS cleared the area closest to the gate, I returned to the driveway and sat down on the wall. The surrounding crowd was shouting at DHS, but I did not see anyone posing any kind of physical threat to DHS officers. DHS officers eventually returned inside the building, and I felt comfortable enough to rejoin the group closer to the gate so that I could again participate in the sit-in.

14.     I wore a mask out of fear that DHS officers would track me down and retaliate against me for my opposition to their violence.

15.     This was a very eye-opening experience. I was fearful for my physical and mental health and safety. I felt like I was in fight-or-flight, and it reactivated a lot of my previous trauma. This experience took a severe toll on my mental health.

16.     I want to be able to continue to express my disapproval of DHS's and the federal government's violations of Constitutional rights. For now, this outweighs my fear of being unjustifiably detained or injured by them. Yet, the fear still remains that I might end up being seriously injured or killed because of my nonviolent protest actions. There is a conflict between wanting to protect myself and wanting to stand up for what I believe in and to make positive change in the world.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

PAGE 4 – DECLARATION OF RIGOBERTO MARTINEZ

*Rigoberto Martinez*

RIGOBERTO MARTINEZ

01 / 25 / 2026

DATE

PAGE 5 – DECLARATION OF RIGOBERTO MARTINEZ