**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF ANNA SHEPHERD

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF ANNA SHEPHERD** |

I, Anna Shepherd, hereby declare under penalty of perjury as follows:

1.   My name is Anna Shepherd. I am over the age of 18 and live in Portland, Oregon. I make this declaration based on my personal knowledge of what I saw and experienced.

2.   I have attended protests at the Portland ICE Building ("ICE Building") since October 2025.

### October 2025

3.   While at the protest at the ICE Building on October 18, 2025, I witnessed approximately 300 protestors gathered at the same time. On most other occasions in October of

PAGE 2 – DECLARATION OF ANNA SHEPHERD

2025, I witnessed 30-50 protesters gathered at the same time.

4.     On October 6, 2025, I went to the ICE Building to protest. While I was there, I observed federal agents deploy pepperballs against protesters on multiple occasions. I saw pepperballs fired in a manner that appeared to be indiscriminate including shots that struck a protestor in the chest. Based on my observations, the pepperballs were used in a way that appeared intended to intimidate peaceful protesters.

5.     On October 11, 2025, I went to the ICE Building and protested. That evening, without provocation, agents deployed a gas cannister from the roof of the ICE Building. A gas canister was thrown over our heads from above and landed on the sidewalk very close to me. I assumed the gas cannister was not tear gas, based on an officer's earlier deployment of gas, so I approached the cannister to pour water on it and as I was doing so, I experienced extreme symptoms—burning in my eyes and throat and severe difficulty breathing because of the tear gas.

6.     Also, on October 11, 2025, I was standing in the street filming with my phone when the agents began to sprint down the street. They yelled at me to get back, as they were running past and around me and I had no clear way to move away. Without any warning other than "get back," as they were approaching me, an officer threw me down to the ground as they ran by.

7.     Later that night, on October 11, 2025, federal agents came out in a tight rectangular formation, fired a flashbang down the street, without protester provocation, and waited to see who would attempt to cover the cannister. A protester dressed as Captain America stepped forward to cover the canister with his shield, and as soon as he did, agents converged on him and detained him. Around this time, my sister was shot directly with a pepperball on her arm and hand while retreating.

8.     On October 11, 2025, and on other days that I attended the protest, even though protesters were not threatening officers, federal property or anyone else with physical violence,

PAGE 3 – DECLARATION OF ANNA SHEPHERD

agents repeatedly fired pepperballs at people who were standing near the blue line that marks the boundary of the federal property. There were periods where agents fired pepperballs roughly once an hour even when protesters were not threatening officers, federal property or anyone else with physical violence.

9. On October 18, 2025 at approximately 7:00 pm, I went back to the ICE Building wearing a helmet and a gas mask because of my previous experience of officers deploying tear gas, shooting pepperballs and being thrown to the ground by an officer. On this day, the atmosphere was noisy but peaceful—people were dancing in the street and standing on or near the blue line. I did not see protesters engaging in violence.

10. At some point that night, on October 18, 2025 at approximately 7:30 pm, federal agents moved past the blue line and a large plume of tear gas was deployed down the street, along with other projectiles. I saw a giant cloud of gas spread across the street and people begin running away.

11. On October 18, 2025, I observed many people in obvious distress—coughing, rubbing their eyes, and stumbling away from the gas. Medics and other protesters were rushing to help with eyewash and baby wipes.

12. The tear gas deployment on October 18, 2025, forced many people who were unprepared for chemical weapons to leave the protest and go home.

13. On October 31, 2025, my sister and I went back to the ICE Building. At one point, agents came out through the driveway to let cars out and told protesters to move back. We complied and backed up further into the public street while continuing to film with our phones.

14. As officers aggressively pushed the crowd back, one officer extended his arm in front of him and deliberately pushed each protester he passed. When he reached my sister, who was holding her phone up to record, he pushed her phone back into her face with his hand. She brushed his hand away from her phone while she continued to hold it.

15. The officer who had pushed her was actually closer to me than to her when he

PAGE 4 – DECLARATION OF ANNA SHEPHERD

reacted. He suddenly lunged at my sister and, using his body, took both of us to the ground. We fell together onto the pavement as a result of his lunge.

16. Immediately after that, multiple male officers piled on top of us. They did not give clear directions about what they wanted us to do. I was held down, shaken, and felt my head slammed into the pavement. I was wearing a helmet, but I still ended up with bruising on the sides of my face and on my chin. My brand new snowboarding helmet itself was scuffed and damaged from the impact.

17. While my sister, I, and others were on the ground, pepperballs were being fired from the roof. The combination of the gas and irritants made it hard for me to breathe. When I told the officers I could not breathe, one of them responded, "Yes, you can." In response, I began screaming as loudly as I could for help.

18. After the initial takedown, I was dragged by my legs and then carried belly-down by officers who held my handcuffs at my upper body and my legs at the other end. I was transported off the street, placed on a rolling cart, taken into the ICE Building area, and laid face-down again. I was detained from approximately 9:55 p.m. to 12:07 a.m., and I was ultimately released with a citation for impeding with a cease-and-desist order relating to federal property despite the fact that I did nothing wrong.

19. While I was in custody that night, officers confused me with my sister at least once and switched our IDs. Unlike other detainees whose socks and shoes were kept on, my socks were removed early on and I was left barefoot and cold around 40 minutes. When I asked why my socks were taken and for them to be returned, the officers did not respond and did not give them back.

20. In the days after, I discovered two small, round bruises consistent with impact from pepperballs or similar munitions, and finger-shaped bruises on my arm where I had been grabbed.

21. Across these nights and others, I have repeatedly observed federal personnel

PAGE 5 – DECLARATION OF ANNA SHEPHERD

outside the ICE Building, including officers wearing navy blue uniforms with gold "DHS" lettering, officers I understand to be from the Bureau of Prisons in dark green camouflage with full body armor and various pepperball guns and weapons, and other agents in tan camouflage whose specific agency was not always clear. Most of these officers have their faces covered.

### January 2026

22. On January 19, 2026, on Martin Luther King Jr. Day, I went to the ICE Building and witnessed a sit in. I kneeled in the street, behind the blue line in front of the driveway. Around 7:00pm, protesters formed two single-file lines along each side of the driveway, and sat down. Many of the protesters held memorial signs with photos of people who died at the hands of DHS or in custody of DHS, and one protester recited their names. Some played drums and sang.

23. At or around 7:18pm, federal agents then began shooting weapons through the gates and from the roof, aiming around the heads of protesters. The gates opened and federal agents came out. Federal agents also shot pepperballs towards the protesters in the driveway, as well as toward the people who were behind the blue line. Two agents on each side of the driveway, each emptied out a can of mace directly into the faces of the protesters as officer make arrests. Officers detained and dragged several protesters behind the gates to the ICE Building, who were covered in mace. Officers pushed other protesters and told them to get off the property, and retreated behind the gates. I was hit by pepperballs in the right hip.

24. Protesters immediately came to the aid of those who were shot at. Thereafter, a smaller group of protesters continued to sit and stand in front of the gate holding signs and flags, while others remained behind the line. Federal agents again shot pepperballs at the protesters, from the roof and from behind the gate.

25. At around 8:30pm, I had to leave despite wanting to stay longer to witness the events, because some of the chemicals got through my protective gear, and I could no longer open my eyes fully. I experienced extreme burning on my face, which lasted for several hours.

PAGE 6 – DECLARATION OF ANNA SHEPHERD

26. On January 24, 2026, after the shooting of Alex Pretti in Minnesota, I arrived at the ICE Building around 4:00 pm. A small group of protesters were standing behind the blue line in the street. Once, an ICE vehicle arrived at the ICE Building. No agents came out to clear the driveway at the time and the vehicle was able to enter.

27. Shortly after 5:00pm, a group of approximately several hundred protesters marching arrived at the ICE Building. Several people went up to the gate with a trashcan. At or around 6:35pm, I was standing on the sidewalk next to the driveway when federal agents deployed a clear gas through the gates. Soon after, federal agent came out with large clouds of white smoke, causing protesters to run away. I could also hear pepperballs being shot from the roof and the driveway. One officer shot a munition with yellow powder toward a protester, and one of the munitions caused smoke and a small fire.

28. At or around 8:53pm, several protesters formed a line with their backs to the gate with their hands behind their heads, after a right wing counter protester stood in front of the gates. The gates opened slowly and protesters moved away. Federal agents came out from the building and began throwing gas canisters and flashbangs, and shot pepperballs, pushing the crowd back. I was next to the driveway behind the concrete wall filming the events. One agent pointed his weapon and flashed a light at me several times. I felt very threatened and I retreated. There was so much gas, it filled the whole surrounding area. Some people experienced burns on their hands and needed medical attention.

29. At or around 9:43pm, the gates opened again without warning, and agents came out and formed a line. Federal agents deployed more gas and munitions. There were explosions and sparking flying around. I had to retreat back because the gas was overwhelming and I could not breathe, despite wearing a helmet, goggles, and a respirator. A video of the events by the ICE Building is attached as Exhibit Shepherd A. I observed a number of people needing medical aid, including one person who was hit in the leg by a canister. Many people could not see or breathe because of the chemical munitions.

PAGE 7 – DECLARATION OF ANNA SHEPHERD

30. At or around 10:40pm, Agents came out of the gate again and began shooting and throwing gas canisters, and an agent shot pepperballs from the roof. There was green, white, and cream colored gases. An agent pointed a weapon at me. I was hit in the arm by a pepperball. I was standing in the street but had to move back towards the intersection of S Bancroft St. and S. Macadam Ave. A photo of my arm with the pepperball residue is attached as Exhibit Shepherd B. A video of the events by the ICE Building is attached as Exhibit Shepherd C.

31. The person I was with was shot in the helmet and chest. One of the canisters landed by the intersection of S Bancroft St. and S. Macadam Ave., and another landed by the auto shop on S. Bancroft Ave. The canister was sizzling, emitting smoke and flames, which I put out with water. Federal agents were aiming at people who were not directly in front of the building, including people who were out on S Moody Ave.

32. I did not witness federal agents clearing protesters out of the driveway in order to let a vehicle in or out of the ICE Building on the night of January 24, 2026. Over the course of the night, I heard the recorded warning message about being on federal property being played over the loud speaker a few times, but I did not hear the message being played or other warnings being given right before the agents opened the gates and began deploying munitions each time.

33. I returned to the ICE Building on January 25, 2026. When I arrived, I saw a smaller crowd of protesters than the previous day. At or around 8:29 pm, federal agents shot munitions into the crowd of protesters in the street in front of the ICE Building and began arresting protesters in the street. I filmed two agents holding one protester to the ground, and one agent put their knee on the protester's neck. Agents saw me filing and approached me, and one agent pushed me to the ground. I repeatedly informed the agents that I was filming. I was shot by pepperballs, which ripped my jacket on my back, and I sustained welts. A photo of my ripped jacket with pepperball residue is attached as Exhibit Shepherd D. A video that I filmed of agents arresting protesters and the agent pushing me is attached as Exhibit Shepherd E.

34. Since I started attending protests at the ICE Building, I began to feel unsafe

PAGE 8 – DECLARATION OF ANNA SHEPHERD

simply trying to protest because of the federal agents' use of excessive force. When I first attended the protests, I was not prepared for this level of force. I have since purchased a helmet, goggles, and multiple respirators to protect myself so that I can attend the protests.

35. On many occasions, I have observed offices use tear gas, pepperballs, and flashbangs without warning to disperse or drive protesters away despite the fact that people were protesting peacefully. I observed these tactics effectively force peaceful protestors to leave.

36. Although I have started to go back to the ICE Building more frequently in recent weeks because I believe in our right to protest and to witness the actions of the federal agents, I still feel that I am at serious risk of being detained or harmed again simply for being present and expressing my views. I plan to continue to attend protests, but I have experienced a lot of pain and fear. I am afraid of getting hurt, and I fear that the federal agents' violence in Minnesota will happen here in Portland.

37. Submitted via thumbdrive as **Exhibit Shepherd_A** is a true and accurate copy of video taken at or around 9:43 pm on January 24, 2026 by me and depicting the events at the ICE Building.

38. Attached as **Exhibit Shepherd_B** is a true and accurate photo of my arm where I was shot by a pepperball.

39. Submitted via thumbdrive as **Exhibit Shepherd_C** is a true and accurate copy of video taken at or around 10:40 pm on January 24, 2026 by me and depicting the events at the ICE Building.

40. Attached as **Exhibit Shepherd_D** is a true and accurate photo of my ripped jacket with pepperball residue.

41. Submitted via thumbdrive as **Exhibit Shepherd_E** is a true and accurate copy of video that I filmed of agents arresting protesters and the agent pushing me on January 25, 2026.

PAGE 9 – DECLARATION OF ANNA SHEPHERD

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Signed by:

[signature]
3A4CF812558047B...
ANNA SHEPHERD

1/26/2026
DATE

PAGE 10 – DECLARATION OF ANNA SHEPHERD

# EXHIBIT Shepherd_A

# SHEPHERD EXHIBIT Shepherd_A

**Video submitted in native format by USB drive**

# EXHIBIT Shepherd_B



PAGE 13 – DECLARATION OF ANNA SHEPHERD

# EXHIBIT Shepherd_C

# SHEPHERD EXHIBIT Shepherd_C

**Video submitted in native format by USB drive**

# EXHIBIT Shepherd_D



PAGE 16 – DECLARATION OF ANNA SHEPHERD

# EXHIBIT Shepherd_E

# SHEPHERD EXHIBIT Shepherd_E

**Video submitted in native format by USB drive**