**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF CASEY LEGER

Doc ID: 9527448d6a93b7504ab9f500236ea5e133ce7aa8

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF CASEY LEGER** |

I, Casey Leger, hereby declare under penalty of perjury as follows:

1.  I am over the age of eighteen and make this declaration based on my personal knowledge. If called to testify, I could and would testify competently to the facts stated herein.

2.  On Monday, January 19, 2026, I attended and observed a protest related to immigration enforcement at or near the U.S. Immigration and Customs Enforcement ("ICE") facility in Portland, Oregon. The protest coincided with Martin Luther King, Jr. Day.

3.  I arrived at approximately 12:40 p.m. at a Martin Luther King, Jr. Day event launching from Caruthers Park. The event formally began at approximately 1:30 p.m. Participants marched from Caruthers Park to and around the ICE facility.

PAGE 2 – DECLARATION OF CASEY LEGER

Doc ID: 9527448d6a93b7504ab9f500236ea5e133ce7aa8

4. I left the area to eat at approximately 3:52 p.m. and returned to the ICE facility at approximately 6:00 p.m.

5. The Portland Police Bureau ("PPB") presence had largely disappeared later in the day, around the time of a separate incident involving officers being shot in North Portland.

**Initial DHS Use of Force (First Volley)**

6. At approximately 7:16 p.m., DHS officers initiated what I understood to be the first "volley" of chemical munitions. This volley lasted approximately from 7:16 p.m. to 7:22 p.m. and coincided with four arrests.

7. At that time, protesters were seated on the ground along the sides of the ICE facility driveway, with their backs against the building and the guard shack. Protesters were seated single-file along the length of the driveway.

8. Protesters held placards bearing the names or images of individuals who had died in DHS custody. The protesters occupied the length of the driveway but took up minimal physical space within it. In my observation, they were not blocking the driveway or the sidewalk between the driveway and Bancroft Street prior to the use of force.

9. At approximately 7:18 p.m., the ICE facility gate opened and approximately four to six DHS officers in black uniforms exited the gate firing pepper balls.

10. DHS officers also began firing pepper ball projectiles I believe from the roof of the building, aiming toward protesters seated along both sides of the sidewalk surrounding the driveway. Some pepper balls exploded within approximately six inches to one foot of protesters, causing oleoresin capsicum ("OC") powder to hit directly into protesters' faces. The volume of fire felt overwhelming, as though hundreds or thousands of pepper balls were fired over a short span of minutes.

11. I did not hear any warnings or instructions immediately preceding or during this first volley.

12. At that time, the sidewalk was partially obstructed by members of the press and onlookers.

PAGE 3 – DECLARATION OF CASEY LEGER

13.     Members of an Indigenous contingent stood up to cover their faces and turn their heads away from the pepper ball fire. Several Indigenous women were standing upright in traditional dress. I observed a pepper ball strike a woman's skirt approximately six inches above the hem. As had the others, she had been standing peaceably, not speaking or making any gestures that could be construed as threatening.

14.     I also observed an officer deploying an orange chemical spray, possibly bear spray, over the heads and into the faces of the Indigenous contingent and other people along the side of the driveway. I did not observe any aggressive action on the part of the protesters before or during the officers' deployment of chemical sprays.

15.     It was disturbing to watch federal officers blasting a wholly unnecessary and seemingly operationally purposeless number of pepper balls at the images of those who have died in ICE custody and to see officers grabbing and throwing the signs in a roguish manner.

16.     My clearest view was of the east side of the driveway. I took photographs of the area before and after the officers' use of chemicals and arrests of protesters, and I am aware of at least one video recording of these events.

17.     Attached hereto as **Exhibit *Leger* A** are true and correct copies of photographs I took of the ICE facility driveway on January 19, 2026 shortly before the "First Volley" of pepper balls and macing.

18.     Leading up to and during the First Volley of pepper balls and macing, I did not witness any behavior on the part of the participants of the sit-in that indicated any threat or that was anything but nonviolent.

19.     At approximately 7:22 p.m., DHS officers retreated back through the gate and were no longer visible outside the building.

20.     Approximately thirteen people continued to occupy the driveway.

21.     Protest tactics changed after the first volley. Protesters stood in a line across the driveway approximately ten to fifteen feet back from the gate. They engaged in drumming, and a few people held flags, including a "One Piece" flag depicting a skull and crossbones with a straw

PAGE 4 – DECLARATION OF CASEY LEGER

hat.

22. This period was largely uneventful.

**Warnings and Second Volley**

23. At approximately 7:29 p.m., an announcement was made stating that the facility was closed and that people should stay off the driveway. The announcement warned that individuals entering the driveway could be subject to force.

24. At approximately 7:48 p.m., individuals identified by protesters as MAGA supporters began arriving in the area.

25. At approximately 7:59 p.m., DHS officers initiated a second volley of pepper ball fire from the roof, without any warning immediately prior and without any observable change in circumstances. Bright lights had been set up around the rim of the roof, making it difficult or impossible to see officers positioned on the lower roof. It appeared that officers may have been stepping out to fire and then retreating back out of sight.

26. Approximately seven to twelve rounds were fired over one to two minutes while approximately eight people were in the driveway.

27. At approximately 8:11 p.m., additional pepper balls were fired despite no apparent change in crowd behavior.

28. At approximately 8:32 p.m., an announcement was made declaring the gathering an unlawful assembly, despite no apparent change in crowd behavior. This was the first such declaration that evening.

29. At approximately 8:41 p.m., a second unlawful assembly announcement was made. I did not discern any change in crowd behavior triggering this announcement, either.

**Later Use of Force and Arrests**

30. At approximately 9:15 p.m., from behind the closed gate, DHS officers fired pepper balls at a young person standing near the gate. The person appeared small in stature, and had been bending over to set placards down and appeared non-aggressive. No warning was given to them prior to the shots being fired. The person was not arrested. She completed placing the

PAGE 5 – DECLARATION OF CASEY LEGER

signs of those who had died in ICE custody, and then walked off the driveway.

31. I took photos of the gate and driveway area after protesters exited the area.

32. Attached hereto as **Exhibit *Leger*_B** are true and correct copies of photographs I took of the ICE facility driveway on January 19, 2026 after protesters exited the area.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

*Casey M. Leger*
_____
CASEY LEGER

01 / 26 / 2026
_____
DATE

PAGE 6 – DECLARATION OF CASEY LEGER

Doc ID: 9527448d6a93b7504ab9f500236ea5e133ce7aa8

# EXHIBIT *Leger_*A







# EXHIBIT *Leger_*B







