Docusign Envelope ID: 586FEE71-705B-4385-878D-CCFF498B7D18

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 –  DECLARATION OF CHAD LUCERO

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF CHAD LUCERO** |

I, Chad Lucero, hereby declare under penalty of perjury as follows:

    1.    I am over the age of 18 and a current resident of Portland, OR.

    2.    I started attending demonstrations at the ICE building on October 4, 2025 and have attended several demonstrations there since then, mostly during the day and one night when Kristi Noem was present on October 7, 2025. I wore a N-95 mask.

    3.    On the afternoon of October 4, 2025, I attended a rally at Elizabeth Caruthers Park, arriving at 12:30 pm or so. The march started shortly after, and the demonstration marched to the ICE building, arriving at approximately 1:00 p.m.

PAGE 2 – DECLARATION OF CHAD LUCERO

4. The people in the crowd had several elderly people at the front, varying in age from 60s - 80s, and peaceful.

5. I was near the front of the demonstration line, second or third line, when about between 25-30 Federal Agents came out of the ICE building and confronted the demonstrators. They were wearing logos that said "DHS" on their clothing. They were wearing masks or helmets that covered their faces. We were standing there, clumped up together, chanting protest chants at the Federal Agents.

6. When the federal agents came out in a large, organized group, and pushed people back, and formed a square so they could confront protestors on all sides.

7. People in the crowd started chanting "shame!" I had not nor had I seen others, say anything or make any physical movements that could be misinterpreted as showing any intent to harm anyone or damage any property.

8. Despite the protestors engaging in peaceful protest, and not doing anything to provoke or escalate the Federal Agents, the Federal Agents were getting more escalated in response to protestors. The agents became increasingly aggressive, shoving and pulling people behind their line of agents. The Federal Agents appeared to target protest organizers, even though those people were also engaged in peaceful protest.

9. I did not hear any force or other warnings from the Federal agents.

10. The Federal agents started shooting pepper balls at the crowd, immediately hitting ground around people. My pants and boots were saturated with OC.

11. Without warning and without clear provocation that I could see, Federal agents threw tear gas at the peaceful crowd, and in one case shot a tear gas canister directly at one protester's stomach at close range. The force appeared in response or retaliation to prior speech or expression, for example, people recording, chanting, and engaging in peaceful protest.

PAGE 3 – DECLARATION OF CHAD LUCERO

12. People turned away and tried to get away from tear gas, and I was worried about the elderly people in the crowd, as I saw some older folks teetering.

13. I noticed Richard and Laurie Eckman in the crowd, because Richard was using a walker and Laurie was moving slowly.

14. I was trying to shield people from getting hit by pepper balls shot by the Federal agents.

15. I lost track of Richard when we were all engulfed in tear gas and the crowd split apart. I stayed behind Laurie, and could see her to usher her way.

16. People were rushing all around, and I and my partner were able to walk Laurie to the corner by Moody and Bankroft, a good distance from ICE facility.

17. A medic came over, checked in with us, and rinsed Laurie's eyes.

18. We were all facing away from the ICE building, but turned back around to look at it to see the extent of the tear gas: the whole section of the road was engulfed, and Federal agents were coming far out from the ICE building as if they were pursuing protestors. They maintained the position they came out in to pepper spray and tear gas, and had advanced out in the street to move people out past the sidewalks.

19. As we were standing there, facing the ICE building, I was standing just behind Laurie, and saw her head knock back slightly, and a cloud of dust smoke ricochet off the side of her head. She had not turned around yet, so I got in front of her looked at her, and saw blood start to come out of the front of her head.

20. It appeared to me that she had been hit with a pepper ball, and blood was gushing out of her wound.

21. I helped to turn her away, towards a nearby building alcove. She was holding her head, and we slowly walked her out of there.

PAGE 4 – DECLARATION OF CHAD LUCERO

22. At that point, my partner who was with me got shot in buttocks, resulting in a welt. There were not many people around us so I felt like Federal agents were targeting us despite us being a good distance away from the ICE building. My partner did not engage in any activity that provoked this use of force. We were just standing there.

23. A medic arrived and checked in on Laurie, who was asking about Richard. She described him as using a walker and wearing a Veterans hat, and the medics left to go look for him.

24. Someone said Richard went with medics in another direction and then reported back to Laurie that Richard was okay.

25. It was only about 2 minutes from the time the Federal agents came out to the time they blanketed us with tear gas, and I heard no warnings from the Federal agents.

26. After being gassed, I experienced discomfort for approximately 10 minutes. My eyes burned and I could not breathe without coughing until we moved away from the place of dispensing.

27. Every protest I went to in October, the Federal Agents showed more favorable treatment towards pro-ICE demonstrators and counter protestors: for example, many of the people from the counter-protestors were invited inside the ICE building by Federal Agents and when Federal Agents use force, they specifically target the anti-ICE demonstrators.

28. Since early October 2025, I have been exposed to tear gas at least two times, and Federal Agents use pepper balls almost every time I've been there, which is 5-6 times in the month of October.

29. In the month of October 2025, I protested three to four days or nights per week on average.

30. Defendants' repeated use of chemical munitions has forced me to habitually wear

PAGE 5 – DECLARATION OF CHAD LUCERO

an N-95 mask when I attend protests at the ICE building.

31.     At the protest on October 4, 2025, once tear gas was deployed, I witnessed peaceful protestors and organizers being thrown to the ground by Federal Agents and dragged on concrete behind the ICE building's blue line. I witnessed one Federal Agent shoot a tear gas canister directly into the stomach of a protestor at point blank range. The protestor fell to the ground and the same Federal Agent attempted to grab them before other protestors pulled the victim away.

32.     On October 12, 2025, I witnessed a protestor who had minimal clothing on be specifically targeted with pepper balls from Federal Agents sitting atop the ICE building. The protestor was simply standing in the crowd peacefully protesting against ICE when shot with pepper balls.

33.     Additionally on October 12, 2025, I was standing directly behind a small group of young protestors, most of them women who appeared to be teenagers, and we were standing in front of, but not over the blue line in front of the ICE building on the sidewalk. When Federal Agents came out of the ICE building, they aggressively shoved these young women off the sidewalk and I had to catch two of them so they did not fall over and hit the street. If I had not caught them, I believe they would have hit the ground hard due to the amount of force Federal Agents used on them.

34.     The Federal Agents' attacks on protestors seem to be both arbitrary as well as targeted. In most instances Federal Agents seem to be grabbing or shoving whoever is within their arm's reach. While at other points they attempt to specifically grab organizers of the protests, often the protestors with megaphones speaking to the crowd, and drag them behind the blue line to detain them.

35.     I rarely know why Federal Agents are going after protesters with force, so every time they do, I am concerned it will be me they target. I am preparing for a situation where I am seriously injured. I plan to continue to nonviolently protest, so this fear stems from my fear that agents will break the law or will be given unlawful orders. I am afraid they have been or will be

PAGE 6 – DECLARATION OF CHAD LUCERO

authorized to use lethal force and that it will come out of nowhere.

36. I do intend to continue protesting nonviolently at the ICE facility despite my fear for my safety.

37. Attached hereto as **Exhibit A** is a true and accurate copy of a video of some of the incident on October 4, 2025.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Signed by:

*Chad Lucero*
5DE5463F4D5B455...
CHAD LUCERO

1/8/2026
DATE

PAGE 7 – DECLARATION OF CHAD LUCERO

# EXHIBIT A

# LUCERO EXHIBIT A

**Video submitted in native format by USB drive**