**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF JACK DICKINSON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated* | Civil No. 3:25-cv-02170-SB |
| Plaintiffs, | **DECLARATION OF JACK DICKINSON** |
| v. | |
| DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security | |
| Defendants. | |

I, Jack Dickinson, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and a current resident of Portland, OR.

2.      On or around early March 2025, I started attending demonstrations at the Tesla building on SW Macadam Avenue, next door to the South Portland ICE facility.

3.      On or around April 2025, I began also demonstrating near the South Portland ICE facility.

4.      After Trump posted on September 27, 2025 about "war ravaged" Portland, the

PAGE 2 – DECLARATION OF JACK DICKINSON

protests began receiving more attention from right wing media. Protester and counter-protester attendance spiked, as well as did media attention.

5.    Around the same time that the President tweeted that Portland was war-ravaged, federal agents stopped consistently using the sound amplification device to give protesters warnings prior to the use of force. Previously, I recall announcements saying: "This is the federal protective service. The facility is closed and not open to the public." The same voice would say, in sum in substance, "clear the area of the driveway, move to the sidewalk or across the street. Failure to comply may result in use of force, arrest, or exposure to chemical munition."

6.    On or around June 2025, I began wearing a yellow chicken suit to protests. I now wear the chicken suit at protests unless it significantly clashes tonally with the theme of the demonstration.

7.    I have repeatedly witnessed as well as experienced firsthand Defendants' violence over the past several months.

8.    Defendants' repeated use of chemical munitions has forced me to habitually wear a respirator when I attend demonstrations at the Portland ICE building.

9.    On or around August 16, 2025, I was shot on the right filter of my respirator with pepper munition shot from the roof. The munition was either from an agent on the middle roof or the top roof. A flash bang or tear gas cannister sparked next to my leg and burned the chicken suit I wear at protests.

10.    On or around August 23, 2025, at or around 11:00 pm, federal law enforcement agents shoved me while I was standing on the public sidewalk to the side of the driveway. The agent shoved me with so much force that I was knocked backwards and stumbled approximately 15 or 20 feet through the street. After standing up to see the Agent Defendant who shoved me, I started crossing the street to walk away while being shot in the back with munitions from an agent located on the roof of the building.

11.    I was not present on October 4, 2025 after the TRO in *Oregon v. Trump* was issued. I was there earlier in the day and do not recall the use of pepper spray. As I was leaving

PAGE 3 – DECLARATION OF JACK DICKINSON

the protest, I witnessed agents deploying munitions including gas of some form, though I was not able to see any cause for the deployment.

12.     On October 5, 2025, I protested at the ICE facility. I probably arrived about 3:00 p.m. that day. I was upset and scared for my safety and my friend's safety when approximately 15 agents forcefully charged us.

13.     Shortly thereafter, an agent ran in my direction with his gun drawn. Red smoke was deployed from a cannister at my feet.

14.     On this evening, I noticed individuals standing near the gates of the garage filming. I asked if the individuals filming were private contractors. I believed agents were doing things like deploying gas so they could get footage of agents passing through clouds of gas. I have seen what I believe to be that footage posted on DHS' social media.

15.     On October 18, 2025, which was the day of the No Kings rally, I was very heavily impacted by the tear gas. I arrived shortly after the first gassing around 4:30 p.m. and I could sense the chemical munitions from multiple blocks away. When I arrived, I could feel it in my body. I went to get my mask and returned quickly. Later in the evening, agents deployed a very heavy wave of chemical munitions and I didn't have eye protection at the time. I had a very bad reaction in my eyes and the seal to my mask seemed compromised. My nose and throat were affected. I notice I am experiencing reactions a lot faster than I used to. I believe this is due to my ongoing exposure. I crossed the street and called for a medic, and I laid down on the ground. I felt very close to vomiting, had severe nausea, and was in significant pain. The acute pain lasted approximately 15 minutes. The residual impacts last approximately 24 hours.

16.     On or around the evening of October 31 or November 1, 2025, agents aggressively deployed pepper balls, shot from near the blue line. I was downwind and suffered burning in my nose and eyes and skin irritation severe enough that I needed to leave the area and stop protesting until I had treated the conditions.

17.     In the evening of November 14, 2025, an Agent Defendant shot chemical munitions from the roof into the crowd, some hitting the ground and others directly hitting

PAGE 4 – DECLARATION OF JACK DICKINSON

protesters. The chemical munitions caused me discomfort in my eyes, nose and throat, and caused me to cough aggressively.

18.    Beginning in August 2025 and continuing through approximately December 2025, I protested four to six days or nights per week on average. After lessening my time at protests for several weeks in December, I have since begun attending regularly once more.

19.    Since early August 2025 through approximately November 2025, I typically was exposed to chemical munitions approximately one third of the times I attend protests. Even more often than that, I have been exposed to chemicals lingering in the area from having been deployed on prior days. This chemical exposure has increased again in January 2026.

20.    Since approximately the beginning of October 2025, my physical reactions to the chemicals have rendered me unable to continue protesting for either 15 minutes or so, or for the rest of the day. It feels like an unsafe build up in my system and that means I leave and stop protesting earlier than I would choose to leave due to a fear of serious long-term illness.

21.    Beginning around September 2025, some mornings following protests, I wake up feeling like I need to throw up. I believe this is due to exposure by agents of chemical weapons and munitions.

**Martin Luther King Jr Day 2026 Sit-In**

22.    I attended another protest on January 19, 2026, for Martin Luther King Jr. Day. On this day, approximately 20 of us lined the sides of the driveway and sat on the ground holding images of individuals who had died in ICE custody. We were single file and not blocking the driveway, and vehicles were able to pass through the driveway throughout the night.

23.    I was holding a sign with a photograph of Silverio Villegas González.

24.    After we entered the driveway to begin the sit-in, DHS gave an announcement to move across the street and clear the driveway. The announcement warned we would be subject to arrest if we remained in the driveway. The announcement did not say that we would be subject to force if we remained in the driveway.

25.    I sat on the side of the driveway, out of the path of any vehicles, near the gate. I

PAGE 5 – DECLARATION OF JACK DICKINSON

was on the right side of the driveway, the second person deep next to the gate. I was not posing a physical threat, and I did not make any verbal threats. I sat peacefully largely silently. I did not say anything that was directed toward the DHS officers.

26. Suddenly, DHS officers began firing pepper balls through the gate. Five minutes later, they opened the gates, firing a barrage of pepper balls, and started macing people directly into their faces. I was still seated when an officer pushed me. I heard a DHS officer say something like, "Alright, we are going to take this one in." I had made the decision earlier to go limp if arrested, and I was not resisting the officers in any way.

27. Officers then Maced me twice within 15 seconds—it felt like I was Maced directly in the face. For what felt like the next approximately twenty minutes or so, my eyes were closed due to the pain of being Maced. I experienced events during that time without being able to see.

28. Two officers then drug me toward the building, while I was saying that I was not resisting. Although I had made the decision earlier to go limp, they did not even attempt to have me stand and walk. Because I was drug across the ground, I got a cut on my left knee, which ripped through three layers of outerwear.

29. I laid on the ground for approximately three minutes just inside the gate. After that time, I stood up on my own accord and was walked into a loading garage area, which is connected to the main ICE building and is used for loading passengers. I sat in a chair with three other detainees and was made to take off my outerwear. Others were taken out of the loading garage area, and I was the last one remaining there. I was told that I would be able to use "decon" (decontamination) if I "behave[d]." I was able to wash out my eyes within what I think was about 15-20 minutes after that. I also gave them my passport at some point during this time.

30. DHS officers then had me remove my chicken suit, belt, flag, and shoes. I was put into a holding cell for approximately three hours. There were people who were not in uniforms working on computers. One of them realized that I was the Portland Chicken and took a photo of me in my cell. This same agent took a photo or photos of my passport.

PAGE 6 – DECLARATION OF JACK DICKINSON

31.    I had only two short interactions with DHS officers, once where I was asked for my address and another where I was offered water, until close to the time that I was released. A DHS officer came into my cell with a bin of my belongings and some paperwork. The DHS officer filled out the paperwork and asked for my social security number, height, and weight, among other questions. The DHS officer then left, then returned and presented me with two United States District Court Violation Notices: one for failure to comply and one for trespassing.

32.    I was finally released at approximately 11:05 PM, along with one of my fellow protestors.

33.    I believe that we were targeted because we were sitting closest to the gate. It appeared that DHS agents did not detain more individuals because they did not have enough cells to use to detain them. DHS agents did eventually put more than one person in each cell. It seemed like they put several female-presenting individuals together in the same cell. It appeared that all the cells were being used to detain protesters; there was no one being held at the ICE building for immigration-related purposes to my knowledge. I learned that there had been no immigration-related activity at the ICE building that day.

34.    While I was being detained, I saw signs referring to immigrants as "aliens," except for signs referring to individuals from El Salvador, who were more humanized. I also learned that DHS agents had not done an inventory of COVID tests for the ICE building since the summer.

35.    I attended another protest at the Portland ICE building on Saturday, January 24, 2026, to protest the killing of Alex Pretti in Minneapolis. I was present between 4-5 PM, then left for a time, and returned from approximately 8:15 PM-11 PM. Although DHS periodically issued warnings over the course of the night, I could not hear what these warnings said or whether they included any warning about being exposed to force.

36.    After 8:15 PM, I witnessed three different instances of DHS officers deploying tear gas. Each time this happened, DHS officers would come out and stand in the driveway. I witnessed any protesters who had been standing in the driveway leave the driveway of their own

PAGE 7 – DECLARATION OF JACK DICKINSON

volition. I did not see DHS officers fire less-lethal munitions to clear the driveway. Rather, they would line up on the side of the blue line that was on federal property, then begin deploying less-lethal munitions indiscriminately into the crowd, who were by that point either standing across the street from the ICE building or in the street.

37.     The first push happened around 9 PM. At this time, I was across the street from the ICE building talking to a friend. DHS officers deployed tear gas. I was only wearing a KN-95 mask, so I was pretty exposed to the chemicals that were not adequately filtered through the mask. I picked up a sign and was waving it to try and diffuse some of the tear gas. I was hit in the right ankle during a volley of less-lethal munitions that it seemed like DHS fired in my direction because I was holding and waving the sign. I put the sign down after that.

38.     At that time, my eyes and nose were affected by the tear gas and felt very irritated. I had to leave the immediate area where the gas was to get water and recover. I walked about 25 feet up toward Macadam Avenue to get away from the gas.

39.     When the second wave of gassing happened, I was not in the immediate area. I was still standing closer to Macadam Avenue.

40.     After this second volley, I met up with several fellow protestors, one of whom provided me with a full gas mask consisting of a respirator and a clear shield. I went down to the area by the trolley station, where the memorial was set up. I stayed in that area for some time to drop off coffee and talk to fellow protestors. I was there when the third push happened. I attempted to fasten my gas mask, but it seemed like the mask may have been defective, so I began to feel the effects of the chemicals even inside of my gas mask. I had wanted to stay where I was, but I was in moderate pain and discomfort, so I had to move out of the area and across the street. I had to get water to wash out my eyes and wash off my face. I sat near the garage entrance to the apartment building across the street from the ICE facility for approximately 15 minutes to recover.

41.     Once I felt recovered enough to get up, I had conversations with people in the area to discuss what had happened. We found used cannisters of HC gas that had been deployed,

PAGE 8 – DECLARATION OF JACK DICKINSON

which was our first confirmation that DHS officers had been using this extremely harmful gas that night. It felt like a different kind of gas than I had been exposed to throughout the summer. It felt very corrosive and toxic.

42.     At that point, the pain in my eyes was sustained and severe enough that I felt the need to leave and go home to fully decontaminate myself. I really wanted to stay, but I felt like I no longer could without risking further health consequences. I woke up the next morning with brain fog and body aches, which I believe were due to exposure to the HC gas.

43.     That night was the most aggressive the DHS officers had been with their use of force since the summer. However, I did not witness DHS officers arrest or detain anyone during this time.

44.     I attempted to attend another protest on January 25, 2026. However, there had been heavy gassing just before I arrived. I was not able to stay at the protest for very long due to the extent of the gassing.

45.     I have never witnessed a protester use force against an agent.

46.     I have never made verbal threats or posed any physical threat during a protest.

47.     I am preparing for a situation where I am seriously injured or possibly killed, or arrested and held for a very long time, like what happened on Martin Luther King Jr. Day. I plan to continue to nonviolently protest, so this fear stems from my fear that agents will break the law or will be given unlawful orders. I am afraid they have been or will be authorized to use lethal force and that it will come out of nowhere. I worry that it will become so bad the I will have to stop protesting.

48.     I do intend to continue attending protests at the ICE facility despite my fear.

49.     I have agreed to serve as a class representative in this case. I understand that this requires that any actions I take must be for not just myself, but for all others who are not named plaintiffs, but are in a similar situation regarding their need for protection from abusive practices by Defendants that are designed to suppress our exercise of First Amendment rights.  I understand that this requires that I do not have any interests that are in conflict with the interests

PAGE 9 – DECLARATION OF JACK DICKINSON

of other class members.  I hereby confirm that I know of no such conflicts.  I also confirm that I will make all decisions in a manner that fairly represents the interests of all class members, and that I will make no decisions or take any action as a class representative that are for my sole benefit, rather than for all class members.

50.     Attached as **Exhibit A** is a screenshot taken from a video, showing a true and accurate image of me with the sign I was holding during the sit-in on Martin Luther King Jr. Day on January 19, 2026.

51.     Attached as **Exhibit B** are true and correct photos of the hole in my clothing from being drug across the ground by DHS officers on January 19, 2026.

52.     Attached as **Exhibit C** is a true and correct copy of a photograph depicting the injury to my knee as a result of being drug across the ground by DHS officers on January 19, 2026.

53.     Attached as **Exhibit D** are true and correct images depicting the notices I received after being detained in the ICE building on January 19, 2026.

54.     Attached as **Exhibit E** are true and correct photos I took of the cannister of HC gas we found on January 24, 2026.


**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Signed by:

*Jack Dickinson*

1729A1AA055E4C5...

JACK DICKINSON

1/26/2026

DATE

PAGE 10 –   DECLARATION OF JACK DICKINSON

# EXHIBIT A



# EXHIBIT B





# EXHIBIT C



# EXHIBIT D

## United States District Court
### Violation Notice
(Rev. 1/2020)

**Location Code** | **Violation Number** | **Officer Name (Print)** | **Officer No.**

E 1830296

D. WHILES

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code

Place of Offense

Offense Description: Factual Basis for Charge | HAZMAT ☐

### DEFENDANT INFORMATION

Last Name | First Name | M.I.

### VEHICLE    VIN:

Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions (on reverse side).

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side).

Forfeiture Amount

+ $30 Processing Fee

Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

---

## United States District Court
### Violation Notice
(Rev. 1/2020)

**Location Code** | **Violation Number** | **Officer Name (Print)** | **Officer No.**

E 1830295

D. WHILE

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code

Place of Offense

Offense Description: Factual Basis for Charge | HAZMAT ☐

### DEFENDANT INFORMATION

Last Name | First Name | M.I.

### VEHICLE    VIN:

Tag No. | State | Year | Make/Model | PASS ☐ | Color | CMV ☐

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions (on reverse side).

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions (on reverse side).

Forfeiture Amount

+ $30 Processing Fee

Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date

Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

# EXHIBIT E

Docusign Envelope ID: C041840B-9D45-49E0-9837-35C0A235A5EA



