**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile: 503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF MARILYN HALL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>         Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>         Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF MARILYN HALL** |

I, Marilyn Hall, hereby declare under penalty of perjury as follows:

    1.    I am 77 years old and was born and raised in Oregon. I live in Hillsboro, Oregon with my husband, Stephen Hall.

    2.    I am currently retired. During my career I have owned three separate businesses–my longest business has been in operation for over 30 years. I am currently the director of a cat rescue and am also a mother and grandmother to five grandchildren.

    3.    My husband and I started to attend protests and events during the spring of 2025 to express our disagreement with the Trump Administration's immigration policies and attacks on the rule of law, including constitutional rights. Most often, we have attended events at the

PAGE 2 – DECLARATION OF MARILYN HALL

social security office in Beaverton.

4. On October 4, 2025, we traveled to Portland to join a rally that we had seen advertised. We had not yet been to a downtown Portland, Oregon protest. We had been hearing a lot of conflicting information about what was happening there, and wanted to have firsthand information.

5. The rally was at Elizabeth Caruthers Park, and we arrived at approximately 11am. After some speeches and know your rights information, at around 12pm the crowd marched to the Immigration and Customs Enforcement (ICE) building a few blocks away.

6. Once at the ICE building, we stood approximately 20 feet east of the ICE building on the sidewalk near the old trolley tracks. I recall standing near a tree and seeing another older couple nearby. The other couple included a man with a walker and a navy hat that said "Vietnam Veteran" in big yellow letters.

7. The crowd was peaceful. I witnessed people chanting and carrying signs. People were staying on the public sidewalk and street side of the blue federal property line painted on the ground.

8. I witnessed federal officers open the gates and come out to clear the driveway for cars coming out multiple times. When they did this, the crowd moved out of the way but federal officers still pushed protesters and used tear gas to control the crowd.

9. Later on, a larger group of federal law enforcement marched in formation out of the driveway gate. The officers appeared angry and aggressive. Some were wearing black uniforms and some were wearing camouflage. They were all masked and were wearing tactical gear. I heard loud popping noises coming from pepperball guns that were being fired at the crowd. The sky was smoky with tear gas of different colors. People were crying and coughing, and so were we. The protesters were not violent. If protesters were causing violence, we would have discouraged it. Additionally, the speeches at the park discouraged provocation and encouraged peace.

10. At or around 1:21pm, I witnessed about 5 to 6 officers running towards our

PAGE 3 – DECLARATION OF MARILYN HALL

direction. It looked like they were running towards a target but I was not sure what the reason was. I witnessed a federal officer briskly walking to get through the crowd, shoving people that were in the way. He sharply shoved me first and then my husband Stephen. Suddenly, our signs went flying and we both fell onto the gravel on the sidewalk with Stephen on top of me. I fell on the right side of my back and landed on my elbow. All the protesters around us who witnessed the incident were horrified that we had been shoved to the ground and started filming us. A few people helped us up and brushed the dirt off our clothes. As I went to stand up, I felt sharp pain in my lower back.

11. We collected ourselves and walked back to the car, approximately 4 blocks away. On the way home, we stopped at Urgent Care to check on my back and get an x-ray taken. Luckily, nothing was broken. However, it took two months to recover from sitting without pain and my right arm is still numb. The fall also made the sensitivity from a previous shoulder injury worse.

12. We returned to the ICE building twice since the incident; on Saturday, October 11 and Saturday, October 25. While attending the protests during the day at the ICE building, we again observed that the protests were peaceful. On Saturday, October 11, there was dancing, inflatable costumes, music, and people dressed in drag.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

*Marilyn Hall*
MARILYN HALL

1/26/2026
DATE

PAGE 4 – DECLARATION OF MARILYN HALL