**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF MARVIN SIMMONS

Doc ID: 2e29759cf0333ed32433d3f6c0238d7fe67b8271

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF MARVIN SIMMONS** |

I, Marvin Simmons, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Banks, OR.

2. I am a veteran of the Vietnam War and have attended protests at the South Portland ICE Facility in order to express my belief that law enforcement must uphold our Constitutional rights, including freedom of speech and Due Process. No law enforcement can change them to support their ideology.

3. On January 19, 2026, I arrived at the South Portland ICE Facility sometime between 5:00 pm. And 6:00 pm. I held a sign for a Vietnamese man who was so badly injured by DHS he lives now in a care home. The sign read, "Nhon Ngoe Nguyen…55 years old, Vietnam,

PAGE 2 – DECLARATION OF MARVIN SIMMONS

El Paso Processing Center/Long Term Acute Care."

4. Attached to this Declaration as **Exhibit Simmons_A** is a copy of a photograph containing a true and accurate image of me holding this sign.

5. My intention was to honor Dr. King's legacy of nonviolent protest by participating in a Sit-In. I sat on the east side of the driveway, about halfway between the blue line and the gate.

6. I wore a hate that read, "Vietnam Veteran."

7. We sat quietly. I don't remember anybody hollering anything. I don't remember anybody in our group doing anything but sitting or standing peacefully. Nobody even in the crowd near the sidewalk or street threw anything or posed any violence.

8. I was not wearing a gas mask or glasses, so when DHS officers came out of the facility and started shooting chemicals, I put my scarf around my face and bent forward to try to avoid the gas.

9. It didn't work. The gas burned my eyes so badly and it got into my mouth. It burned around my mouth and cheeks because I had shaved before I went down there. When it got into my mouth I almost had to vomit. I didn't vomit because I pulled my face into my jacket.

10. Immediately when they came out, I was struck on both of my feet and both of my legs. I believe I was hit with 5 pepper balls.

11. I remember people in crowd around Bancroft Street yelling, "stop shooting at them!"

12. I was extremely worried they were going to cause extreme injury to the Sit-In participants. I was afraid they would come right up to us and shoot into our upper bodies or heads.

13. When they arrested the Chicken and the others, I was very worried about them being abused by the federal officers because what they were doing in front of everybody was so egregious.

14. Because I am a Vietnam War veteran, this really set my PTSD off. I am

PAGE 3 – DECLARATION OF MARVIN SIMMONS

considered chronic severe PTSD. I was very nervous and apprehensive and anxious. Part of my PTSD is survivor's guilt. I felt and still feel very guilty because I couldn't help my friends.

15. About 20 minutes after, I had a nasty pounding headache that I would describe as a 6 or 7 on the pain scale. It lasted until about noon the following day.

16. When the pepper balls were hitting my boots, someone took a picture of my boots and clothes, and my boots were covered in white powder and tear gas.

17. When I got home, I had to take all my clothes off outside so I wouldn't contaminate my house.

18. I stayed at home all the next day and "hunkered down." To me and other veterans, this means I'm dealing with a lot mentally and needing to be alone. We call each other "trip wire" soldiers. That means we are always worried about some event that is going to happen to you that you aren't able to control. I had no control over myself or my friends during the MLK day Sit-In, and the psychological impact to me is severe.

19. I do intend to continue to participate in demonstrations nonviolently. I do not believe that my remaining nonviolent will protect me from serious bodily harm, though.

20. Attached to this Declaration as **Exhibit *Simmons*_B** is a true and accurate copy of a photograph depicting chemical residue on my clothing.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: January 26, 2026.

*Marvin Simmons*
MARVIN SIMMONS

01 / 26 / 2026
DATE SIGNED

PAGE 4 – DECLARATION OF MARVIN SIMMONS

# EXHIBIT *Simmons*_A



# EXHIBIT *Simmons*_B

