**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile: 503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF RANDALL BLAZAK

Doc ID: 06e9fc26aa2fc8e77c081d693720b99a4ed286f4

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF RANDALL BLAZAK** |

I, Dr. Randall Blazak, hereby declare under penalty of perjury as follows:

1. I am 61 years old and a current resident of Portland, OR. I make this declaration based on personal knowledge. If called to testify, I could and would testify competently as to the facts herein.

2. I am a professor and a sociologist and have focused my academic work and my entire career on issues of policing in a democratic society. I have a PhD from Emory University. I am the Chair of the Oregon Coalition Against Hate Crimes, a coalition that includes federal law enforcement. I work with law enforcement liaisons as well as protesters.

3. I have attended protests at the South Portland ICE facility since June of 2025 with

PAGE 2 – DECLARATION OF RANDALL BLAZAK

Doc ID: 06e9fc26aa2fc8e77c081d693720b99a4ed286f4

the goal of raising awareness about the dangers to democracy that federal law enforcement has created, and to lend my skills in de-escalation.

4. On January 19, 2025, I arrived at the ICE facility at approximately 6:00 p.m. in honor of Martin Luther King, Jr. Day.

5. I carried a sign displaying a photograph of Renee Nicole Good and reading, "37 year-old, U.S. citizen, fatally shot by an ICE agent in Minneapolis, MN, as she was attempting to drive away."

6. A photograph marked as **Exhibit *Blazak_A*** is attached hereto depicting a true and accurate image of myself holding this sign. This photograph would have been taken at approximately 8:00 pm.

7. I participated in a Sin-In with the intention of honoring people who have died in ICE custody over the past year and honoring Dr. King's message of nonviolence and peaceful protest.

8. At approximately 7:00 p.m., I was sitting on the ground against the pony wall on the easts side of the driveway, which is the right side of the driveway if you are looking at the building from SW Bancroft Street. I was located toward the end of the driveway to be able to help older protesters, including a Vietnam veteran, in case they may need help escaping violence of federal officers. The person sitting to the other side of me was wearing an inflatable green frog costume.

9. Without any warning that force would be used, the first shots of pepperballs came through the gates, hitting the gate itself and spraying gas. I also witnessed pepperballs being shot straight through the gates at waist height and hitting about 10 to 15 feet beyond the gates.

10. The gates opened and a smaller group of officers than normal came out shooting and spraying us. I saw them spray an Indigenous woman point blank with a can of what looked like bear mace. I saw DHS officers spray a protester wearing a "Stitch" costume and the protester next to her with pink hair at point blank range. At about that time, my feet were hit with pepperballs. I was not wearing a gas mask.

PAGE 3 – DECLARATION OF RANDALL BLAZAK

11. I sat firm and continued to hold up my sign. I witnessed them drag the four arrestees through the gate and sat in shock.

12. When the officers began shooting, I held up my placard as if to say, "Really? You are going to shoot her [Renee Good] again?"

13. Attached as **Exhibit Blazak_B** is a photograph containing a true and accurate depiction of one of the signs shot through by DHS pepper balls, this sign in honor of Carlos Roberto Montoya Valdez.

14. I was frightened for my own physical safety. I have been shot before by pepper balls being down there as a peaceful observer. I was shocked at how they sprayed us point blank in the face, forcing non-resisting protesters to withstand a new level of chemical exposure and violence.

15. I am grateful there was video of how they behaved on MLK Day because I don't think people would believe it otherwise.

16. It felt so unnecessary to me because law enforcement could simply have asked, "do you want to be arrested?" Protesters could have been arrested nonviolently. At no point did any of our group pose any threat whatsoever.

17. I was afraid the level of force would continue to escalate and I would be caused serious bodily harm, or that the group would sustain serious injury.

18. I witnessed federal officers actively shaming protesters for engaging in Dr. King's model. As a scholar of this area, how they came out later and threw the Indigenous women to the ground and bear sprayed their faces reminded me of the fire hoses used during civil rights era protests. It felt like Birmingham to me.

19. I understood I may be arrested but I was not expecting the level of excessive and utterly unnecessary violence.

20. Days after the Sit-In, the chemical residue from my clothing caused my daughter respiratory irritation and watery, burning eyes. I recall on Friday, four days after the protest, rubbing my nose while wearing the same gloves I had worn at the Sit-In and experiencing

PAGE 4 – DECLARATION OF RANDALL BLAZAK

burning and irritation. I still can't tie my shoes because the residue causes burning.

21. On January 24, 2026, I participated in protests at the ICE facility in response to ICE having murdered another citizen without justification in Minneapolis. I attended in hopes of expressing my solidarity with the people of Minneapolis and other cities being targeted by this administration based on their political opposition to the Trump administration. On this day, hundreds of protesters had assembled on Bancroft.

22. I wore a gas mask for most of the evening in order to be able to participate.

23. At or around 9:45 p.m., I began filming. Submitted with this declaration via thumb drive delivery to the Court is a true and accurate copy of this video marked as **Exhibit *Blazak*_C.**

24. I had not witnessed any threatening or particularly raucous behavior, just a crowd resolute in its opposition to extrajudicial murder.

25. As shown on the video, federal officers came out a minute or so after I began filming. They occupied the driveway. They began launching and firing chemical munitions into the crowd on Bancroft without giving instructions or warnings. They fired "flash bangs," as well.

26. It was unclear to me what the goal of this use of force may have been because no instructions were given to the crowd. There were no vehicles attempting to enter or exit, and no arrests being made.

27. After unleashing huge clouds of gas, officers simply returned inside the facility.

28. In response to what occurred on MLK Day and the escalation of federal law enforcement violence in democratic cities, I am shocked that the tactics I've spent my career studying are happening in America. The loss of standards for law enforcement conduct is happening at lightening speed.

29. The shock I feel needs a new term. I have great fear all the time of abductions. I am afraid that federal officers have license to shoot us lethally. I am afraid Portland is being used as a focal point of this administration. I am afraid we will be used to spur something too close to a civil war. I am terrified. I am 61 years old and I can't believe I have to worry about these

PAGE 5 – DECLARATION OF RANDALL BLAZAK

things.

30. I will continue to participate to try to protect what I have spent my entire life working toward. I fear retaliatory violence, prosecution, and other tactics aimed at scaring opponents into political compliance. I have assisted the federal government on antiterrorism issues for decades, and am now afraid that exercising my free speech in support of democratic values will result in retaliatory deprivations of my freedoms.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: January 26, 2026.

_____
DR. RANDALL BLAZAK

PAGE 6 – DECLARATION OF RANDALL BLAZAK

# EXHIBIT *Blazak_*A



# EXHIBIT *Blazak*_B



# EXHIBIT *Blazak_*C

# BLAZAK EXHIBIT *Blazak*_C

# Video submitted in native format by USB drive