**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

 *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF STEPHEN HALL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>  Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF STEPHEN HALL** |

I, Stephen Hall, hereby declare under penalty of perjury as follows:

1. I am 84 years old and have been a resident of Oregon since 1968. I live in Hillsboro, Oregon with my wife, Marilyn Hall.

2. I am currently retired. I am a U.S Army veteran and worked in the Army Intelligence Unit for 2.5 years. In the Army, I took an oath to defend the U.S constitution, and that oath is still important to me. After serving in the Army, I had a successful career working in sales for many decades.

3. I am also a father and grandfather to five grandchildren.

4. Last year my wife and I began attending protests and events during the spring of

PAGE 2 – DECLARATION OF STEPHEN HALL

2025. We participated to express our disagreement with the Trump Administration's immigration policies and attacks on the rule of law, including constitutional rights. Most often, we have attended events at the social security office in Beaverton.

5. On October 4, 2025, we traveled to Portland to join a rally that we had seen advertised. We had not yet been to a downtown Portland, Oregon protest. We had been hearing a lot of conflicting information about what was happening there, and wanted to have firsthand information.

6. The rally was at Elizabeth Caruthers Park, and we arrived at approximately 11am. I was wearing an Army hat and a leather vest with several military patches on it to make it obvious that I was a veteran. After some speeches and know your rights information, at around 12pm, the crowd marched to the Immigration and Customs Enforcement (ICE) building a few blocks away.

7. Once at the ICE building, we stood approximately 20 feet east of the ICE building on the sidewalk near the old trolley tracks. I recall standing near a tree and seeing another older couple nearby. The other couple included a man with a walker and a navy hat that said "Vietnam Veteran" in big yellow letters.

8. The protesters were not violent. People were chanting and carrying signs. I witnessed people staying on the public sidewalk and street side of the blue federal property line painted on the ground.

9. Between 12pm and 1pm, I witnessed federal agents exit from the ICE building driveway gate, walk across the blue line, and push protesters back to clear the street to let cars leave and enter the driveway of the ICE building. I witnessed federal agents throw tear gas canisters at protesters to clear the way. The federal officers would then go back in and close the gate. Sometimes they left a few officers outside of the gate. This went on multiple times.

10. At one point, a large group of federal officers came out of the driveway gate and rushed towards the crowd. Some were wearing black uniforms and some were wearing camouflage. They were all masked and were wearing tactical gear. I heard a loud "pop, pop,

PAGE 3 – DECLARATION OF STEPHEN HALL

pop" noise that sounded like something being shot from a gun. I believe that was the sound of pepper ball guns that were being fired at the crowd. The air filled with gases of different colors, including green, red, and white. People were crying and coughing, and so were we.

11. All of a sudden, at or around 1:21pm, I felt an impact that reminded me of playing hockey when I was younger. It felt like I was directly shoulder checked in the back. The officer that hit me was quite large and was wearing a camouflage uniform. I fell onto my wife on top of her. I was worried that I injured her. We both ended up on the ground together in the gravel.

12. Many of the protesters in the crowd witnessed what had happened to us and checked to see if we were okay. Some members of the protest crowd helped us to our feet. When I got up a smaller officer in camouflage and a mask said to us, "You need to move down the sidewalk." I did not hear any other commands prior to that point.

13. Once we got up, we collected ourselves and walked back to the car. On the way home, we stopped at Urgent Care to have my wife's back checked.

14. We returned to the Portland ICE building twice since the incident; on Saturday, October 11 and Saturday, October 25. While attending the protests during the day at the ICE building, we again observed that the protests were peaceful. There was dancing, inflatable costumes, music, and people dressed in drag.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Signed by:
*Stephen Hall*
79057F5FD041461...
STEPHEN HALL

1/26/2026
DATE