**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF SARAH YONALLY

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>          Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>          Defendants. | Civil No. 3:25-cv-02170-SB<br><br>**DECLARATION OF SARAH YONALLY** |

I, Sarah Yonally, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and am a current resident of Clackamas County, OR.

2.      I have a PhD in biology and worked as a school health assistant in areas with high migrant and refugee populations. I believe that people who immigrate to this country, especially if they are fleeing horrible circumstances, have the right to live here in safety. I believe this administration's policies are racist, white supremacist and contrary to due process rights. That is why I protest.

3.      I began attending protests at the South Portland ICE Facility ("Facility") on July 4, 2025. For a long time, I went every day. More recently, I have missed a day or two, but I

PAGE 2 – DECLARATION OF SARAH YONALLY

never missed more than three days in a row, or three days in a week. I am recognizable as the female with pink hair, usually standing next to a protester wearing a blue Stitch costume.

4.      On October 4, 2025, at or around 8:15 p.m., I was standing near the blue line when DHS officers began pushing the crowd down toward the intersection of S Bond and S Bancroft Streets. I complied with the instructions to move, and did not witness anyone else not complying with the instructions to move. As the crowd stood by, posing no threat and not blocking vehicles, DHS officers began just gassing the crowd. We were gassed so much. I witnessed both the hand-held canisters and munitions containing gas being used. The gas leaked under my mask.

5.      Prior to the gassing, I did not witness a single incident of threatening behavior on the part of protesters or a single incident of protesters destroying property. I don't recall any DHS vehicles attempting to enter or exit the building. I do not know of any reason why munitions were so heavily used, or were used at all. Afterward, though, we saw that DHS had taken and posted video. The video was taken by aerial footage and the video looked like an intro to an action movie. I believe the purpose of the show of force was not a response to any threat from protesters, but rather to create their own media and propaganda in response to the district court's injunction granted a couple hours earlier in the day.

6.      The next day, we counted 50 canisters of pepper spray that had been shot. I was sick for several days and it felt similar to a flu.

7.      On October 11, 2025, at or around 10:00 p.m., I witnessed an example of the type of interactions that led me to believe DHS officers policing the protests had not been trained. On this evening, there was a higher number of protesters, and there were counter-protesters present as well. One DHS officer wearing a camouflage uniform began firing munitions at protesters at approximately chest and face height, when another officer, who I recognized, put hands on the shooting DHS officer and instructed him, in sum and substance, to "aim for legs" rather than directly at protester bodies, as he had been. DHS officers held him back as he attempted to run at the crowd, continuing to fire at chest height, until an FPS officer held and tapped him and said,

PAGE 3 – DECLARATION OF SARAH YONALLY

Doc ID: 074c88648fd4acfd104e81a1bb125e0e82fdf1b6

"back to the line." Attached hereto as **Exhibit *Yonally*_A** is a true and accurate copy of video images depicting this scene, beginning at 0:03:00.

8.      On November 14, 2025, I was sitting in front of the blue line in the driveway. Agents called out from the roof to clear the driveway. I complied with this instruction and moved to the side so that vehicles had an open pathway to come and go from the facility. While I was moving away, agents shot me in the legs, feet, crotch, and my thumb with pepper balls. When the first shot hit me, I was halfway between sitting and standing. As I continued walking away, they continued to fire at me from the middle roof. My left thumb was struck, as was my left upper arm.

9.      Attached hereto as **Exhibit *Yonally*_B** is a true and accurate copy of a photograph depicting the bruising caused to my arm.

10.     I suffered similar bruising where a munition struck me in the crotch area. Every single place I was shot still has a big lump underneath the skin.

11.     I did not have a mask on this day. The chemical agent caused irritation to my lungs, throat and eyes; and caused irritation to the skin of my arms and neck.

12.     The injury to my left thumb was so painful I initially thought it was broken. It hurt for approximately two weeks. I still have a red blood blister under my fingernail. I believe they were shooting at my phone because they did not want me to record.

13.     Prior to these shots, there was no threat posed by the crowd. The gates did open later and vehicles exited the facility.

14.     On November 19, 2025, at approximately 11:30 p.m., I was standing behind the blue line in front of the driveway. Agents came out and told protesters to clear the driveway. I had complied and was standing to the side of the driveway when agents approached, shoved me backward, and shot pepper balls striking both my right and left feet, and both my right and left shins. I still have bruises today with hard lumps underneath. I again experienced rashes to my legs, chest, neck and arms from the chemicals. The chemicals caused significant respiratory irritation and coughing, as well. At no point during this time had protesters posed any threat to

PAGE 4 – DECLARATION OF SARAH YONALLY

Doc ID: 074c88648fd4acfd104e81a1bb125e0e82fdf1b6

person or property that I witnessed.

15.     Attached hereto as **Exhibit _Yonally_\_C** is a true and accurate copy of a photograph depicting chemical residue left on my shoes and pants from the munitions.

16.     On November 29, 2025, at approximately 11:00 p.m., I was standing to the left of the driveway on the sidewalk. Agents came out and shoved me and three other women back, despite our present attempt to comply. I was already approximately 10 feet away from the driveway when I was shoved.

17.     During the month of November 2025, DHS officers fired pepper balls into a crowd of only four protesters. At the time the pepper balls were fired, no one was over or on the blue line or posing any type of threat. We had complied with an instruction to clear the driveway. We were given no further instructions or any warning when the pepper balls were fired.

**Martin Luther King, Jr. Day Sit-In**

18.     On January 19, 2026, I participated in a Sit-In protest action in honor of Dr. Martin Luther King, Jr.'s message and nonviolent protest tactics, and in memoriam for the 36 (now 38) people who have lost their lives in ICE custody since Trump took office in January 2025.

19.     I arrived at the ICE facility on this day around 6:00 p.m. I carried two signs with images of people who died while in ICE custody.

20.     A photograph is attached hereto as **Exhibit _Yonally_\_D**, and depicts a true and accurate image of the signs I held.

21.     Prior to the MLK Day Sit-In, I had never crossed the blue line.

22.     At approximately 7:00 p.m., approximately 25 total participants entered the driveway and lined its perimeter. We sat single-file along the wall to ensure that vehicles had room to enter and exit the building.

23.     We all carried signs displaying the names and faces of the deceased. We sat along the outer perimeter of the driveway (with little to no PPE), and after a prayer and song by the indigenous members, a friend and I read the names of the deceased.

PAGE 5 – DECLARATION OF SARAH YONALLY

24.     At this time DHS used the LRAD to request that we clear the driveway. Immediately following, the federal officers shot pepper balls from the roof of the facility directly onto those of us in the driveway. The gates opened and DHS officers came out in full riot gear, shooting pepper balls and mace at me and all the protesters in the driveway.

25.     During this time, we remained seated. A DHS officer shoved me to my feet and tried to push me out of the driveway. I declined and sat back down, at which time the officer grabbed me by my arm and dragged me into the courtyard of the facility. At this point my eyes were closed because they were full of mace, and I could hear the officers shouting over and over not to move, so I didn't.

26.     At the same time, they were dragging in three other people who also were lying in the courtyard. Eventually they pulled me to my feet and led me to a sink to decontaminate, but the sink didn't work.

27.     They took my coat and boots, did a cursory pat down, and led me to a cell. I was kept in custody, covered in chemicals and coughing, for about 3 hours. I refused to give them my name, so they fingerprinted and took my DNA. They then threaten me with two days in jail at county if I didn't comply and give them my name, so eventually I did.

28.     We were released shortly before midnight, at which time DHS officers were eager to have us grab our things and leave because the chemicals on our clothes and belongings were causing them to cough and choke.

29.     Before we left, they asked us if we were aware that they were not ICE (it seemed an important distinction to them for some reason.)

30.      When I got home, I took a shower. It was one of the most painful experiences of my life! I'm not sure if it was because of the mix of PAVA and mace, or the fact that it was on my skin for so long, but it was agonizing for hours.

31.     I had to use a cold blow dryer on my face for almost 30 minutes after I got out just to cope, and my hands burned all night and most of the next day. It was excruciating.

32.     I have witnessed disparate treatment of counter-protesters and of rightwing media.

PAGE 6 – DECLARATION OF SARAH YONALLY

Doc ID: 074c88648fd4acfd104e81a1bb125e0e82fdf1b6

These individuals are identifiable because they wear "support ICE" t-shirts; t-shirts with a photo of Charlie Kirk; red MAGA hats; and hold signs with pro-Trump or pro-ICE messaging. I have watched DHS officers allow rightwing protesters to cross the blue line, even on occasions when there are DHS or ICE vehicles entering and exiting the building. I have witnessed these individuals be allowed to "embed" with agents and be allowed behind the DHS line of officers as the officers come out of the building so that these individuals can take video while DHS officers are shooting at protesters.

33.     I currently wear a gas mask with a filter canister and face shield. I have to wear boots and long pants and long sleeves and a big ugly Carhart jacket to try to protect my skin as much as possible from gas or impacts.

34.     For many weeks, I have experienced burning and red eyes and face all the time and throughout the day. The powder from the pepper balls sticks to my clothes, shoes and car. It gets all over everything. For example, I was at work in my scrubs and gloves and lab coat – all things that are kept at work and I only put on after I have showered – and the residue still in my phone case caused me and my boss to both start coughing. I know it was the residue because the cough is persistent and won't stop, and by the way it feels in my lungs. It feels like having a feather in your lungs that won't go away and is not like any other cough. My kids recognize it too, and will start coughing and say to me, "oh, you have pepper on you."

35.     When I am away from protests, I now experience menstrual cramping. If I were reproductive age, I would absolutely not be able to attend protests. It messes with your periods, it messes with your body.

36.     I have never witnessed a protester use force against a federal officer.

37.     When I attend protests, I am afraid that even though I am nonthreatening and nonviolent, I am going to be targeted with violence. I rarely know why agents are going after protesters with force, so every time they do, I am afraid they will target me.

38.     Even after MLK day, I have gone out every day except for Wednesday, January 21st. Friday, Saturday and Sunday entailed unbelievable volumes of chemical munitions. All

PAGE 7 – DECLARATION OF SARAH YONALLY

Doc ID: 074c88648fd4acfd104e81a1bb125e0e82fdf1b6

weekend, I watched agents point their guns and fire at the level of protesters' faces and bodies. I plan to continue to nonviolently protest, so my fear of injury stems from my fear that agents will break the law or will be given unlawful orders.

39.     I used to take my daughter and her friends, and my mother-in-law and her friends who are in their 70's, to the protests. However, I had to stop bringing them in October out of fear for their safety.

40.     I will continue to attend protests, as I watch kidnappings and abductions carried out by DHS, and as I watch the vehicles continue to come into the facility full of more and more people. I won't leave while this is happening because I believe it is wrong and somebody has to make it stop. It is urgent.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  January 27, 2026.

_____
SARAH YONALLY

Doc ID: 074c88648fd4acfd104e81a1bb125e0e82fdf1b6

# EXHIBIT *Yonally_*A

# YONALLY EXHIBIT *Yonally_*A

## Video submitted in native format by USB drive

# EXHIBIT *Yonally_*B



# EXHIBIT *Yonally_*C



# EXHIBIT *Yonally*_D

