BRETT A. SHUMATE
Assistant Attorney General
ANDREW I. WARDEN (IN Bar No. 23840-49)
Assistant Director, Federal Programs Branch
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 616-5084
Andrew.Warden@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

JACK DICKINSON, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 3:25-cv-2170-SI

**NOTICE OF APPEARANCE OF ANDREW WARDEN**

Please take notice that the undersigned attorney, Andrew Warden of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: January 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*s/ Andrew I. Warden*
ANDREW I. WARDEN
Assistant Director
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Andrew.Warden@usdoj.gov

*Attorneys for Defendants*