**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **JACK DICKINSON**; **LAURIE ECKMAN**; **RICHARD ECKMAN**; **MASON LAKE**; and **HUGO RIOS**, *on behalf of themselves and those similarly situated*, | Case No. 3:25-cv-2170-SI **FIRST CASE MANAGEMENT ORDER** |
| Plaintiffs, | |
| v. | |
| **DONALD TRUMP**, *President of the United States, in his official capacity*; **KRISTI NOEM**, *Secretary, U.S. Department of Homeland Security (DHS), in her official capacity*; and **U.S. DEPARTMENT OF HOMELAND SECURITY**, | |
| Defendants. | |

**Michael H. Simon, District Judge.**

After conferring with all parties, the Court sets the following First Case Management Order:

**1.     SCHEDULING RELATED TO MOTION FOR TEMPORARY RESTRAINING ORDER**

The parties shall promptly confer regarding whether a temporary restraining order (see ECF 11) is still needed or whether the Court's scheduling of a preliminary injunction hearing to commence on **March 2, 2026** (see below) will be sufficient, either with or without

PAGE 1 – FIRST CASE MANAGEMENT ORDER

stipulations among the parties. The Court will hold a telephone conference with the parties on **Monday, February 2, 2026, at 9:00 a.m.** to discuss these issues.

      2.     **EXPEDITED DISCOVERY**

      a.     The Court grants Plaintiffs' Motion for Early Limited Scope Discovery (ECF 41). Both sides may conduct limited discovery on an expedited basis before the completion of a Rule 26(f) conference.

      b.     The parties shall promptly confer regarding their respective discovery needs and timeframes and shall file a Joint Status Report Regarding Discovery not later than **Friday, February 6, 2026**. In that report, the parties shall state what expedited discovery has been agreed upon and the nature of any unresolved discovery disputes, with each side's respective positions.

      c.     In addition, the parties shall promptly confer regarding the terms of any appropriate protective orders and shall file their proposed protective orders (whether stipulated or opposed) not later than **February 6, 2026**.

      d.     Defendants shall promptly provide to Plaintiffs' counsel and to the Court copies of any current or recent written "use of force" policy (or anything substantially similar) applicable to the following: (i) the U.S. Department of Homeland Security ("DHS"); (ii) U.S. Immigration and Customs Enforcement ("ICE"); (iii) U.S. Customs and Border Protection ("CBP"); (iv) the U.S. Border Patrol Tactical Unit ("BORTAC"), within the Special Operations Group ("SOG") of the U.S. Border Patrol ("USBP"); (v) the U.S. Federal Protective Service; and/or (vi) any other "use of force" policy that applies to the ICE Building in Portland, Oregon, 4310 S. Macadam Avenue, Portland, OR 97239. Defendants may provide these documents under the terms of a protective order and/or file them with the Court under seal.

e.    The Court will hold a telephone conference with the parties on **Monday, February 9, 2026, at 9:00 a.m.** to discuss these issues.

3.    **PRELIMINARY INJUNCTION**

a.    In anticipation of Plaintiffs' forthcoming motion for preliminary injunction, the Court sets the following schedule:

i.     Plaintiffs file motion for preliminary injunction    **February 12, 2026**

ii.    Defendants respond    **February 19, 2026**

iii.   Plaintiffs reply    **February 26, 2026**

iv.    Three-day evidentiary hearing begins    **March 2, 2026, 9:00 a.m.**

b.    If any party wants the Court to consider any filed declaration in connection with (either in support of or in opposition to) Plaintiffs' forthcoming motion for preliminary injunction (including any declaration previously filed in support of Plaintiffs' motion for temporary restraining order) and if the declarant is not present in Court for examination during the evidentiary hearing, the propounding parties shall, upon timely request of the opposing parties, make the declarant available for deposition in a timely manner before the commencement of the evidentiary hearing.

4.    **DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT**

Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF 5) not later than 14 days after the Court rules on Plaintiffs' forthcoming motion for preliminary injunction.

**IT IS SO ORDERED**.

DATED this 30th day of January, 2026.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge