**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden***
borden@braunhagey.com
**Hadley Rood****
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor

PAGE 1 –  SUPPLEMENTAL DECLARATION OF LAURIE ECKMAN

San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides****
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

*_Pro hac vice_ application pending
** _Pro hac vice_ applications forthcoming

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated* | Civil No. 3:25-cv-02170-SI |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF LAURIE ECKMAN** |
| v. | |
| DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security | |
| Defendants. | |

I, Laurie Eckman, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Portland, OR.

2. I am a Plaintiff in this case. I submitted a declaration to the Court in support of Plaintiffs' Motion for a Temporary Restraining Order on January 27, 2026. ECF 13.

3. On January 31, 2026, at around 3:00 pm, I attended an interfaith gathering at Elizabeth Caruthers Park, three blocks from the Portland ICE Building, with my husband

PAGE 3 – SUPPLEMENTAL DECLARATION OF LAURIE ECKMAN

Richard. I was invited to attend by my church, Trinity Episcopal Cathedral. The invitation indicated that I could expect "a family-friendly event committed to nonviolence." I also was invited to bring three flowers. The same day, the labor unions held a large rally that also gathered at Elizabeth Caruthers Park at around the same time, as well as a large group of people on bicycles. In the park, there were many families with children and dogs. I even observed a baby in a carriage.

4.      I did not wear personal protective equipment because I anticipated that I would be safe at a daytime event with kids and families. I also anticipated that I would not get up close to the ICE Building and thought that would also keep me out of harm's way.

5.      After listening to speeches at the park, we started walking towards the ICE Building with the crowd. The crowd was so large that we had to walk very slowly along. As we walked down S Moody Ave., some of my fellow church attendees became afraid of getting close to the ICE Building, so we stopped on S Moody Ave, about a half a block from the ICE Building, by the parking garage entrance of the Gray's Landing building. We stood there shoulder to shoulder in a large crowd. The crowd included multiple people who were new to protesting.

6.      I saw one agent on the top roof of the ICE Building, then I saw approximately seven agents come out onto the lower, second story rooftop of the ICE Building. The crowd began chanting "shame, shame, shame" in unison. I then heard flashbangs and saw tear gas everywhere. The crowd did not panic, but began trying to move away from the ICE Building. We were unable to retreat quickly as we were already standing shoulder to shoulder in a crowd and tear gas was being deployed repeatedly overhead of the crowd.

7.      As I walked north on S. Moody, I had to walk through sequential tear gas clouds from canisters that detonated ahead of me as I tried to exit the area. I held on to a person next to me as I walked and held a tissue over my nose. I could not keep my eyes open, my face stung, and it was hard to breathe. People were retching, vomiting, and crying.

PAGE 4 – SUPPLEMENTAL DECLARATION OF LAURIE ECKMAN

8.      When I got to the intersection of S. Moody and S. Lowell, I thought I could turn right and make to the streetcar shelter to rest. However, S. Lowell was also overcome with gas. Luckily, the door to the Gray's Landing lobby off of S. Lowell was open and people were able to take some shelter from the gas there. I waited in the Gray's Landing lobby until the gas outside dissipated enough for me to walk home. There were many people providing aid to those impacted by the tear gas. A woman helped me flush my eyes and face, as well as helped me remove my coat and hat to avoid overheating.

9.      As Richard and I walked home, I continued to see and feel some gas. As we arrived at our building back by the park, I could still feel a burning sensation at the back of my throat.

10.      My impression of my experience was that it seemed as though the federal agents wanted to hurt the people protesting because they continued to throw tear gas at us when we were trying to get away. If they wanted us to leave the area, they made it very difficult to do so by firing tear gas toward the back of the crowd and in the pathway that the crowd had to exit the area.

11.      This protest involved more tear gas than what I experienced on October 4, 2025. The crowd was also much bigger.

12.      Since October 4, 2025, I have continued to experience shortness of breath and coughing. I used to be able to go on two-mile walks, but currently, I am only able to walk short distances because of the impacts on my ability to breathe.

13.      I do not feel safe attending protests near the ICE Building, and I do not plan to attend future protests, so long as federal agents continue to retaliate against nonviolent protesters who are simply near the ICE Building. I no longer feel safe to access the public path between the ICE Building and the former Cottonwood School building, where I used to take my daily walks for several years.

PAGE 5 – SUPPLEMENTAL DECLARATION OF LAURIE ECKMAN

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: <u>2/1/2026</u>.

DocuSigned by:

*Laurie Eckman*

6E7A46EDA05E40F...

LAURIE ECKMAN