**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden***
borden@braunhagey.com
**Hadley Rood****
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor

PAGE 1 –  SUPPLEMENTAL DECLARATION OF RICHARD ECKMAN

San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides\*\***
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

\**Pro hac vice* application pending
\*\* *Pro hac vice* applications forthcoming

    *Counsel for Plaintiffs*

PAGE 2 – SUPPLEMENTAL DECLARATION OF RICHARD ECKMAN

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**SUPPLEMENTAL DECLARATION OF RICHARD ECKMAN** |

I, Richard Eckman, hereby declare under penalty of perjury as follows:

1.    I am over the age of 18 and a current resident of Portland, OR.

2.    I am a Plaintiff in this case. I submitted a declaration to the Court in support of Plaintiffs' Motion for a Temporary Restraining Order on January 27, 2026. ECF 14.

3.    I have reviewed the February 1, 2026 Supplemental Declaration provided by my wife, Laurie Eckman, which accurately reflects my experience of the protest near the Portland

ICE Building on January 31, 2026.

4. When I decided to attend the protest in the park, I thought I would be safe because it was a family-friendly event.

5. When later the gas detonated and engulfed the crowd, it caused me to choke and gag. I had difficulty breathing and seeing as I attempted to make my way toward home. Somebody provided me with water and helped me flush my eyes, which offered some temporary relief.

6. As the crowd moved away from the Portland ICE Building, Laurie and I got separated. I walked slowly north on S. Moody and turned right on Lowell. People were taking shelter in the Gray's Landing lobby, and I was able to do so also. I found Laurie again in the lobby of the Gray's Landing building.

7. My impression of my experience was that it seemed as though the federal agents wanted to cause the protesters pain. This was deeply troubling to me. I do not feel safe attending protests near the ICE Building, so long as federal agents continue to retaliate against nonviolent protesters who are simply near the ICE Building. I no longer feel safe to access the public path between the ICE Building and the former Cottonwood School building, where I used to take my daily walks for several years.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: 2/1/2026                .

                                        DocuSigned by:

                                        *Richard Eckman*
                                        CB2CE1C3C8514C9...
                                        RICHARD ECKMAN