**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

   *Counsel for Plaintiffs*

PAGE 1 – DECLARATION OF KIMBERLY NACHBUR

Doc ID: c3095b30cb6553b283c005655e2ad951f49e053e

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF KIMBERLY NACHBUR** |

I, Kimberly Nachbur, hereby declare under penalty of perjury as follows:

1.  I am over the age of 18 and a current resident of West Linn, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.  I have completed force deescalation training for protests through the Portland Immigrant Rights Coalition.

3.  On January 31, 2026, I attended a protest and march that occurred near the U.S. Immigrations and Customs Enforcement field office (the "ICE field office") located at 4310 S Macadam Ave, Portland, OR 97239.

PAGE 2 – DECLARATION OF KIMBERLY NACHBUR

4.      I arrived at approximately 3:45 p.m., and I was standing near South Moody Avenue, in a northeastern direction no more than 100 feet from the ICE field office. I observed protestors marching south along South Moody Avenue. Around 4:10 p.m., I saw an agent walk outside and stand on the second or third-story roof of the ICE field office. Around 4:20 p.m., I observed two or three additional agents walk outside carrying what appeared to be pepper ball rifles, and they were standing on a first-story roof of the ICE field office.

5.      During this time, protestors were marching along the streets outside the ICE field office, and protestors were chanting "shame" and acting peacefully. There were around 1000 protestors. Local police directed traffic in the streets. Near 4:30 p.m., agents from the ICE field office's rooftop fired tear-gas cannisters and deployed flash-bang grenades directly into the crowd of peaceful protestors. Those agents provided no warning and gave no prior orders. Agents from the ICE field office continually fired tear-gas cannisters and deployed flash-bang grenades, which sounded like gunfire and created a thick fog. Protestors began to retreat away from the ICE field office.

6.      I also had to retreat from where I was standing because tear gas filled the air. During this time, the tear gas burned my eyes and left me temporarily blinded. This was the first time I had ever been tear gassed. I utilized a high-grade respirator that allowed me to not experience any negative respiratory effects from the tear gas.

7.      As I walked away from the ICE field office, through the smoke, I saw an elderly woman with a walker, apparently alone, who was screaming for someone to help her. I walked about one to two blocks away from the ICE field office, where I saw nurses from the Oregon Nurses Association rendering medical aid to young children who were suffering from the effects of the tear gas.

PAGE 3 – DECLARATION OF KIMBERLY NACHBUR

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 1, 2026.

_____
KIMBERLY NACHBUR

PAGE 4 – DECLARATION OF KIMBERLY NACHBUR

Doc ID: c3095b30cb6553b283c005655e2ad951f49e053e

**Dropbox Sign**                                                                                                                   Audit trail

| | |
|---|---|
| Title | 2026.01.31 Decl Kimberly Nachbur.pdf |
| File name | 2026.01.31%20Decl...rly%20Nachbur.pdf |
| Document ID | c3095b30cb6553b283c005655e2ad951f49e053e |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
02 / 02 / 2026  
03:05:10 UTC  
Sent for signature to Kimberly Nachbur (kimberlynachbur@proton.me) by services@clio.com acting on behalf of peopleslawproject@gmail.com  
IP: 97.120.116.249

**VIEWED**  
02 / 02 / 2026  
04:45:51 UTC  
Viewed by Kimberly Nachbur (kimberlynachbur@proton.me)  
IP: 71.34.74.162

**SIGNED**  
02 / 02 / 2026  
04:50:06 UTC  
Signed by Kimberly Nachbur (kimberlynachbur@proton.me)  
IP: 71.34.74.162

**COMPLETED**  
02 / 02 / 2026  
04:50:06 UTC  
The document has been completed.

Powered by **Dropbox Sign**