**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden***
borden@braunhagey.com
**Hadley Rood***
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

PAGE 1 – DECLARATION OF ANDREW KIHN

Facsimile: (415) 276-1808

**Marissa R. Benavides**\*\*
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

\**Pro hac vice* application pending
\*\**Pro hac vice* applications forthcoming

   *Counsel for Plaintiffs*

PAGE 2 – DECLARATION OF ANDREW KIHN

Doc ID: 802214e4867143c337b3df503a1f76d7b5d3380c

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF ANDREW KIHN** |

I, Andrew Kihn, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. On January 31, 2026 at approximately 3:20 p.m., I joined a protest at Caruthers Park. The protest marched to the Immigrations and Customs Enforcement/Department of Homeland Security Facility ("ICE Building") and arrived at the ICE Building at about 4:17 p.m.

3. Between those 3:20 and 4:30 p.m., I did not witness any threatening behavior. I saw a number of elderly people and children, including a child approximately 3 or 4 years-old carried on a man's shoulders. The protesters were peaceful and even a little joyful. I didn't get a

PAGE 3 – DECLARATION OF ANDREW KIHN

sense of any tension or urgency from the crowd. The vast majority were not wearing gear to protect from teargas.

4.     At or around 4:30 p.m., federal agents began deploying teargas. I was standing kitty corner to the facility and did not hear any warning before gas was deployed. I was standing next to a five-year-old girl and an elderly woman in her 70's using a walker. They would not have been able to hear any warning either. I saw the 5-year-old suffering from the gas coughing so badly, dragging behind and doubling over as they tried to leave the area. I watched the woman with the walker struggling to navigate the crowd and struggle with gas in her eyes. She was very disoriented and it was clear she couldn't escape without further exposure.

5.     I felt the gas strongly in my lungs and eyes, and my face burned. My eyes were watering and my breathing was very difficult. I felt genuine fear for the size of crowd and the panic put into the crowd.

6.     The force posed a very real threat of putting the crowd into a panic and precipitating injuries from rushed escape attempts.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  February 1, 2026.

_____
ANDREW KIHN

PAGE 4 – DECLARATION OF ANDREW KIHN

**Dropbox** Sign                                                                                                          Audit trail

| | |
|---|---|
| Title | 2026.01.31 Decl Andrew Kihn.pdf |
| File name | 2026.01.31%20Decl%20Andrew%20Kihn.pdf |
| Document ID | 802214e4867143c337b3df503a1f76d7b5d3380c |
| Audit trail date format | MM / DD / YYYY |
| Status | • Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**02 / 02 / 2026**  
02:38:23 UTC  
Sent for signature to Andrew Kiln (kihn.andrew@gmail.com) by services@clio.com acting on behalf of peopleslawproject@gmail.com  
IP: 97.120.116.249

**VIEWED**  
**02 / 02 / 2026**  
02:39:04 UTC  
Viewed by Andrew Kiln (kihn.andrew@gmail.com)  
IP: 73.67.191.243

**SIGNED**  
**02 / 02 / 2026**  
02:41:05 UTC  
Signed by Andrew Kiln (kihn.andrew@gmail.com)  
IP: 73.67.191.243

**COMPLETED**  
**02 / 02 / 2026**  
02:41:05 UTC  
The document has been completed.

Powered by **Dropbox** Sign