**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden***
borden@braunhagey.com
**Hadley Rood****
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111

PAGE 1 –DECLARATION OF MARK REMY

Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides\*\***
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

\**Pro hac vice* application pending
\*\* *Pro hac vice* applications forthcoming

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>　　　　　　Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF MARK REMY** |

PAGE 2 –DECLARATION OF MARK REMY

I, Mark Remy, hereby declare under penalty of perjury as follows:

1.  My name is Mark Remy. I am over the age of 18 and reside in Portland, Oregon.

2.  Linked as Exhibit *Remy_*A is a true and accurate copy of video I recorded at or around 4:40 pm on January 31, 2026 on S Bond Ave. near the Portland ICE Building, and depicting a young child having their eyes flushed with water. Link to Exhibit *Remy_A*:

https://www.dropbox.com/scl/fi/9qfucpcy03h9bzej10tty/Remy_A.mp4?rlkey=q55noec8m7amxkdj10sh1lz2w&st=jnr451d5&dl=0.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

_____
MARK REMY

_____
DATE

PAGE 3 –DECLARATION OF MARK REMY

# EXHIBIT REMY A

# Video submitted in native format by USB drive