**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden***
borden@braunhagey.com
**Hadley Rood****
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111

PAGE 1 – SUPPLEMENTAL DECLARATION OF KEVIN FOSTER

Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**\*\*
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

\**Pro hac vice* application pending
\*\* *Pro hac vice* applications forthcoming

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN FOSTER** |

PAGE 2 – SUPPLEMENTAL DECLARATION OF KEVIN FOSTER

I, Kevin Foster, hereby declare under penalty of perjury as follows:

1. My name is Kevin Foster. I am over the age of 18 and reside in Salem, Oregon.

2. I submitted a declaration to the Court in support of Plaintiffs' Motion for a Temporary Restraining Order on January 27, 2026. ECF 27.

3. On January 31, 2026, I saw a peaceful march of approximately a thousand people near the Portland ICE Building. There were many families with children in the crowd. It appeared to me that very few people marching were wearing personal protective equipment. The march did not appear to me to head directly to the front of the ICE Building, and turned left from S. Moody Ave on to S Bancroft St, away from the ICE Building.

4. At or around 4:30pm, I saw some protesters in front of the ICE Building and in the driveway. As the federal agents came out of the gate, people began to back up. Federal agents suddenly threw multiple canisters of tear gas. Some canisters were thrown back towards the ICE Building. The federal agents continued to deploy chemical munitions, including munitions that sounded like flashbangs that I heard on other nights of protest at the ICE Building. Despite the driveway being cleared, agents continued to sporadically deploy chemical irritants at protesters. I saw CS gas canisters, a stinger rubber ball grenade, and other remnants of chemical devices on the ground. A video that I took of these events at or around 4:30 pm is attached as Exhibit Foster_B.

5. I wore a gas mask, but I still had to back away from the ICE Building at some point because I could feel the effects of the chemical irritants. When I took my mask off on the west side of the ICE Building about 10 to 15 minutes later, my face began to burn intensely, my eyes watered, my nose ran, and I could see that the gas was still in the air.

6. Linked as Exhibit Foster_B is a true and accurate copy of video I recorded at or around 4:30 pm on January 31, 2026 of the events at the Portland ICE Building. Link to Exhibit Foster_B:

https://www.dropbox.com/scl/fi/eqz40gujvzupuv11telr7/Foster_B.mp4?rlkey=xhm9i4sqep7j0olb

PAGE 3 – SUPPLEMENTAL DECLARATION OF KEVIN FOSTER

54hro9hvx&st=7qu7yjvo&dl=0.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed by:

*kevin Foster*
463FBD43D4874EB...

KEVIN FOSTER

2/1/2026

DATE

PAGE 4 – SUPPLEMENTAL DECLARATION OF KEVIN FOSTER

# EXHIBIT FOSTER B

# Video submitted in native format by USB drive