**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden\***
borden@braunhagey.com
**Hadley Rood\*\***
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

PAGE 1 – DECLARATION OF LUCILLE MOODY

Facsimile: (415) 276-1808

**Marissa R. Benavides\*\***
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

\*_Pro hac vice_ application pending
\*\*_Pro hac vice_ applications forthcoming

_Counsel for Plaintiffs_

PAGE 2 – DECLARATION OF LUCILLE MOODY

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

|  |  |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF LUCILLE MOODY** |

I, Lucille Moody, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.      I care deeply about our immigrant neighbors and it was important to me to attend the protest on January 31, 2026 to make my voice heard.

3.      At no point during yesterday's protest did I witness any protester pose any physical threat.

4.      I began taking video as federal officers began firing munitions and attacking protesters for no reason that I witnessed or could discern. Linked as Exhibit *Moody_*A is a true

PAGE 3 – DECLARATION OF LUCILLE MOODY

Doc ID: da37f50ca8aca870e5cbe2a3f3425fc765831f21

and accurate copy of video I began recording at or around 4:32 p.m. The video depicts federal officers firing from the rooftop into the crowd with zero visibility due to the gas they were deploying. Link to **Exhibit *Moody*_A**:

> https://www.dropbox.com/scl/fi/1x1w0b1hvbn44gghal6df/Moody_A.mp4?rlkey=95ie0c0
> 93ed6mpcbqyn7xd3mu&amp;st=anspenny&amp;dl=0

5.      Linked as Exhibit *Moody*_B is a true and accurate copy of video I began recording at 4:34 p.m. The video depicts one agent on the ground who is blindly flagging a crowd of protesters at point blank with his less than lethal rounds. At this range, it would be lethal. *See*, at around 0:10. Link to **Exhibit *Moody*_B**:

> https://www.dropbox.com/scl/fi/k9aq707wke294xoyy3umy/Moody_B.mp4?rlkey=qusgi
> 5fdvwryne8d68kq3c0ny&amp;st=6gvzlb17&amp;dl=0

6.      Linked as Exhibit *Moody*_C is a true and accurate copy of video I began recording at or around 5:49 p.m. This video depicts federal officers deploying a second round of gas without verbal warning. The video also shows the moments leading up to this and how there was no reason for this to have been done. There were no threats. Link to **Exhibit *Moody*_C**:

> https://www.dropbox.com/scl/fi/7fqz2cevbgtkjgqtnmzbb/Moody_C.mp4?rlkey=dsxxjxy
> mnuzwecuuqldebgl36&amp;st=x44z1luc&amp;dl=0

7.      I have attended protests in the past, and this was the most gas I have ever seen in my life. I could not breathe. I coughed so hard I needed help from medics. I could not see. My entire face and neck were burning. My face turned red around my eyes. I coughed so hard I became nauseous and was feeling the salivation that precedes vomit. My throat got raspy and I was hyperventilating. I had to walk several blocks to catch my breath and it was approximately half an hour before I could breathe regularly again.

8.      My other symptoms began subsiding about an hour later, but that's about when the next round of chemical munitions were deployed. I experienced the same hyperventilation as with the first round of gassing. It again took approximately half an hour for my breathing to return to normal.

PAGE 4 – DECLARATION OF LUCILLE MOODY

9.      I got back home about four hours later and was still experiencing burning skin and coughing and tightness in my chest. I am still experiencing coughing and tightness in my chest today.

10.     After witnessing what I did, I will not feel safe at future protests, but it is important to me to continue participating in them.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  February 1, 2026.

_____
LUCILLE MOODY

PAGE 5 – DECLARATION OF LUCILLE MOODY

**Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | 2026.01.31 Decl Lucille Moody.pdf |
| **File name** | 2026.01.31%20Decl%20Lucille%20Moody.pdf |
| **Document ID** | da37f50ca8aca870e5cbe2a3f3425fc765831f21 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**
**02 / 02 / 2026**
03:22:28 UTC
Sent for signature to Lucille Moody (lupine.lucimoody@gmail.com) by services@clio.com acting on behalf of peopleslawproject@gmail.com
IP: 97.120.116.249

**VIEWED**
**02 / 02 / 2026**
04:31:53 UTC
Viewed by Lucille Moody (lupine.lucimoody@gmail.com)
IP: 74.253.6.38

**SIGNED**
**02 / 02 / 2026**
04:35:08 UTC
Signed by Lucille Moody (lupine.lucimoody@gmail.com)
IP: 74.253.6.38

**COMPLETED**
**02 / 02 / 2026**
04:35:08 UTC
The document has been completed.

# EXHIBIT MOODY A

## Video submitted in native format by

## USB drive

# EXHIBIT MOODY B

## Video submitted in native format by USB drive

# EXHIBIT MOODY C

## Video submitted in native format by

## USB drive