**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile: 503.274.8779

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>            Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF JACK DICKINSON** |

I, Jack Dickinson, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.      On Sunday, January 25, 2026, I briefly attended a protest at the Macadam Ave. Immigrations and Customs Enforcement/Department of Homeland Security Facility ("the Facility"). I arrived at or around 8:15 P.M. As soon as I got out of my car, I could feel residue from some sort of gas munition in the air as I breathed in. As I approached and neared the Tesla

PAGE 2 – DECLARATION OF JACK DICKINSON

building immediately South of the Facility, my eyes began to water and I began coughing. Because of that, and due to the cumulative effects of prior exposure at past protests that I attended, I was only able to tolerate staying for about 45 minutes. For the 45 minutes or so that I was present, no chemical munitions were shot or fired, but I could see pepper ball residue on the ground.

3. On Friday, January 30, 2026, I attended another protest at the Facility. I arrived between 8:30 and 8:45 P.M. Throughout the protest, I moved about the area around the Facility. I left at approximately 11:30 P.M. Throughout this time, I did not notice uses of force or munitions, but was later told by fellow protestors that agents had deployed gas on protestors that night, shortly before I had arrived.

4. On January 31, 2026, shortly before 3:00 P.M., I walked over to attend a protest at Elizabeth Carruthers Park. The event was organized by several Portland labor organizations, and there appeared to be over 1,000 attendees. This was the largest protest of its kind or in this area, to my knowledge. I and other protestors mingled, and several speakers addressed the crowd before protestors moved towards the Facility. We began marching towards the Facility from the park on S Moody Ave. around 4:15 or 4:30 and arrived shortly thereafter. Portland police were blocking traffic at Macadam to prevent cars from turning onto the march route.

5. Though the march did not go directly to the Facility, some individuals moved towards the front of Facility, including myself. Most marchers, however, were ushered away and turned left on Bancroft St. before they would have arrived at the Facility, following the march route back to the park on S Bond Ave. The march route was, at closest, approximately 30 feet from the Facility driveway.

6. Upon arrival, there were no federal agents stationed on the roof, though they had been stationed there on previous occasions. I could see an occasional agent moving around behind the Facility, but they were for the most part obscured from view. In my experience, it is typical for agents to remain out of sight from protestors before exiting the Facility to engage protestors.

PAGE 3 – DECLARATION OF JACK DICKINSON

7.      I was standing near the blue line designating the federal property boundary in front of the Facility, but not on the federal property. Approximately three or four minutes after I arrived at the Facility, I noted that approximately 15 to 20 protestors had crossed over the blue line onto the Facility driveway. Their demeanor was overall relaxed and I was not caused alarm.

8.      At that point, federal agents began lining up behind the gate. I donned my gas mask, which I acquired days before due to the repeated use of gas at the Facility. Agents played an announcement over the Facility loudspeaker indicating that an unlawful assembly had been declared, but stopped that announcement after several seconds. They then began an announcement stating that the Facility was closed.

9.      The Facility gates then opened and agents inside began pushing out. Protestors in the driveway began backing up, but agents nonetheless began firing gas canisters and flash-bangs into the crowd after exiting the gates. I backed up towards Macadam Ave. While some protestors had protection gear for the gas, most individuals in the march—several feet away—did not.

10.     A huge cloud of gas obscured the driveway, rendering it impossible for me to see the agents in front of the building or the march on the other side. Ensuring my gas mask was working, I moved towards the gas cloud to try and assess the situation. Almost the entirety of the crowd in front of the building had moved back away from the building. The marchers likewise began backing away from the Facility. Approximately a dozen protestors remained near, but not in, the driveway, whom I joined. After a short period, the agents in the driveway backed into the Facility, and the gate closed.

11.     I briefly touched a gas cannister lying on the ground and burned the tip of my finger. I then went to check various additional locations to determine if other individuals needed help or whether medics were required.

12.     After getting a bottle of water to pour on my burnt finger, I returned to Elizabeth Caruthers Park to see whether any individuals there needed medical help. I was made aware that while agents were deploying gas, some individuals live-streaming the event experienced their streams go down. After making a brief call to counsel from my car, I went to speak to people

PAGE 4 – DECLARATION OF JACK DICKINSON

about the streams crashing before returning briefly to my car.

13.    After returning to my car, at approximately 5:49 P.M., I heard additional flash-bangs in the direction of the Facility and started towards the Facility. I could hear additional flash bangs, and witnessed gas clouds, as I moved towards it. When I arrived, agents had stopped using gas canisters and flash-bangs but continued to shoot pepper balls from the "half-roof," approximately 15 feet high, where agents had appeared.

14.     I witnessed agents fire into a remaining crowd periodically during the remainder of my time at the Facility. They shot into the crowd at individuals who stepped onto federal property a handful of times, but also at individuals wholly off federal property at least four times. Significantly later in the night, two individuals in the crowd got into a scuffle off federal property, and agents fired pepper balls at them.

15.    At approximately 7:00 P.M., I witnessed an agent wearing a Border Patrol patch look out through a small pedestrian gate to the left of the vehicle gate, where I have seen agents frequently observing the crowd during protests.

16.    I left the protest at approximately 9:00 P.M without further incident.

17.    Linked as Exhibit *Dickinson_F* is a true and accurate copy of a video recording I received from a fellow protestor on January 31, 2026, depicting the incidents on that date described in this declaration. Link to **Exhibit *Dickinson*_F**:

https://www.dropbox.com/scl/fi/3412qvdjdlc5emgcktkwx/Dickinson_F.mp4?rlkey=upirticlsih4ka1m4sys6vowh&st=heda1ku0&dl=0.

//

//

//

//

PAGE 5 – DECLARATION OF JACK DICKINSON

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 1, 2026.

Signed by:

769D17106CDD4E9...

JACK DICKINSON

# EXHIBIT DICKINSON F

## Video submitted in native format by

## USB drive