**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Alexander M. Tinker**, OSB No. 144939
alex.tinker@tonkon.com
**Daniel H. Skerritt**, OSB No. 681519
daniel.skerritt@tonkon.com
**Maureen S. Bayer**, OSB No. 214905
maureen.bayer@tonkon.com
**Olivia Ashé**, OSB No. 225796
olivia.ashe@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Ste. 2400
Portland, OR 97201
Facsimile:  503.274.8779

**Matthew Borden***
borden@braunhagey.com
**Hadley Rood****
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210

PAGE 1 – DECLARATION OF MINDAN OCON

Facsimile: (415) 276-1808

**Marissa R. Benavides\*\***
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

\**Pro hac vice* application pending
\*\**Pro hac vice* applications forthcoming

    *Counsel for Plaintiffs*

PAGE 2 – DECLARATION OF MINDAN OCON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF MINDAN OCON** |

I, Mindan Ocon, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. I am a resident of Gray's Landing and I have spoken out against the use of chemical munitions at the ICE Building. On January 31, 2026, I watched the protest from my balcony, and took video.

3. Linked as Exhibit *Ocon_*A is a true and accurate copy of video I began recording at or around 4:30 p.m. on January 31, 2026. This video depicts federal officers firing munitions and flash bangs into the march. No warnings or instructions had been given to the crowd before

PAGE 3 – DECLARATION OF MINDAN OCON

they began shooting. Link to **Exhibit *Ocon*_A**:

https://www.dropbox.com/scl/fi/qseiiag2533nw7yoiz4ts/Ocon_A.mp4?rlkey=khgi5kyqajn3h7nlfqkxaqcht&st=1woz4bij&dl=0.

4. As seen in the video, officers were firing into the crowd as the crowd was attempting to disperse.

5. Linked as Exhibit Ocon_B is a true and accurate copy of video I began recording at or around 5:48 p.m. on January 31, 2026, and depicting federal officers exiting the ICE Building and again shooting gas and flashbangs into the middle of the street and at protesters simply standing. Link to **Exhibit *Ocon*_B**:

https://www.dropbox.com/scl/fi/tdbn0027fi3y73ie724yg/Ocon_B.mp4?rlkey=h8xpt22ocrh3dtpxg0rgs34b2&st=dpqu2hog&dl=0.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 1, 2026.

DocuSigned by:
80A13ACA7F1F4B6...
MINDAN OCON

PAGE 4 – DECLARATION OF MINDAN OCON

# EXHIBIT OCON A

# Video submitted in native format by USB drive

# EXHIBIT OCON B

# Video submitted in native format by

# USB drive