BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.:   (202) 514-3374
brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendants*. | Case No. 3:25-cv-2170-SI<br><br>**NOTICE OF APPEARANCE OF BRAD P. ROSENBERG** |

  Please take notice that the undersigned attorney, Brad P. Rosenberg of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case.

| | |
|---|---|
| Dated: February 3, 2026 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>*s/ Brad P. Rosenberg*<br>BRAD P. ROSENBERG<br>(DC Bar No. 467513)<br>Special Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 514-3374<br>brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendants* |