AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Oregon, Portland Division

| | |
|---|---|
| JACK DICKINSON, et al., | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| DONALD J. TRUMP, et al., | CASE NUMBER: 25-cv-02170-SI |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, **Plaintiffs** (Party(s) Name) substitutes **Kimberly S. Hutchison** (Name of New Attorney), State Bar No. **pro hac vice** as counsel of record in place of **Alexander Tinker of Tonkon Torp, LLP** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: SINGLETON SCHREIBER LLP
- Address: 591 Camino de la Reina, Suite 1025, San Diego, CA 92108
- Telephone: (619) 771-3473       Facsimile: (619) 255-1515
- E-Mail (Optional): khutchison@singletonschreiber.com

I consent to the above substitution.
Date: 02/04/2026

Laurie Eckman
*Laurie Eckman*
(Signature of Party(s))

I consent to being substituted.
Date: 02/04/2026

Alexander Tinker
*Alexander Tinker*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 02/05/2026

*Kimberly S. Hutchison*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]



## ✓ Verification Complete
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✓ Signed & Verified |
| **Document Name** | Dickinson |
| **Sender Name** | Joseph Comstock |
| **Document Key** | 3D133AA3-02A8-4D09-8B2D-5F42B897C844 |

**Recipient 1**
Laurie Eckman
eckmanro@gmail.com
(503) 347-3359
Order 1

**IP Address**
73.25.43.57

**Signature**

*Laurie Eckman*

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| Document Completed | 02/04/2026 16:34 UTC | Laurie Eckman | Signed by Laurie Eckman |
| Document Viewed | 02/04/2026 16:34 UTC | Laurie Eckman | Viewed by Laurie Eckman (eckmanro@gmail.com) |
| Document Viewed | 02/04/2026 16:34 UTC | Laurie Eckman | Viewed by Laurie Eckman (eckmanro@gmail.com) |
| Document Viewed | 02/04/2026 16:32 UTC | Laurie Eckman | Viewed by Laurie Eckman ((503) 347-3359) |
| Document Sent | 02/04/2026 16:27 UTC | Laurie Eckman | Sent out via sms to Laurie Eckman ((503) 347-3359) |
| Document Sent | 02/04/2026 16:27 UTC | Laurie Eckman | Sent out via email to Laurie Eckman (eckmanro@gmail.com) |
| Document Created | 02/04/2026 16:27 UTC | | Created by Joseph Comstock (jcomstock@singletonschreiber.com) |



# ✓ Verification Complete
The document has been officially verified.

| | |
|---|---|
| **Document Status** | ✓ Signed & Verified |
| **Document Name** | Dickinson |
| **Sender Name** | Joseph Comstock |
| **Document Key** | 21AB5DB0-0491-4A0E-B8BD-E5A1E7F29C64 |

**Recipient 1**
Alexander Tinker
alex.tinker@tonkon.com
Order 1

**IP Address**
45.62.180.159

**Signature**
*Alexander Tinker*

## Document History

| Activity | Date & Time | Recipient | Activity Details |
|---|---|---|---|
| ✓ Document Completed | 02/04/2026 22:53 UTC | Alexander Tinker | Signed by Alexander Tinker |
| 👁 Document Viewed | 02/04/2026 22:53 UTC | Alexander Tinker | Viewed by Alexander Tinker (alex.tinker@tonkon.com) |
| ➤ Document Sent | 02/04/2026 22:50 UTC | Alexander Tinker | Sent out via email to Alexander Tinker (alex.tinker@tonkon.com) |
| 📄 Document Created | 02/04/2026 22:50 UTC | | Created by Joseph Comstock (jcomstock@singletonschreiber.com) |