Exhibit 9

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden (*Pro hac vice*)**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides (*Pro hac vice*)**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

PAGE 1 – DECLARATION OF HELENA BARTKOWSKI

**Kimberly S. Hutchison (*Pro hac vice*)**
khutchison@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

|  |  |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>          Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF HELENA BARTKOWSKI** |

I, Helena Bartkowski, hereby declare under penalty of perjury as follows:

1.  My name is Helena Bartkowski. I am over the age of 18 and currently live in Deer Island, Oregon. I am a college student and an artist.

2.  I have regularly participated in community demonstrations and peaceful protests. Before the events described below, I had never witnessed or experienced violence from law enforcement of the kind I later encountered at the ICE Building in Portland ("ICE Building").

PAGE 3 – DECLARATION OF HELENA BARTKOWSKI

3. I attended protests at the ICE Building on numerous days between June and October 2025, and on January 19, 2026. I repeatedly observed federal agents' use of force, escalatory behavior, and unpredictable and arbitrary commands in their interactions with protesters even when protesters posed no physical threat.

4. While at the protest at the ICE Building, I witnessed occasions where approximately 300 protestors gathered at the same time.

5. On June 11, 2025, I arrived at the ICE Building expecting to simply observe the area before a planned protest the following night. When I arrived, a demonstration was already taking place. Within my first few hours there, in broad daylight, I saw federal officers pepper spray a protester directly in the face. The protester was wearing only regular clothing—a T-shirt, shorts, and a simple face mask—and was not threatening anyone.

6. After spraying the protester, agents shoved the person so forcefully that their leg began bleeding. I saw the protester convulsing and sobbing as others tried to rinse their eyes. I do not recall hearing any warnings or instructions before the officer deployed pepper spray. This was my first time witnessing federal agents use such violent force against a peaceful individual, and it shocked me.

7. On that same day, June 11, 2025, while I was positioned to the left of the driveway on the public sidewalk, I felt stinging in my eyes from the pepper spray the federal agent sprayed in the other protestor's face.

8. On June 12, 2025, at night, I was standing on the public sidewalk by the ICE Building. Only a handful of protesters remained, and there were no officers in the driveway and no vehicles attempting to enter or exit. Without warning, I was struck in the leg by a pepper ball

fired from the roof of the ICE Building. Other nearby protesters were also targeted. There was no provocation or justification for shooting pepper balls into a small peaceful group of protesters.

9.   On June 28, 2025 at approximately 7:30pm, I witnessed a younger federal officer stay behind after the other officers had returned inside. He turned toward the crowd, paused, and deliberately performed a Nazi salute before walking back inside with a smirk.

10. On July 4, 2025, I brought my art to the protest and displayed it. I created fliers of stories of people who were detained or deported by DHS, and strung them on yarn, and hung it between poles which I understood to be on public property. A photo of my art is attached as **Exhibit Bartkowski A**. Later that day, federal agents had created a perimeter and deployed tear gas. One agent ripped my art off of the poles, threw it to the ground, and ripped it apart. I spoke out against my art being destroyed, and an agent shoved me.

11. On July 20, 2025, I yelled at a federal officer after witnessing the officer shove a protester who was using a mobility device into the street while detaining another protester. At the time, neither protester appeared to pose a threat. While I was backing up, a federal agent pepper sprayed me directly in the face.

12. On multiple occasions in June and July, I witnessed several federal officers rush out of a side door of the ICE Building, grab protesters who were standing nearby, and forcibly drag them inside. The officers handled the individuals roughly, and the incident happened so quickly that no one understood what was occurring or why.

13. On one occasion, I was sitting on the sidewalk, exhausted and nearly nodding off. A few protesters were standing silently in the driveway—no chanting, no yelling, no movement toward officers. Suddenly, federal agents dropped a flashbang from the roof into the middle of the group.

PAGE 5 – DECLARATION OF HELENA BARTKOWSKI

No further tactical operation followed. The use of the flashbang appeared designed solely to provoke or escalate.

14. On multiple occasions during June and July 2025, I heard federal officers taunt and threaten protesters rather than attempt to deescalate. On one occasion a FPS officer leaned out from behind the gate during the day and yelled to a protester they called "Teach": "Hey Teach! Fuck you!" while flipping her off. I also heard another officer tell a protester, "That's okay. Just wait till tonight. I'll see you tonight," which I interpreted as a threat.

15. On August 16, 2025, I set up an art display that I created on the sidewalk by the ICE Building, telling the stories of people who were arrested or deported by DHS. That day, federal agents deployed tear gas without warning. As the gas spread, I attempted to gather my belongings and my art and retreat down the street. While I was doing so, a federal agent shoved me to the ground with enough force that I was unable to get up without assistance from another protester. The agent ripped my art and took the wooden post I used to set up the display back inside the ICE Building. The tear gas caused intense stinging in my eyes, and I had to be led down the sidewalk with my eyes closed. As I continued retreating, I was pepper sprayed in my arm and back.

16. On August 16, 2025, while I was crossing the street and was nowhere near any federal agents or the ICE Building, I was shot in the knee, upper thigh, hip, back and leg by munitions fired from the roof. I sustained chemical burns on my back and neck, and severe bruising on my leg where I was hit by pepper balls.

17. On October 2, 2025, while standing on a public sidewalk where I understood I was legally allowed to be, an FPS officer ordered me to "back up to the tree." I asked why, explaining I was on public property. The officer then struck me with his shield without provocation.

PAGE 6 – DECLARATION OF HELENA BARTKOWSKI

18. On October 4, 2025, I observed DHS officers at various points staging actions that appeared designed for cameras, including dropping smoke grenades among themselves and retreating dramatically through the smoke while being filmed.

19. That night, on October 4, 2025, federal officers engaged in a tactic I had never seen before. They pushed protesters down the street in small increments of approximately five feet, stopping repeatedly while cameras filmed the entire operation. Counter-protesters supporting the officers were allowed to remain directly next to the driveway.

20. That night, on October 4, 2025, after officers had forced protesters to the end of the block and split us into two groups, they paused and then began underhand-tossing tear-gas canisters into our midst. I had brought several poster boards I created depicting photos of the history of protests in the United States, and I held one of them. I was caught in a dense cloud of tear gas and struggled to breathe as I tried to move away. Later, I noticed that one of the poster boards had a hole from a projectile shot at it, and it had been stepped on, leaving a muddy footprint. **Exhibit Bartkowski B**. The next day, OPB published an article describing the events of the evening, and the video in the article shows me holding a poster board while agents push us back and deploy munitions. Troy Brynelson and Alex Zielinski, OPB, *Federal Tactics on Portland Protesters Escalate, Hours After Judge Rules Against Trump* (Oct. 5, 2025) https://www.opb.org/article/2025/10/05/federal-tactics-on-protesters-escalates-hours-after-judge-rules-against-trump/. The video included in the article is submitted as **Exhibit Bartkowski C.**

21. As officers returned to the ICE Building, they continued to shoot pepper balls and I was struck multiple times by pepper balls on my legs. I was bruised heavily and the injuries left lasting lumps under my skin that have not fully healed.

PAGE 7 – DECLARATION OF HELENA BARTKOWSKI

22. On October 6, as a result of the injuries I sustained while protesting, I was unable to attend my classes.

23. In late September or early October 2025, I witnessed federal agents move a crowd of approximately 50 to 100 protesters away from the driveway to allow vehicles to pass without deploying any munitions and without injuring or detaining any protesters. This demonstrated to me that it was possible for federal agents to clear the area without use of force.

24. On January 19, 2026, I went to the ICE Building around 2:00 pm. I set up a table on the sidewalk by the corner of S Bancroft St. and S Moody Ave. next to the former elementary school, and displayed my art. I created a series of poster boards that spell out "THIS IS US," and shows black and white photographs of the dual history of oppression and protest in the United States, from slavery to the civil rights movement, and recent protests. I also put up fliers that I made that tell the of stories of people who were detained or deported. Protesters marched around the ICE Building, and some people gave speeches on loudspeakers. A group of protesters in inflatable frog costumes performed a dance.

25. Around 7:00 pm, a group of protesters formed two lines on each side of the driveway, holding signs of people who were killed at the hands of DHS officials or in their custody. I stood in the street behind the blue line. Protesters began reading the names of people who died. DHS played a recorded message over the loudspeaker about being on federal property. Federal agents shot pepper balls at the feet and around the heads of protesters who were sitting. Federal agents also sprayed protesters in the face, and the protesters, many of whom were not wearing protective gear, stayed there with their eyes closed and face down. One person continued to play a drum. The federal agents arrested four people close to the gate.

26. On multiple occasions while attending protests, I consistently observed federal officers escalating situations by taunting protesters, issuing arbitrary commands, deploying munitions without warning, and reacting aggressively to verbal criticism even when protestors were peaceful and not threatening officers, federal property or anyone else with physical violence.

27. The events at the ICE Building have caused me serious emotional distress. Since experiencing and witnessing this conduct, I have felt constantly on edge, exhausted, and fearful. The cumulative physical, mental and emotional toll of these experiences, including witnessing violence inflicted on vulnerable people has had a lasting impact on me. It was very difficult for me to be back at the ICE Building on January 19, and I was afraid.

28. Attached as **Exhibit Bartkowski A** is a true and accurate photo of my art that I displayed near the ICE Building on July 4, 2025, which was later torn down by a federal agent.

29. Attached as **Exhibit Bartkowski B** is a true and accurate photo of one of the poster boards that I brought to the protests at the ICE Building on October 4, 2025, which shows a hole where it was shot and a footprint.

30. Submitted via thumbdrive as **Exhibit Bartkowski C** is a true and accurate copy of video included in the October 5, 2025 OPB article, Troy Brynelson and Alex Zielinski, OPB, *Federal Tactics on Portland Protesters Escalate, Hours After Judge Rules Against Trump* (Oct. 5, 2025) https://www.opb.org/article/2025/10/05/federal-tactics-on-protesters-escalates-hours-after-judge-rules-against-trump/, which shows me holding one of my poster boards and being pushed back by federal agents.

PAGE 9 – DECLARATION OF HELENA BARTKOWSKI

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Helena Bartkowski*
_____
HELENA BARTKOWSKI

02/11/2026
_____
DATE

# EXHIBIT BARTKOWSKI A



# EXHIBIT BARTKOWSKI B



# EXHIBIT BARTKOWSKI C

# Video submitted in native format by USB drive