# Exhibit 11

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden (*Pro hac vice*)**
borden@braunhagey.com
**Hadley Rood (*Pro hac vice*)**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides (*Pro hac vice*)**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

PAGE 1 – SUPPLEMENTAL DECLARATION OF ANNA SHEPHERD

**Kimberly S. Hutchison (*Pro hac vice*)**
khutchison@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 – SUPPLEMENTAL DECLARATION OF ANNA SHEPHERD

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>    Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**SUPPLEMENTAL DECLARATION OF ANNA SHEPHERD** |

I, Anna Shepherd, hereby declare under penalty of perjury as follows:

1.     I am over the age of 18 and a current resident of Portland, OR.

2.     I submitted a declaration to the Court in support of Plaintiffs' Motion for a Temporary Restraining Order on January 27, 2026. ECF 23.

3.     On January 31, 2026, at or around 6:00 pm, I was filming the protests in front of the Portland ICE Building. Federal agents came out of the gate and began throwing chemical

PAGE 3 – SUPPLEMENTAL DECLARATION OF ANNA SHEPHERD

irritants at protesters in the street. It was some of the worst exposure to gas I experienced at the ICE Building. The gas got through my personal protective equipment, and I could not open my eyes. I had to be led several blocks away to decontaminate. Later that night, I saw officers on the roof of the ICE Building shoot pepper balls into the crowd when someone shined a light towards the federal agents.

4.      On February 1, 2026, I saw protesters march towards the ICE Building around 5:30 pm. Some of the protesters marched up to the gate. At or around 5:46 pm, an agent on the roof began shooting pepper balls at the beams over the driveway, and the chemicals rained down on the heads of protesters.

5.      At or around 6:38 pm, I heard a loud sound of something being launched from the ICE Building and I saw a trail of smoke from the ICE Building going across S Bancroft St and over the building on S Bancroft St.

6.      At or around 6:48pm, I filmed federal agents deploying chemical irritants at protesters in the driveway and the street. Protesters in the driveway were retreating, when several agents grabbed a protester to the side of the driveway and dragged them back towards the driveway and restrained them to the ground. There was white, orange, and red smoke filling the street, and federal agents continued to throw chemical irritants at the crowd. I backed up west down S Bancroft St. and saw an agent on the second story roof of the ICE Building. As I continued to film, I pointed my phone at the agent on the second story roof. The agent saw me, pointed a pepper ball gun at me, and shot several pepper balls, hitting me below my ribs and arm. It was my perception that the agent targeted me directly. A video of these events is submitted as **Exhibit Shepherd F**. I was bruised where I was hit under my ribs.

7.      I attended protests at the ICE Building on February 6 and February 7, 2026, after the Court issued its Temporary Restraining Order. I saw vehicles able to exit the driveway without the federal agents deploying chemical irritants.

8.       While at the protests at the ICE Building, it has appeared to me that federal

PAGE 4 – SUPPLEMENTAL DECLARATION OF ANNA SHEPHERD

agents try to taunt protesters. I have seen agents behind the driveway gates or in their cars wave at protesters, put up heart signs with their hands, tell us to "get a job," and one agent throw a can of water at protesters. It is my perception that these agents were trying to make protesters mad.

9.    Linked as **Exhibit Shepherd F** is a true and accurate copy of video that I filmed on February 1, 2026, depicting the use of chemical irritants, an arrest, and an agent on the second story roof shooting pepper balls at me while I filmed. Link to Exhibit Shepherd F: https://singletonschreiber.filev.io/r/s/284ffbICaLnKeFsYDcCTka5ZghtNWiUMDXydlaudvcE1 muggsyD2Z0aI.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:    02/11/2026

_____
ANNA SHEPHERD

PAGE 5 – SUPPLEMENTAL DECLARATION OF ANNA SHEPHERD

# EXHIBIT SHEPHERD F

# Video Submitted in native format by USB drive