Exhibit 12

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

PAGE 1 –    DECLARATION OF VINCENT HAWKINS

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

**Liam Barrett***
lbarrett@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 467-0919
Facsimile: (619) 255-1515

**Taylor Marrinan***
 tmarrinan@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 977-6638
Facsimile: (619) 255-1515

*Pro hac vice applications pending

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| Jack Dickinson, a.k.a. "the Portland Chicken," Laurie Eckman, Richard Eckman, Mason Lake, and Hugo Rios, *on behalf of themselves and those similarly situated,* | Civil No. 3:25-cv-02170-SI |
| Plaintiffs, | **DECLARATION OF VINCENT HAWKINS** |
| v. | |
| DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; U.S. Department of Homeland Security. | |
| Defendants. | |

I, Vincent Hawkins, declare as follows:

1.     I am over the age of 18 and if called to testify, I would and could testify fully and accurately regarding the facts below.

2.     On Saturday June 14, 2025, I was exercising my constitutional right to express my displeasure with the actions of the Federal government at the Macadam ICE Facility in Portland, OR. I strongly believe that the actions of ICE and federal law enforcement in this country have been outrageous.

3.     Prior to June 14, 2025, I had been to the Macadam ICE Facility around three times. On this date, June 14, Portlanders had gathered for a No Kings Rally.

4.     As I had on previous days, I was in regular street wear—shorts and a t-shirt. I brought my megaphone to plead with the federal officers to follow the constitution. I mainly stayed on the

sidewalk and used my megaphone. I never threatened the ICE officers or went onto the

Macadam ICE Facility property. I only used my voice and message.

5.      I arrived at the Macadam ICE Facility around 5:27 pm. I was at the Macadam ICE

Facility for five to eight minutes before ICE agents shot me in the head above my left eye with

what I have reason to believe was a "Triple Chaser" CS cannister.

6.      I never received a warning, or a command to leave the area prior to being shot.

7.      As depicted in a video I found online, Exhibit 1, I was just off the sidewalk next to the

Macadam ICE Facility.

8.      It appeared to me that pepper spray and tear gas had been used on the crowd moments

before. I did not witness any activity from the other protesters that seemed to justify such a

response. I continued to use my megaphone to denounce these ICE actions.

9.      I did not see the officer who shot me, but in reviewing video after the event I can see that

someone behind the gate at the facility fired the cannister at eye level directly at me.

10.     I am an Emergency Room nurse. Because of my job, I wear impact resistant glasses. I am

grateful that I wore them that day, because it likely saved my eye and skull from even more

serious damage or death. Exhibit 2 shows the can of triple chaser ricocheting off my face.

11.     The force of the impact lacerated my eyebrow, causing blood to pour down my face.

Exhibit 3. I believed at the time that I would be losing my eye or could die.

12.     The laceration required irrigation and sutures, and I still have a scar above my eye. I

suffered a serious concussion that still affects me and interferes with my ability to perform my

work.

PAGE 4 –     DECLARATION OF VINCENT HAWKINS

13.     At subsequent events, including the Workers Rally on January 31, 2026, I have seen the federal officers at the ICE facility escalate violence without provocation or threat of violence from the crowd.

14.     While I am literally scarred by ICE's actions, my conscience compels me to continue to express myself as is my constitutional right and duty. I wish these federal officers took their constitutional duty as seriously as I do.

15.     Submitted as **Exhibit A** is a true and correct copy of a video I found of me being shot in the eye by federal agents on June 14, 2025.

https://singletonschreiber.filev.io/r/s/285a4DggZ4UR2DVxwyKOAIkgZZf77mcUzwvHJyZtLTy H0V10hWq8V7fu

16.     Attached as **Exhibit B** is a true and correct copy of a photograph showing the can of triple chaser ricocheting off my face.

17.     Attached as **Exhibit C** is a true and correct copy of a photograph of my injuries after being shot in the eye.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  February 11, 2026.

_____
Vincent Hawkins

Exhibit B



Exhibit C

