# Exhibit 13

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**

PAGE 1 – DECLARATION OF ANIKA ADES

khutchison@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 – DECLARATION OF ANIKA ADES

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF ANIKA ADES** |

I, Anika Ades, hereby declare under penalty of perjury as follows:

1.  I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.  I am a civil rights attorney doing mostly police misconduct litigation and employment litigation. I have been working in that area of law for about four years. Prior to that I clerked for a federal judge in Vermont.

3.  I attended my first protest at the Portland ICE Building on S. Macadams Ave. on January 31, 2026. I attended because a friend had asked me to go, and I wanted to oppose what I have seen on the news concerning ICE arrests around the country and here in Oregon.

PAGE 3 – DECLARATION OF ANIKA ADES

4. Before that date, I had been hesitant to attend protests because I do work with the National Lawyers Guild and had heard from my contacts there that tear gas and other munitions had been used on legal observers and protesters there. I am currently pregnant, and thus I was especially worried about ill effects from tear gas and other munitions.

5. Because I understood that the January 31, 2026 protest would be a larger protest than those previously, I believed it would be safer. Because I knew it was coordinated by local unions, I had more confidence that it would remain peaceful.

6. I arrived at Elizabeth Caruthers Park with three friends and my husband around 2:30 or 3:00 P.M., approximately 30 minutes before the protest began.

7. We listened to speeches and music in the park for approximately 30 or 45 minutes, and then the protest began marching from the park to the Portland ICE Building.

8. Once we arrived at the Portland ICE Building, we stood for maybe 10 minutes as marchers chanted. We were standing maybe about 20 feet back from the intersection in front of the Portland ICE Building.

9. Armed federal agents stood on the roof, and some lower down on the building. I was not close enough to see what prompted this, but federal agents threw tear gas canisters approximately 10 or 20 feet from where we were standing. Because of how many people were there, we could not escape quickly enough and were enveloped in the gas.

10. Because I am pregnant, I had not wanted to stay in the protest for long, especially if the protests began to escalate into dispersal orders or less lethal crowd control. However, there were no dispersal orders given before the tear gas was deployed—which surprised us.

11. We turned back to return to the park, but it took several minutes for us to exit the gas cloud. The gas caused my eyes to burn and water, and my lungs to burn. Being pregnant, it's hard to hold urine, so when I began coughing from the gas I also urinated in my pants. I didn't bring any mask or face covering and tried to cover my mouth and nose with my coat. My coughing, runny nose, and irritated eyes persisted for a couple days

12. Once we were able to get out of the gas off Moody Ave., I was able to find my

PAGE 4 – DECLARATION OF ANIKA ADES

husband—who had been separated from me in the rush—and returned to the light rail to get out of the area.

      13.     I have not attended other protests since, as I do not feel safe while federal agents continue to behave violently towards protesters.

      **Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 10, 2026.

*Anika Ades*
_____
Anika Ades

PAGE 5 – DECLARATION OF ANIKA ADES