# Exhibit 14

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**

PAGE 1 – DECLARATION OF ALEXANDER SORRELL

The signed document can be validated at https://app.vinesign.com/Verify

khutchison@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515


*Counsel for Plaintiffs*

PAGE 2 – DECLARATION OF ALEXANDER SORRELL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF ALEXANDER SORRELL** |

I, Alexander Sorrell, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.      I have worked in the food service industry for about 15 years and currently work at a local butcher shop.

3.       I decided to participate in the protest at the ICE building on February 1, 2026, after watching disturbing videos of federal agents tear gassing children and families at the Labor Against ICE rally on January 31, 2026. I wanted to use my voice and speak out against ICE,

PAGE 3 – DECLARATION OF ALEXANDER SORRELL

because protesting seemed like the only other action I could take beyond voting and calling my representatives.

4.      On February 1, 2026, I arrived at the ICE building at or around 4pm. There was approximately a couple dozen people who were already there protesting. I met a group of protesters who gave me a sign to hold that said, "Shame, Shame, Shame" and a respirator. I was standing on the sidewalk on S Bancroft St. across the street facing the driveway of the ICE building. The energy was peaceful and cheerful. There was music playing, protesters were chanting, and cars driving by would honk in support of protesters. I also saw some people dressed in inflatable costumes.

5.      At or around 5:30pm, I witnessed hundreds of protesters who had walked from Portland City Hall march towards the ICE building. I continued to hold my sign and participate in the protest along with the hundreds of protesters who had arrived from City Hall.

6.      At around 6:45pm, at least a dozen federal officers walked out of the driveway gate. Some of the federal agents wore black uniforms and some were wearing olive-colored uniforms. Most of the federal agents had respirators on.

7.      Within seconds, I saw multiple large clouds of green and orange gas. I heard loud crackles coming from what seemed like flash bangs thrown at protesters. I witnessed federal agents begin to charge at protesters and start shoving them down to the ground. I also witnessed federal agents shoot pepper balls at protesters who were standing closest to the gate. The crowd of protesters dispersed to get away from the violence. I used my sign to fan away the smoke and tried to kick tear gas canisters away from people. I did not hear a warning or message from federal agents to leave the area.

8.      After finding my protest group and checking in with each other, we decided to stay and stand on the sidewalk directly next to the driveway of the ICE building. Because it had gotten dark out and the lights outside of the ICE building were so bright and made it difficult to see, I decided to turn my own flashlight on and shined it towards the ICE building to try to see what the officers were going to do. At this point, there were federal agents on the lower roof of

PAGE 4 – DECLARATION OF ALEXANDER SORRELL

the ICE building but none on the ground level. I did not say anything or make any physical movements that could be interpreted as showing any intent to harm anyone or damage any property.

9.    At or around 7:10 pm, I was suddenly shot multiple times with less than lethal munitions. I felt instant shock that federal agents would use so much force on a protester holding a flashlight. I did not hear any warnings or messages from federal agents to leave the area before they shot me.

10.    I was hit in the chest and legs 5 times with large ceramic rounds while simultaneously getting shot all over my body with pepper balls. I must have been shot at least 25 with the pepper balls and up to approximately 50 or more. I was reminded of the loud sound that paintball launchers make from when I would play paintball in high school.

11.    There were at least two agents who were firing munitions at me from the lower roof of the ICE building. Because of the bright lights shining from the building, I could not make out any more details about the officers who were shooting at me.

12.    I believe I was the sole target of the federal officers because no one else around me had gotten shot with pepper balls to the extent that I experienced.

13.    After the shootings stopped, I came back to my senses. The protesters who had witnessed the incident were shocked at my injuries and started to take photos of me. My black pants were entirely covered in white powder from the pepper balls. I did not feel safe and felt that if I stayed, I would continue to be targeted and harmed. I gathered myself and proceeded to leave the area and walk back to my car.

14.    The multiple rounds of munitions left bruising all over my body. I still have two large round bruises on my chest and stomach—these bruises continued to spread and darken throughout the next several days since the incident. There are still bruises on my left arm and legs. Over the next few days, I experienced soreness across my chest, and it has been especially painful to bend my knee. I have had a sore throat from the tear gassing.

15.    It would be difficult to decide to go back to the ICE facility and protest after this

PAGE 5 – DECLARATION OF ALEXANDER SORRELL

experience. The scariest part is knowing that my own government has targeted me. If I showed up again, I feel like federal officers would target me again and arrest and detain me.

16.    Attached hereto as **Exhibit A** is a true and accurate copy of a photograph of my chest bruises from the evening of February 1, 2026.

17.    Attached hereto as **Exhibit B** is a true and accurate copy of a photograph of my leg bruises from the evening of February 1, 2026.

18.    Attached hereto as **Exhibit C** is a true and accurate copy of a photograph of my chest bruises on February 2, 2026.

19.    Attached hereto as **Exhibit D** is a true and accurate copy of a photograph of my chest bruises on February 7, 2026.


**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**


DATED:  February 12, 2026.

*Alexander Sorrell*

[ALEXANDER SORRELL]

PAGE 6 – DECLARATION OF ALEXANDER SORRELL

Exhibit A



Exhibit B



Exhibit C



Exhibit D

