# Exhibit 16

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>    Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF CHRISTOPHER ("TYLER") FELLINI** |

I, Christopher "Tyler" Fellini, hereby declare under penalty of perjury as follows:

1.    I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.    I hold an Associates degree from Portland Community College.

3.    I currently serve as the Executive Director of Portland Jobs with Justice, a social justice nonprofit organization. Portland Jobs with Justice exists at the intersection between labor and community.

4.    I am a third-generation Italian American. My great-grandparents immigrated to this country. America is a country that is built by immigrants. My father served in the Marines. I

PAGE 3 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

lived in an area with a large military population, and I saw firsthand what it looks like to uphold the Constitution and institutions of the government.

5.     Over the years, I have been involved in a number of informal mutual aid projects, including some that responded to the homeless crisis in Portland by providing outreach to unhoused Portlanders, and some that directly responded during COVID-19 by providing groceries to people who could not leave their houses. I have a long history of activism and community engagement over the last 10 years in Portland.

6.     On September 28, 2025, from approximately 2:00 to 4:00 P.M., I attended a demonstration in front of the Macadam Immigration and Customs Enforcement/Department of Homeland Security facility in Portland ("the Facility"). Protesters had been gathering in front of the driveway to the Facility. There is a blue line in front of the driveway that marks federal property. Protesters were gathered in front of that blue line peacefully demonstrating and not trespassing.

7.     At random intervals, twenty (20) to thirty (30) federal agents came out of the Facility wearing military fatigues and pushed everyone into the street, and then went back inside. I believe that they were federal agents because they were leaving the Facility and wearing military fatigues; however, if they had any insignia, it was not clear to me or easy to see. The crowd had not done anything threatening. Nobody was throwing anything, trespassing, or inciting violence. The crowd was simply standing on the sidewalk in front of the blue line, not across it. The agents were trying to push people away from the driveway but did not give clear, articulated orders for where people needed to go. When people moved away from the driveway, it seemed like that was not good enough, and the agents continued to push. After the federal agents pushed us into the street, officers from the Portland Police Bureau would tell us to get out of the street and go back to the sidewalk.

8.     During one of these pushes, a gentleman who I know as a union member was yelling at the federal agents. He was in the street, not on the sidewalk and not past the blue line. His hands were up and visible with nothing in them. He was wearing regular street clothes and

PAGE 4 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

was simply yelling. A federal agent knocked him hard to the ground. I picked him up from the ground. As we were getting up, we were both upset, so we began yelling at the federal agent. The federal agent then pepper-sprayed both of in close proximity. Neither the gentleman nor I were posing any threat to the agents who sprayed us.

9.      After being pepper sprayed, I physically could not open my eyes and was temporarily blinded for approximately thirty (30) minutes. The pepper spray immobilized me, I spit up all over myself, my nose was running, and anywhere the pepper spray contacted my skin felt like a bad sunburn. The pain and the burning skin sensation persisted for approximately the next three hours. A friend had to guide me to his car and drove me to the Providence Portland Medical Center Emergency Room. However, I did not receive treatment due to the long wait times.

10.     When I arrived home, I took precautions to isolate the clothes that had been sprayed. The pepper spray impacted my roommates and my two dogs when I first walked into my house. I had to go outside, strip down, and put my clothes in a trash bag. I ultimately had to throw the clothes away. My roommates experienced itchy throats and sneezing. I continued to experience an itchy throat and coughing until the next morning.

11.     On January 31, 2026, Portland Jobs with Justice was one of several organizations that helped organize a large labor-against-ICE rally and march. Portland Jobs with Justice worked with the Portland Association of Teachers and a myriad of other local activists connected to other smaller projects. In total, over thirty (30) unions endorsed the event.

12.     The event was scheduled to begin at 3:00 P.M. I arrived at approximately 1:45 P.M. to assist in preparing for the event. Between approximately 5,000 and 10,000 people showed up.

13.     At approximately 3:15 P.M., the rally started with speeches at Elizabeth Caruthers Park.

14.     At approximately 3:40 P.M., we began the march. In planning the event, we had set a clear expectation that we were going to march past the Facility but not stop. We

PAGE 5 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

communicated this to all our partners. We did not stop at the Facility. The plan was to return to Elizabeth Caruthers Park for a second round of speeches after the march.

15.     Because of my role in helping to organize the event, I was at the front of the march when we passed the Facility, so I did not see the deployment of tear gas. When we got back to the park a little after 4:00 P.M. and I looked down Southwest Moody Street, I saw a cloud of tear gas rolling toward us. The tear gas was a wall of smoke that was visible for where I was approximately four (4) or (5) blocks away. The wall of smoke went from the ground to the third or fourth floor of the apartment building that is diagonal from the Facility and it filled the entire street, side-to-side. I saw people hunched over trying to get out of the area. We ended the program early because of the federal agents' use of tear gas.

16.     At approximately 5:00 P.M., I went to the Facility to demonstrate. When I arrived, there were several hundred people gathered. Many people from the demonstration had come back, and other people had shown up.

17.     Shortly after my arrival, Federal agents deployed tear gas on the crowd for a second time. There were approximately ten (10) to fifteen (15) federal agents present when the chemical munitions were deployed on January 31, 2026. I believe they were federal agents because they were inside of and on top of the Facility. Some of the agents were wearing military fatigues with battle helmets. Others were wearing a solid navy-blue uniform that said "Police." Several agents were on the rooftop of the building. If the agents had any insignia, it was not clear or easy to see.

18.     I focused was on extinguishing munitions the federal agents used on the crowd, so they did not hurt people. I started putting the tear gas cannisters in a highly visible white bucket with a solution made of water and baking soda.

19.     I personally collected approximately ten (10) to twelve (12) munitions that agents used that day. Most of them were marked with the initials "C.M." The munitions are short and squat, comparable in size to a hair pomade container. Some of the canisters had hardware on the top where a pin would have been that somebody would have pulled before deploying. Some did

PAGE 6 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

not and were just a metal shell. The canisters with the pin mechanism are labeled as "triple chasers" and "C.S." The "triple chasers" are designed to break apart upon deployment and burst into three separate components and send gas in different directions. I also collected one munition that was a skinny tube was labeled "pocket tactical O.C." The munitions were produced by either a company called Safariland or a company called Defense Technologies. The ones produced by Safariland have a part number, which is part number 1026, and an address that says Casper, Wyoming 82601. The munition labled "pocket tactical O.C.," was produced by Defense Technologies.

20. While I was trying to pick up one of the munitions, I crouched in the street in front of the Facility far away from the blue line with my back turned to the Facility. As I was doing that, a federal agent on the roof of the facility shot me with a less-lethal munition. I was shot in the back on my left shoulder. The moment I was shot, I jumped away. The munition punctured my skin through my clothing. The wound was approximately two inches in diameter. There is a crescent-shaped area along the top of where it hit where the skin was broken.

21. I did not receive any dispersal orders or use-of-force warning before being shot. I was not trespassing or blocking the driveway when I was shot. There were no vehicles attempting to enter or exit the Facility.

22. I did not see anything that could have been interpreted as posing a physical threat to the officers. There may have been some people in the driveway, but there is a very thick metal gate around the Facility and the building was boarded up. Even if the people in the driveway were trespassing, they did not pose a physical threat. The officers at the Facility are inside of what is effectively a compound. There was no immediate threat. I did not see anyone throwing anything and nothing was on fire. I did not see anything that could be interpreted as any sort of sign of imminent danger.

23. I left the area around the Facility at approximately 8:00 P.M. to check on people I knew were at the rally. In order to escape the gas and take a moment to catch our breath, I returned back to Elizabeth Caruthers Park, which is approximately four or five blocks away from

PAGE 7 – DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

the Facility. When I was near Elizabeth Caruthers Park there were multiple residents from the nearby apartments who were making comments about the gas in the air and having trouble breathing.

24.     That night, after the demonstration, it was incredibly painful for me to lay down due to being shot by the less-lethal munition. The area where I was shot bruised and was a noticeable yellowish-purple color. The bruise covered the whole left side of my upper back area. Any kind of movement hurt, so I had to lay perfectly still or else it would cause pain. The pain and discomfort persisted for the next three (3) to four (4) days. It was difficult for me to lay down or put any pressure on my back. It was painful to drive or even wear a jacket. There was still scabbing and bruising approximately ten days later.

25.     On January 31, 2026, I had no expectation that thousands of people assembled for a peaceful labor march would be tear gassed. The people who assembled were not prepared for it, were not anticipating it, and were not doing anything that warranted the deployment of munitions.

26.     On February 1, 2026, I learned that there was a planned rally and march from Portland City Hall to the Facility. The rally was to begin at approximately 3:00 or 4:00 P.M.

27.     I arrived at the Facility a little after 5:00 P.M. There were approximately 500 people gathered at the Facility. There were approximately 20 people in the driveway, but the vast majority of individuals, including myself, were in the street in front of the Facility, not blocking the driveway, but peacefully assembled, demonstrating, singing, or yelling chants. I did not see any vehicles attempting to enter or exit the Facility.

28.     My intention in attending the event on February 1, 2026, was to assist the protesters if the agents used chemical munitions again. Because of the treatment the night before, I was better prepared. I had several buckets filled with a water and baking soda solution to extinguish the munitions. I also saw a person with a leaf blower to blow the gas away from the protesters.

29.     There was a federal agent on the mid-level roof who was shooting the protesters

PAGE 8 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

in the driveway with a pepper ball gun. At one point, some people in the crowd were rattling the gate However, I did not see anybody climbing on the gate or trying to get over it. Nobody was firing anything from the crowd at the agents. Nobody was throwing anything. Nothing was being set on fire. People were rattling a gate. That went on for about an hour.

30.    Shortly after 6:00 P.M., approximately ten (10) to fifteen (15) federal agents came out of the Facility. They were wearing the same kind of outfits as the night before: mostly military fatigues, and some in a solid blue uniform. I did not hear any warnings prior to the agents opening the gate. When they opened the gate, they did not issue a warning. They just immediately began deploying munitions on the crowd.

31.    The agents immediately shot gas into the crowd. The agents deployed munitions much more intensely than I had seen them do before and certainly more intensely than the previous day. The agents shot gas into the crowd continuously for approximately ten (10) to fifteen (15) minutes. They made a large cloud of gas. It was a much larger cloud than they had made the day before.

32.    I started trying to collect munitions and extinguish them. I was far away from the Facility because when agents deployed munitions into the crowd, most of them rolled across the street and hit the sidewalk on the other side. While some of the federal agents were deploying gas, there were also agents on the roof who were shooting me and anybody else trying to extinguish the gas with pepper balls. We were not given any dispersal orders. We were not causing any danger to the federal agents. We were trying to collect the munitions and extinguish them, and for that, federal agents shot many of us multiple times with pepper balls.

33.    I saw an individual in the crowd point who had a flashlight. They pointed their flashlight at the agents on the roof. Federal agents then shot the person with the flashlight in the middle of the crowd.

34.    I was shot with pepper balls approximately three or four times. I was shot in the knee and in the back. Most of the times that I was shot, I was located on the opposite side of the street from the Facility. It was clear that agents were targeting me because I was shot once when

PAGE 9 –  DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

I was picking up a munition and then again as I was trying to leave. All of this happened along the opposite sidewalk on the north side of Bancroft Street, across from the Facility.

35. The pepper balls left red blotches and bruising on my leg where they shot me. Further, any place where my skin was exposed to the large cloud of gas began to hurt. It felt like an extreme icy-hot sensation, a sort of cold burning sensation on my skin, which lingered for approximately two hours. However, because I was wearing a full-face NATO-issued tear gas respirator with a filter, I was able to withstand the gas and did not experience respiratory symptoms that day.

36. The force used against me appeared to be a direct response to me attempting to pick up the munitions and extinguish them. I believe I targeted by federal agents for demonstrating my right to free speech, supporting the free speech of others, and trying to protect everyone from the harm of chemical munitions.

37. I collected almost forty (40) munitions that night. The fact that I collected ten (10) munitions on January 31 versus almost forty (40) on February 1 speaks to the sheer volume of what agents were shooting into the crowd.

38. Despite there being a much smaller crowd on February 1, 2026, compared to January 31, there were still many people present. Most people do not have gas masks, and it is not normal to have to demonstrate with a gas mask. Many people at the demonstration on February 1 only had an N95 mask. The use of these chemical munitions makes it impossible for people peacefully demonstrate in a given area without respirators and can cause long-lasting damage to one's health. As such, I believe that the use of chemical munitions had a chilling effect that would deter any ordinary person without access to full-faced gasmask from exercising their freedom of speech.

39. Attached hereto as **Exhibit A** is a true and accurate copy of a photo taken on January 31, 2026, of the injuries I suffered on January 31, 2026.

40. Attached hereto as **Exhibit B** is a true and accurate copy of a photo taken on February 1, 2026, of the injuries I suffered on February 1, 2026.

PAGE 10 –   DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

41.     Attached hereto and linked as **Exhibit C** is a true and accurate copy of a video showing the pepper spray incident that occurred on September 28, 2025.

https://singletonschreiber.filev.io/r/s/287e7BnAPpzQZq5w83QuV39hYYC5MkcW8iZxewqi52l E5g4imJxJlRlT

42.     Attached hereto and linked as **Exhibit D** is a true and accurate copy of a video showing the impact munition incident that occurred on January 31, 2026.

https://singletonschreiber.filev.io/r/s/287e9yRtGy53HIr3wXbxEENPWefKeoFrMgK5U2HcmdP 2wUcWj5mXG76b

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 12, 2026.

*Christopher Fellini*

———————————————————
CHRISTOPHER ("TYLER") FELLINI

PAGE 11 –   DECLARATION OF CHRISTOPHER ("TYLER") FELLINI

# Exhibit A



# Exhibit B

