# EXHIBIT 8

DAN RAYFIELD
Attorney General
SCOTT KENNEDY #260337
JACOB REISBERG #202247
SAMUEL A. KUBERNICK #045562
LEANNE HARTMANN #257503
Senior Assistant Attorneys General
DEREK OLSON #225504
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Scott.Kennedy@doj.oregon.gov
        Jacob.Reisberg@doj.oregon.gov
        Samuel.A.Kubernick@doj.oregon.gov
        Leanne.Hartmann@doj.oregon.gov
        Derek.Olson@doj.oregon.gov

*Attorneys for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.*, | Case No. 3:25-cv-02170-SI |
| Plaintiffs, | DECLARATION OF JUSTIN STEVENS IN SUPPORT OF BRIEF OF THE STATE OF OREGON AS AMICUS CURIAE |
| v. | |
| DONALD TRUMP, *et al.*, | |
| Defendants. | |

Page 1 -   DECLARATION OF JUSTIN STEVENS

1.      I, Justin Stevens, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

2.      I am a resident of Happy Valley, Oregon. I am over the age of 18 and competent to provide testimony in this matter. I am familiar with the information set forth below through personal knowledge. I could testify competently to these facts if called as a witness.

3.      I submit this Declaration in support of the State of Oregon's Amicus Brief in the above-captioned matter.

4.      I am a real estate investor. I have lived in the Portland metro area for the past 40 years. My wife, a physician at a local hospital, has also lived in and around Portland for her entire adult life.

5.      I am not particularly politically active. I attended the No Kings protest last year as a participant and to show my support for the cause, but I have not otherwise been an active protester.

6.      In advance of the weekend of January 31 and February 1, my wife asked if I would go with her to the "ICE Out" rally at City Hall in Portland, to show that we do not agree with what is going on with ICE activities around the country. I agreed to go with her to the rally on Sunday, February 1. We had not heard anything about the march the day before, and did not know that there had been tear gas deployed.

7.      We drove downtown, and arrived at the rally in front of City Hall around 3:15 or 3:20 p.m. We understood that there would be a rally there, and then the group would march together down to the ICE facility on South Macadam. At the rally, there was a good crowd. The street was blocked, and there were amplifiers set up for people giving speeches. The crowd was chanting. I would describe the people as peaceful and energized.

8.      Around 4:30, the group started walking from City Hall through the South Waterfront to the ICE facility. It was about a two-mile walk. I would estimate the crowd to be a few hundred people – from where I was, it looked like the group stretched about a block or block

Page 2 -    DECLARATION OF JUSTIN STEVENS

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

and a half long. There were event organizers with light wands directing traffic away from the crowd as we crossed Macadam.

9.      There were some people in the crowd with respirators, goggles, and other personal protective equipment, but my wife and I did not have those things. I had an N-95 mask with me, but nothing else.

10.      The crowd made its way directly in front of the ICE facility. I would estimate that we arrived around 5:15 p.m. or so – it was not yet dark. The crowd mostly stood in the street and on the sidewalks outside of the ICE facility, chanting and waving signs. The crowd walked up the driveway of the facility and filled the space in front of the gate to the facility. I was in the street outside of the driveway, about 8 feet behind the blue line that marks the start of the driveway.

11.      The crowd stayed in place, chanting and waving signs, for nearly an hour. I saw federal agents come out onto the lower roof of the building (about one story above ground level) and look at the crowd. I think that there were also federal agents inside the gates of the facility, but I could not see how many through the crowd of people in front of me. It seemed like some of the protesters near the gate were taunting the agents inside the gates and flipping them off, though I was far enough behind them that I couldn't see exactly what was going on. I did not see any protestors doing anything violent or dangerous.

12.      Included as **Exhibit 1** is a 21-second video I took of the crowd chanting in front of the ICE facility.

13.      From time to time, starting shortly after we got there, I heard popping sounds intermittently and saw pepper balls aimed at the front of the crowd. I visually saw some of the pepper balls make contact with the wall and driveway overhang and release a mist on impact. The pepper ball rounds were coming from the federal agents on the roof to the front of the crowd near the gates.

14.      The entire time I was there—about an hour—I never heard federal agents make any kind of announcement to disperse or move.

Page 3 -    DECLARATION OF JUSTIN STEVENS

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

15.     Around 6:15 or 6:30 p.m., suddenly, the gates to the ICE facility opened and a crowd of federal agents came out in tight formation and immediately began firing pepper balls, flash bangs, and deploying tear gas canisters directly into the crowd. There were about 12 to 15 federal agents pushing the crowd back, but not with shields. They were holding weapons at their shoulders and were firing what I assume were pepper balls at the crowd.

16.     I immediately turned around to move back and was consumed with tear gas. I have never experienced tear gas or pepper spray before. My N-95 mask did not seem to help much, and my eyes were burning.

17.     I was able to back up enough that I could get some fresh air and recover a bit. I found a spot on the traffic island at the intersection, and took a video of what was going on, because I was shocked at the incredible force that the federal agents had unleashed on the peaceful crowd, all at once.

18.     I focused my video on the federal agents who were on the second-story roof, firing on the crowd. As I did that, one of the agents shot a flash bang grenade right next to where I was standing. I cannot tell if he targeted me or not. It seemed from where I was standing that he saw me recording with my phone and shot towards me. There were tear gas canisters everywhere.

19.     I am submitting the video I took as **Exhibit 2.** It is a 39-second video that shows the federal officers firing into the crowd, including in my direction. The photograph below was taken from that video.

Page 4 -     DECLARATION OF JUSTIN STEVENS

20.      My wife was very eager to leave once the shooting started, and shortly after I took that video, we decided to head back to our car, which was parked a couple miles away close to City Hall, and it was dark at that point. We started walking north on Macadam, and we were hit by even more tear gas. It hung like a huge cloud over the area. We tried to go back toward the South Waterfront so we would not have to walk on the busy road, but there was so much tear gas in that direction we could not go that way.

21.      As we walked on the sidewalk on Macadam, we saw a woman walking with an arm crutch. She seemed to be struggling with all the tear gas in the air. I do not know if she had anything to do with the protest activity. I wanted to stop and try to help her, but I was struggling so much with the effects of the tear gas that I didn't feel like I could do much more than get myself out of there. It made me feel terrible not only that I couldn't help that one person, but for all of the people in the area trying to live their lives who now had air that wasn't breathable.

22.      The gas didn't clear up until we were near the OHSU Building, *six blocks*— approximately 0.4 miles—away from the ICE facility. I saw people completely unrelated to the

Page 5 -     DECLARATION OF JUSTIN STEVENS

protest who were out walking their dogs and going about their business, gagging and coughing as they tried to get away from the overwhelming cloud of tear gas.

23.    After we got home, I shared the video that I took with my parents. My stepdad encouraged me to reach out to the Attorney General. He told me that the Attorney General wanted to hear from people who had been teargassed. I submitted my account of what happened to the Attorney General through his website.

24.    When the crowd was chanting in front of the ICE facility, I assumed that at some point, we would be dispersed. But I never imagined the response would be as disproportionate and violent as it was.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on February __12__, 2026, in Portland, Oregon.

_____*s/ Justin Stevens*_____
Justin Stevens

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

# EXHIBIT 1

Justin Stevens Video

IMG_8401.MOV

To be filed conventionally by USB

# EXHIBIT 2

Justin Stevens Video

IMG_8408.MOV

To be filed conventionally by USB