IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JACK DICKINSON**, *also known as the Portland Chicken*; **LAURIE ECKMAN**; **RICHARD ECKMAN**; **MASON LAKE**; and **HUGO RIOS**, *on behalf of themselves and those similarly situated*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**DONALD TRUMP**, *President of the United States, in his official capacity*; **KRISTI NOEM**, *Secretary, U.S. Department of Homeland Security (DHS), in her official capacity*; and **U.S. DEPARTMENT OF HOMELAND SECURITY**,<br><br>　　　　　Defendants. | Case No. 3:25-cv-2170-SI<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

**Michael H. Simon, District Judge.**

　　On February 3, 2026, the Court entered a 14-day Temporary Restraining Order ("TRO") in this matter. ECF 68. On February 16, 2026, Plaintiffs filed a motion to extend that TRO for an addition 14 days. ECF 100. In their motion, Plaintiffs represented that Defendants opposed Plaintiffs' motion to extend. During the telephonic hearing held on February 17, 2026, the Court

PAGE 1 – ORDER EXTENDING TEMPORARY RESTRAINING ORDER

discussed this issue with the parties and orally granted Plaintiff's motion for good cause for the reasons stated in Plaintiffs' motion to extend.

The Court expressly finds that good cause exists for extending the existing TRO for an additional 14 days for the reasons the Court already found when it originally issued the TRO. ECF 68. Good cause is further shown for the reasons detailed in Plaintiffs' pending motion for preliminary injunction ("PI"). ECF 94. Good cause is also present because Defendants have not disclaimed the conduct that gave rise to the original TRO. Finally, good cause also exists because a further extension will maintain the status quo pending the Court's consideration of the pending motion for PI, which is scheduled for hearing on March 2, 2026. Accordingly, the Court GRANTS Plaintiffs' motion for extension (ECF 100) and extends the existing TRO (ECF 68) for an additional 14 days. This extended TRO shall expire in 14 days, unless otherwise extended by stipulation of the parties.

**IT IS SO ORDERED**.

DATED this 17th day of February, 2026, at 1:49 p.m.

_____
Michael H. Simon
United States District Judge