NAOMI SHEFFIELD, OSB No. 170601
Chief Deputy City Attorney
naomi.sheffield@portlandoregon.gov
ELIZABETH C. WOODARD, OSB 075667
Senior Deputy City Attorney
beth.woodard@portlandoregon.gov
CAROLINE TURCO, OSB No. 083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
DENIS M. VANNIER, OSB No. 044406
Senior Deputy City Attorney
denis.vannier@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR 97204
Telephone: 503-823-4047
Facsimile: 503-823-3089
*Counsel for Amicus Curiae City of Portland*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **JACK DICKINSON**, *also known as the Portland Chicken;* **LAURIE ECKMAN; RICHARD ECKMAN; MASON LAKE; AND HUGO RIOS**, *on behalf of themselves and those similarly situated,*<br><br>    Plaintiffs,<br><br>  V.<br><br>**DONALD TRUMP**, *President of the United States, in his official capacity;* **KRISTI NOEM**, *Secretary, U.S. Department of Homeland Security (DHS), in her official capacity;* **AND U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>    Defendants. | Case No: 3:25-cv-2170-SI<br><br><br>**BRIEF OF *AMICUS CURIAE* CITY OF PORTLAND** |

Page 1 –  BRIEF OF AMICUS CURIAE CITY OF PORTLAND

## **INTRODUCTION**

Two hundred and fifty years ago this year, our nation set upon a great experiment, prompted by the "long train of abuses" of a regime that saw itself as unaccountable to the citizens of its distant colonies. The Declaration of Independence para. 2 (U.S. 1776). As set out in the Declaration of Independence, those abuses included dispatching royal "[o]fficers to harass our people," taking steps to protect the royal officer's "from punishment for any Murders which they should commit on the Inhabitants of these States," and "excit[ing] domestic insurrections among us[.]" *Id.* ¶ 3. It was to secure its freedoms from such abuses that our nation declared its independence, and it was to guarantee that such willful violations of basic liberties would not recur that our Constitution and Bill of Rights were adopted.

Yet in America today, some in Washington, D.C., seem to have forgotten those lessons from history. For many months now, officers of the federal executive branch have been dispatched to American cities "to harass our people," the administration appears to be taking steps to "protect [those officers] from punishment" for crimes they might "commit on the inhabitants of those States," and it has done its utmost—to date, unsuccessfully—to "excite[] domestic insurrection among us[.]"[1] *Id.* ¶ 3. Those actions have been accompanied by

---

[1] *See, e.g.,* Hanna Rosin, *Another Death in Minneapolis*, The Atlantic (Jan. 25, 2026), https://www.theatlantic.com/podcasts/2026/01/another-death-minneapolis/685747/; Robert Mackey*, Justice Department "Not Investigating" Renee Good Killing in Contrast to 2020 Inquiry on George Floyd Death*, The Guardian (Jan. 18, 2026), https://www.theguardian.com/us-news/2026/jan/18/justice-department-ice-renee-good-george-floyd-minneapolis; Michelle Griffith, *Feds Oust Minnesota Investigators from ICE Shooting Probe*, The Minnesota Reformer (Jan. 8, 2026), https://minnesotareformer.com/2026/01/08/fbi-ousts-minnesota-investigators-from-ice-shooting-probe/; Moustafa Bayoumi, *Trump is Deliberately Ratcheting up Violence in Los Angeles*, The Guardian (Jun. 10, 2025), https://www.theguardian.com/commentisfree/2025/jun/10/trump-violence-los-angeles; Nicolas Chapuis, *After Alex Pretti's Death in Minneapolis, Trump's Strategy of Stoking Tension Comes Under Scrutiny*, Le Monde (Jan. 26, 2026), https://www.lemonde.fr/en/international/article/2026/01/26/after-alex-pretti-s-death-in-minneapolis-trump-s-strategy-of-tension-comes-under-scrutiny_6749814_4.html.

Page 2 –     BRIEF OF AMICUS CURIAE CITY OF PORTLAND

disinformation and internet trolling from federal officials without modern precedent.[2] While the tragic killings recently committed by federal officers in Minneapolis, Minnesota, are foremost on people's minds, the federal executive's actions to quell the voice of the people and to disrupt the free expression of the residents of the City of Portland and elsewhere are another part of a national campaign against civil dissent, and they should be analyzed in that light.

In addition to being an affront to the core values our nation has long claimed, the executive branch's persistent use of excessive, indiscriminate force against its political opponents in Portland has undermined the City's ability to pursue its approach to policing and injured the civic health and vitality of our community. Plaintiffs have outlined many of those harmful impacts in their own pleadings, but the present *amicus* brief provides additional context.

As this court is aware, over the past several years the City has engaged in a thoughtful process to improve its approach to policing large public protests—a process that was undertaken following this same federal executive's dispatch of federal officers to Portland in 2020, which inflamed and stoked the largest protests the City had witnessed in decades. The federal executive's indiscriminate and excessive uses of force in responding to recent protests against its policies have interfered with, and undermined, the City's own efforts at policing those protests while respecting and protecting participants' constitutional rights to freedom of speech and assembly.

The federal executive's indiscriminate and excessive use of force is also retaliatory. The present administration has made no secret of its loathing for the people and City of Portland, who

---

[2] *See, e.g.,* Zachary B. Wolf, *DHS Leans into Propaganda with Militaristic Action Videos*, CNN (Oct. 10, 2025), https://www.cnn.com/2025/10/10/politics/ice-videos-dhs-noem-immigration-arrests-analysis; Richard Luscome, *Trump Administration Unleashes Torrent or Untruths after Woman Shot Dead by ICE*, The Guardian (Jan. 9, 2026), https://www.theguardian.com/us-news/2026 jan/09/white-house-minneapolis-ice-killing; Ali Breland, *The Trump Administration is Publishing a Stream of Nazi Propaganda*, The Atlantic (Jan. 21, 2026), https://www.theatlantic.com/national-security/2026/01/social-media-trump-administration-dhs/685659/.

Page 3 –     BRIEF OF AMICUS CURIAE CITY OF PORTLAND

embody and proclaim values that are anathema to it.[3] The administration's attempt to point to occasional low-level violations of the law as justification for its retaliation should be seen for the pretextual fig leaf that it is: As another judge in this district recently noted in a case involving attempts to obtain the voter data of all Oregonians, "[t]he presumption of regularity that has been previously extended to [the federal executive branch] that it could be taken at its word—with little doubt about its intentions and stated purposes—no longer holds." *United States v. Oregon*, 2026 WL 318402, at *11 (D. Or. Feb. 5, 2026).

The federal executive's retaliatory actions have also durably affected the well-being of the community as a whole. People are understandably fearful for their safety, their health, and for that of their families, friends, and neighbors. A city cannot thrive—indeed, it cannot properly function—when its residents are at risk of violence from their own federal government for exercising their constitutional rights to vote, to freedom of speech, to assemble peaceably, or to petition the government for a redress of grievances. U.S. Const. amend. I.

Our nation has endured for two hundred and fifty years by remembering the values enshrined in the Constitution, the Bill of Rights, and the Declaration of Independence. When those values are forgotten by the federal executive, it is incumbent upon the federal courts to remind those in Washington, D.C., that the values of our founding documents still endure.

## **ARGUMENT**

The federal government's current approach to policing protests in Portland is a continuation of its ineffectual and inappropriate tactics from 2020. (Dobson Decl., ¶ 7). In 2020,

---

[3] *See., e.g.,* Zane Sparling, *Trump's Obsession with Portland Goes Back Years. His Message has Escalated*, The Oregonian (Oct. 03, 2025), https://www.oregonlive.com/politics/2025/10/trumps-obsession-with-portland-goes-back-years-his-message-has-escalated.html; Cellna Tebor, *Trump has had his Sights on Portland, Oregon, for Years. This is How we Got Here*, CNN (Oct. 9, 2025), https://www.cnn.com/2025/10/09/us/portland-oregon-trump-history; Courtney Sherwood, *"Like living in Hell": Trump Hints Portland Could be Next City to see National Guard on Streets*, OPB (Sept. 5, 2025), https://www.opb.org/article/2025/09/05/trump-portland-national-guard/.

Page 4 –     BRIEF OF AMICUS CURIAE CITY OF PORTLAND

while there was far more significant protest activity in Portland, it had begun to wane by late June. But the federal government, at the very time that protest activity lessened, sent an influx of federal officers to Portland, and the ensuing persistent uses of force inflamed the situation. The City does not want the federal government's unjustified tactics to inflame the situation in Portland now as it did in 2020.

The City of Portland and its Police Bureau ("PPB") learned many valuable lessons from its own response to demonstrations in 2020. PPB implemented significant changes following those protests. Consistent with changes to Oregon law and best practices, PPB revised its policies and updated its training and tactics for responding to protests. These changes have significantly reduced PPB's reliance on deploying force, including tear gas, during large protest events, and they have significantly improved PPB's relationship with community members and protesters. The federal government's excessive and often unpredictable uses of force at the ICE facility over the last six months have significantly frustrated PPB's ability to use its own more effective and improved approach to responding to protests.

I.      **The federal government's significant and indiscriminate force on protesters at the ICE facility is driven by political animus, not crime or threatening conduct.**

President Trump has long engaged in inflammatory rhetoric and attempts to harm Democratic-led cities, and particularly cities that embrace sanctuary policies toward immigration, like Portland. In 2020, after surging federal law enforcement, President Trump tweeted, "Portland is a mess, and it has been for many years. If this joke of a mayor doesn't clean it up, we will go in and do it for them."[4] And the new administration has continued where the last administration left off in 2020—fixated on identifying tools to harm local governments who embrace immigrant communities and elect not to weaponize local government resources to

---

[4] Brian Naylor, "*Officials Identify Slain Portland Trump Supporter; President Threatens Intervention*, NPR (Aug. 31, 2020), https://www.npr.org/sections/live-updates-protests-for-racial-justice/2020/08/31/907870503/trump-threatens-intervention-after-portland-violence.

Page 5 –      BRIEF OF AMICUS CURIAE CITY OF PORTLAND

carryout federal immigration policy. The administration has repeatedly threatened and attempted to carryout unconstitutional funding cuts to these jurisdictions, including Portland.[5] The administration has targeted many such jurisdictions with aggressive and harmful enhanced immigration enforcement.[6] And the administration has used its megaphone to share an imagined and distorted understanding of both crime and protests in these jurisdictions, including Portland.[7] In Portland, as in a number of other jurisdictions, these retaliatory attacks have also culminated in excessive and unjustified force against residents engaged in free expression.

Since taking office again, President Trump has repeatedly shared blatantly false narratives about crime, destruction, danger, and chaos in Portland. On January 21, 2025, during his inauguration, President Trump stated, "And look what happens in other parts of the country. In Portland, where they kill people, they destroy the city, nothing happens to them."[8] Most

---

[5] *See* Executive Order 14,159 ("Protecting the American People Against Invasion"), Section 17; Executive Order 14, 218 ("Ending Taxpayer Subsidization of Open Borders"), Section 2(a)(ii); Press Release, *Justice Department Publishes List of Sanctuary Jurisdictions*, (August 5, 2025), https://www.justice.gov/opa/pr/justice-department-publishes-list-sanctuary-jurisdictions; Geoff Mulvihill, *Trump threatens to halt federal money next month not only to sanctuary cities but also their states* (Jan. 13, 2026), https://www.opb.org/article/2026/01/13/trump-threatens-to-halt-federal-money-next-month-not-only-to-sanctuary-cities-but-also-their-states/.

[6] Hamed Aleaziz and Orlando Mayorquin, *Immigration Arrests in Los Angeles Spike Amid Aggressive Enforcement*, (July 11, 2025), https://www.nytimes.com/2025/07/11/us/politics/los-angeles-immigration-enforcement.html; Press Release, *Operation Midway Blitz: The Economic and Human Costs to Illinois Communities* (Dec. 11, 2025), https://gov-pritzker-newsroom.prezly.com/operation-midway-blitz-the-economic-and-human-costs-to-illinois-communities; Press Release, *Operation Metro Surge results in 203 million dollar impact on Minneapolis* (Feb. 13, 2026), https://www.minneapolismn.gov/news/2026/february/oms-impact/.

[7] Daniel Dale, *Fact check: Trump falsely claims, again, that Portland is burning down* (Oct. 22, 2025), https://www.cnn.com/2025/10/22/politics/fact-check-trump-portland-burning-fire; Claire Rush and Melissa Goldin, *FACT FOCUS: Trump paints a grim portrait of Portland. The story on the ground is much less extreme* (Oct. 9, 2025), https://apnews.com/article/fact-check-trump-portland-oregon-protests-antifa-203826406efb7420911ae756b4331f60.

[8] Remarks and Document Signing Ceremony Following the Inaugural Parade at Capitol One Arena (Jan. 20, 2025), https://www.presidency.ucsb.edu/documents/remarks-and-document-

PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

notably and relevant, the administration's attacks have come in the form of threatening and then using overwhelming force in response to passionate, but largely peaceful, protests outside of the ICE facility. The persistent shows of unprompted and unnecessary force described by Plaintiffs appear to stem directly from this federal administration's animus toward Portlanders.[9]

The President's hyperbolic rhetoric regarding Portland culminated last fall in his decision to deploy federal troops. President Trump explained:

> At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth to provide all necessary troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter.[10]

Subsequently, apparently seeking to support this assessment with nonexistent "facts," he asserted, "The amazing thing is you look at Portland and you see fires all over the place. You see fights. I mean, violence, it's so crazy."[11] He went on assert that "Many people have been badly hurt, and even killed."[12]

---

signing-ceremony-following-the-inaugural-parade-capitol-one-arena.

[9] The Oregonian, "*It Is Like Living in Hell": Trump Discusses Portland as He Considers Sending the National Guard* (YouTube, Sept. 5, 2025), https://www.youtube.com/watch?v=6tP9QqDmu74; *see also* The Oregonian, *Trump Mentions Portland at White House: 'Just People Out of Control and Crazy'*, at 0:10 (YouTube, Sept. 19, 2025), https://www.youtube.com/watch?v=cisl1y10YRw&t=10s ("[T]his has been going on for years. It's just people out of control, crazy.").

[10] Donald J. Trump, (@realDonaldTrump) Truth Social (Sept. 27, 2025, at 07:19), https://truthsocial.com/@realDonaldTrump/posts/115276694936263266.

[11] Erik Neumann, *Right-wing influencers shape nation and Trump's understanding of Portland protests* (Oct. 11, 2025), https://www.opb.org/article/2025/10/11/right-wing-influencers-shape-nation-and-trumps-understanding-of-portland-protests/.

[12] Dirk VanderHart, *Trump administration gave Oregon governor 12-hour deadline to mobilize troops, memo shows* (Oct. 1, 2025), https://www.opb.org/article/2025/10/01/trump-kotek-troop-mobilization-deadline/.

Page 7 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND

This attempt to deploy troops to the streets of Portland was stopped by judicial intervention, which recognized that the descriptions of violence, much like the false moniker of domestic terrorists used to discredit protesters and protests in Minneapolis, were simply unsupported by facts.[13] But the administration nevertheless persisted. During a visit to Portland, Department of Homeland Security Secretary Kristi Noem denigrated the successful tactics utilized by PPB and the City of Portland to promote First Amendment expression while maintaining public safety. She stated, "One of the things I've been dealing with all day here in Portland is a bunch of pansies that are elected into political office who won't make a decision to keep their citizens safe."[14] She also threatened the Mayor that if Portland did not align its law enforcement approach to one she favored, "we [are] going to cover him up with more federal resources and that we're going to send four times the amount of federal officers here[.]" Secretary Noem, like the President, characterized the largely peaceful protesters as terrorists. Consistent with pattern, these threats were not in response to any danger related to officers, agents, or the mission, but rather appeared to be retaliation because the City disagreed with the federal government's disproportionate response at the ICE facility.

President Trump and Secretary's Noem's rhetoric is not just hyperbolic; it is consistently counterfactual. Portland is not a City with an exceptionally high crime rate.[15] Protests in Portland since 2020 have been largely peaceful and successfully managed by PPB. Nevertheless, the depiction of danger and lawlessness described at the highest levels of the administration has been

---

[13] *Oregon v. Trump*, 802 F. Supp. 3d 1277 (Oct. 4, 2025); *Oregon v. Trump*, 2025 WL 3126773 (D. Or. Nov. 7, 2025).

[14] "I'M EXTREMELY disappointed: Secretary Kristi Noem," Fox News (October 7, 2025), https://www.youtube.com/watch?v=XGZ26qJNzho.

[15] Zaeem Shaikh, *Portland crime data contradicts Trump's 'living in hell' claim* (Sept. 23, 2025), https://www.oregonlive.com/crime/2025/09/portland-crime-data-contradicts-trumps-living-in-hell-claim.html.

Page 8 –     BRIEF OF AMICUS CURIAE CITY OF PORTLAND

used to justify a wildly disproportionate response to largely peaceful protest activity here in Portland.

The only explanation for the administration's persistent vitriol, attempted deployment of federal troops, and improper uses of force toward Portland residents is animus and retaliation against a city that the President disfavors due to his differing political views. These blatant motivations are not lost on those watching. President Trump's fixation on Portland has been well documented and linked with disagreements with Portlanders around political topics like immigration and appropriate responses to criminal activity.[16]

While these verbal retaliatory attacks are harmful to Portland's reputation, the harm has not stopped at mere rhetoric. It has gone further and materialized into precisely what President Trump called for—"FULL FORCE" in response to largely peaceful protests. This is not merely harmful, it is dangerous to the wellbeing of the protesters, the neighbors in the community, and the City as a whole. And in addition to the physical and environmental dangers these uses of force present, the fear that grows from unjustified and indiscriminate uses of force undermines civic engagement by suppressing expression, dialogue, and debate.

## II. Federal law enforcement's use of excessive and indiscriminate force undermines PPB's response to protests.

As Plaintiffs have already thoroughly outlined in their briefing and declarations, federal law enforcement at the ICE facility has, on numerous occasions, used significant amounts of indiscriminate force against largely peaceful protesters. PPB has been directly impacted by these

---

[16] *See, e.g.,* Myah Ward and Natalie Fertig, *Why Donald Trump is obsessed with Portland*, Politico (Sept. 27, 2025), https://www.politico.com/news/2025/09/27/donald-trump-portland-military-protest-00583423; Anna Griffin, *Trump Again Focuses on Portland as an Avatar of the Left*, New York Times (Sept. 28, 2025), https://www.nytimes.com/2025/09/28/us/portland-trump-ice-protests.html.

Page 9 –     BRIEF OF AMICUS CURIAE CITY OF PORTLAND

uses of force. PPB has also been hindered in performing necessary protest policing by the surprising and excessive federal response. The federal government's response to the protests interferes with PPB continuing to carry out the significant improvements to protest policing that it implemented following 2020.

PPB officers have observed numerous instances where indiscriminate uses of force by federal law enforcement at the ICE facility appeared unnecessary and excessive. In fact, multiple times PPB officers were, themselves, impacted by those uses of force. As early as June 14, 2025, federal officers used tear gas on an entire crowd, when only a small group of individuals next to the ICE facility warranted intervention. (Dobson Decl., ¶ 8). This indiscriminate use of tear gas caused everyone present, even those peacefully protesting or observing, to retreat from the area. (*Id.*). On October 4, 2025, federal officers deployed tear gas on a crowd of people who were nonviolent and the only observable criminal conduct was passive trespassing or civil disobedience. (Schoening Decl., ¶ 15). Again, on October 18, 2025, protest activities were similar to a festive event, with music, dancing, and costumes, and the federal officers deployed chemical munitions. (*Id.*; Dobson Decl., ¶ 8). In this instance, PPB officers and Oregon State Patrol troopers had to leave the area because they too were exposed to chemical munitions. (Dobson Decl., ¶ 8). On that same night, one PPB sergeant was struck with an impact munition while trying to leave the area with his squad. (Schoening Decl., ¶ 15). On January 24, 2026, the crowd was again largely festive, and chemical munitions were deployed on the entire crowd in apparent response to some protesters encroaching on federal property. (Dobson Decl., ¶ 8).

Most recently, federal law enforcement's use of force was particularly egregious on January 31, 2025. On that date, an organized march of four to five thousand individuals was in the area of the ICE facility. (Dobson Decl., ¶ 11). The crowd was largely peaceful. (*Id.*). There were 30-50 individuals dressed in black at the gate to the ICE facility, reported to be trying to secure the gate with rope. (*Id.*). The federal officers responded by deploying chemical munitions

Page 10 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND

which affected hundreds of peaceful protestors who were not even near the gate. *Id.* This use of force was disproportionate to the threat posed and showed a lack of awareness of the totality of the circumstances. (*Id.*).

These uses of force by federal law enforcement undermine the ability of PPB to implement the significant changes that followed the protests of 2020. Following those protests, consistent with changes to Oregon law and best practices, PPB revised its policies and updated its training and tactics for responding to protests. Each of these improvements were made with the goal of "protecting First Amendment rights and the tradition of exercising free speech and assembly in the City of Portland," while "maintaining public safety, peace, and order." (Schoening Decl., ¶ 5, Ex. 1 ("Directive 635.10")). PPB utilizes a layered, nimble approach to respond with appropriate resources to a public order event. The key components of this approach are: dialogue officers, bike officers, plainclothes officers, and a hard squad staged nearby to deal with serious disorder, if needed. These changes have significantly reduced PPB's reliance on deploying force, including tear gas, during large protest events. And importantly, they have significantly improved PPB's relationship with community members and protesters, enhancing its ability to address specific criminal activity while promoting the exercise of First Amendment rights.

However, the federal government's excessive and often unpredictable uses of force at the ICE facility significantly limit PPB's ability to utilize this measured approach to responding to protests. Firstly, the federal officers at the ICE facility have failed to utilize effective command and control in their attempts to perform public order policing. (Dobson Decl., ¶ 8). A clear chain of command is essential in law enforcement, so that personnel operate with shared objectives, priorities, and intent. (*Id.*). In the last six months, it is not clear who at the federal level is authorizing the uses of force outside the ICE facility. The lack of unified command and control between law enforcement officers at the ICE facility has limited the amount and accuracy of

Page 11 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND

communication and information that PPB receives. (Schoening Decl., ¶ 15). It is, therefore, the norm rather than the exception for PPB to have no information in advance of federal officers using significant amounts of indiscriminate force. (*Id.*). This lack of information is further exacerbated where the uses of force often do not appear to be in response to violent criminal conduct. (*Id.*).

This lack of information sharing coupled with the indiscriminate and unpredictable nature of the force used means that PPB officers remaining in or near the crowd are put at a safety risk themselves. This forces them to pull back from their positions. (*Id.*). By leaving the area, PPB officers are not close enough to observe criminal conduct, engage in de-escalation, make necessary arrests, or intervene when necessary. (*Id.*).

In addition to the practical challenges PPB officers face trying to police while risking unpredictable exposure to indiscriminately used munitions, the actions of federal officers erode public trust in law enforcement generally, undermining the trust that PPB has worked hard to rebuild. (Dobson Decl., ¶ 9). This is the case because of both the excessive force and because federal law enforcement officers are often not identifiable and readily distinguishable. In short, their common practice of masking and not displaying identification is also problematic. (*Id.*). There are portions of the public who cannot readily differentiate between the different law enforcement agencies and therefore view all law enforcement through the same lens. (*Id.*). The result is that improper and dangerous actions by federal law enforcement negatively impact PPB's relationship with the local community.

Moreover, the indiscriminate use of tear gas and other munitions, not only chills the exercise of free speech, it also can anger and change the behavior of the crowd. (*Id.* at ¶ 10; Schoening Decl., ¶ 16). Upon perceiving unjust action, the collective behavior of the crowd can shift, making people more distrustful of authority, including authority exerted by PPB. (Schoening Decl., ¶ 16). This distrust makes it more difficult for PPB to gain voluntary

Page 12 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND

compliance on things as basic as asking people to move out of the street. (*Id.*). Simply put, the actions of federal law enforcement make all law enforcement look bad, and their actions make PPB's efforts more challenging. PPB has worked hard since 2020 to do better, and the actions of the federal officers undermine public trust that PPB has earned.

From a legal perspective, federal officers' indiscriminate and unjustified use of tear gas and chemical munitions make meaningful coordination between PPB and federal law enforcement in the area untenable. (*Id.*). ORS 181A.708 sets forth specific limitations on when certain crowd control munitions, including impact munitions and indiscriminate tools, such as tear gas, can be used during a public order event. (Schoening Decl., ¶ 14). Additionally, ORS 181A.710 prohibits a law enforcement agency from using another law enforcement agency as a proxy to use crowd control munitions in a manner that would violate ORS 181A.708 or any court orders or to act in concert with another law enforcement agency to engage in such conduct. (*Id.*). On multiple occasions, federal law enforcement officers at the ICE facility have used crowd control munitions in a way that would violate ORS 181A.708. (*Id.*). When federal officers utilize tools in this way, PPB cannot coordinate a response to the crowd, without risking a violation of ORS 181A.710(2)(b). (Dobson Decl., ¶ 7). Perhaps more importantly, for purposes of maintaining public trust, PPB officers want to distance themselves from the use of these tools, but it makes otherwise policing the events extremely difficult. (*Id.*).

The type, manner, and justification for force used by federal officers at the ICE facility pushes back against years of learning and improvement on the part of PPB. It not only directly impacts officers who have been exposed to tear gas and impacted by munitions, it deteriorates the tenuous public trust in police. And it prevents PPB from effectively responding to actual criminal activity or threats.

///

///

Page 13 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND

**III.     The federal government's excessive and indiscriminate force not only endangers protesters and impedes the efforts of PPB but also causes deep harm to the greater Portland community.**

The City of Portland values First Amendment expression from all of its residents. In difficult times, the protections of the First Amendment allow Portlanders to express dissent, voice concerns, and advocate for change. This protection of free expression is of fundamental importance regardless of whether it is directed at the policies and actions of the City of Portland, the State of Oregon, or the federal government. It is through these acts of expression and communication that we engage in productive dialogue, we learn from each other, and we build a better society. When acts of expression are met with overwhelming and unjustified force, less people speak up, fewer viewpoints are shared, and we are unable to engage productively as a City to learn and improve.

The Mayor and City Councilors have received hundreds of messages from members of the community expressing horror and concern regarding the use of tear gas and other indiscriminate less lethal munitions at the ICE facility. The concerns come from protesters who worry about returning to the area to lawfully exercise their First Amendment rights. The concerns come from residents of the Southwest Waterfront neighborhood who have repeatedly experienced tear gas seeping into their residences. The concerns come from local businesses who worry that individuals will not visit their businesses because of the danger in this area or because of reputational damage that these disruptions cause. The concerns come from doctors, nurses, and other medical professionals who work and serve patients in buildings near the ICE facility and worry for both themselves and the medically sensitive individuals they treat. The concerns come members of the Portland community not otherwise connected to the ICE facility or even this area of town, when they read in the paper and see on the news that their friends and neighbors have been subjected to tear gas for simply having the courage to stand up for and with the vibrant immigrant community that makes Portland exceptional.

Page 14 –     BRIEF OF AMICUS CURIAE CITY OF PORTLAND

When the federal government utilizes the extraordinary resources of the state to engage in excessive, unjustified, and unnecessary force against its citizens and residents, it also undermines people's faith in our institutions. This includes, most directly, exacerbation of existing distrust for law enforcement, including local law enforcement like PPB. But it also undermines faith in state and local government and the judiciary. People are appalled that this shocking display can occur repeatedly, often in broad daylight, and existing institutions cannot stop it. Portland has attempted to use the limited tools available to mitigate the harm from tear gas through City code changes that hold property owners of detention facilities responsible for costs and externalities of this conduct.[17]

There is, however, another institution with the authority to directly intervene to stop patterns of excessive and retaliatory force—the judiciary. This Court's intervention has the power to take an important step in reassuring the public—the residents of this City—that the federal government's improper exercise of power does not go unchecked. The City recognizes that such authority to issue a preliminary injunction is extraordinary and should be exercised in limited circumstances. *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 22 (2008). These are those circumstances.

## CONCLUSION

As Mayor Wilson forcefully declared, "I share the impatience [of] those who demand we use every legal tool at our disposal to push back against this inexcusable, unconscionable, and unacceptable violence against our community."[18] Every time federal law enforcement, goaded by

---

[17] Portland City Code Chapter 5.80 Detention Facility Impact Fee, Ordinance 192127 (effective Jan. 2, 2025).

[18] Portland Mayor Statement on Federal Use of Chemical Munitions at Peaceful Protest (Jan. 31, 2026), https://www.portland.gov/mayor/keith-wilson/news/2026/1/31/portland-mayor-statement-federal-use-chemical-munitions-peaceful.

Page 15 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND

the present administration, uses unnecessary and unjustified force against Portlanders, it harms not just those individuals, but chills the rights of all Portland residents, undermines the Police Bureau and the City itself, and saps the very underpinnings of civil society. "An elective despotism was not the government we fought for," and no branch of government should "transcend their legal limits without being effectually checked and restrained by the others." The Federalist No. 48 (James Madison). By enjoining the federal1 administration's unlawful use of force, this court can vindicate the guarantees of our Constitution and Bill of Rights and demonstrate that, in this our nation's two hundred and fiftieth year, those guarantees are not yet forgotten.

Dated: February 19, 2026

Respectfully submitted,

*s/ Naomi Sheffield*
NAOMI SHEFFIELD #170601
Chief Deputy City Attorney
1221 SW Fourth Avenue
Fourth Floor, Room 430
Portland, OR 97204
Tel: (503) 823-4047
Fax: (503) 823-3089
Naomi.Sheffield@portlandoregon.gov

*Counsel for Amicus Curiae City of Portland*

Page 16 –    BRIEF OF AMICUS CURIAE CITY OF PORTLAND