FILED 17 FEB '26 13:47 USDC-ORP

DAN RAYFIELD
Attorney General
SCOTT KENNEDY #260337
JACOB REISBERG #202247
SAMUEL KUBERNICK #045562
LEANNE HARTMANN #257503
Senior Assistant Attorneys General
DEREK OLSON #225504
Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971-673-1880
Fax: 971-673-5000
Email: Scott.Kennedy@doj.oregon.gov
       Jacob.Reisberg@doj.oregon.gov
       Samuel.A.Kubernick@doj.oregon.gov
       Leanne.Hartmann@doj.oregon.gov
       Derek.Olson@doj.oregon.gov

*Attorneys for the State of Oregon*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-02170-SI<br><br>EXHIBITS TO THE PROPOSED DECLARATION OF GREG SCOTT (ECF 99-6) AND PROPOSED DECLARATION OF JUSTIN STEVENS (ECF 99-8) |

Plaintiffs submit for filing:

1. Exhibit 1 to the previously filed Proposed Declaration of Greg Scott in Support of Brief of the State of Oregon as Amicus Curiae (ECF 99-6);

Page 1 -   EXHIBITS TO THE PROPOSED DECLARATION OF GREG SCOTT (ECF 99-6) AND
           PROPOSED DECLARATION OF JUSTIN STEVENS (ECF 99-8)
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                              9716731880 / Fax: 9716735000

2. Exhibits 1 and 2 to the previously filed Proposed Declaration of Justin Stevens in Support of Brief of the State of Oregon as Amicus Curiae (ECF 99-8).

As set forth in the above-mentioned declarations, the digital media has been provided as conventional media. A photocopy of the flashdrive submitted to the Court on February 17, 2026 for filing is attached to this document.

DATED February 17, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Scott Kennedy*
SCOTT KENNEDY #260337
JACOB REISBERG # 202247
SAMUEL KUBERNICK #045562
LEANNE HARTMANN # 257503
Senior Assistant Attorneys General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Tel.: 971-673-1880
Fax: 971-673-5000
Scott.Kennedy@doj.oregon.gov
Jacob.Reisberg@doj.oregon.gov
Samuel.A.Kubernick@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov
Derek.Olson@doj.oregon.gov

Attorneys for State of Oregon

Page 2 -   EXHIBITS TO THE PROPOSED DECLARATION OF GREG SCOTT (ECF 99-6) AND PROPOSED DECLARATION OF JUSTIN STEVENS (ECF 99-8)

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

## CERTIFICATE OF SERVICE

I certify that on February  17, 2026, I served the foregoing EXHIBITS TO THE PROPOSED DECLARATION OF GREG SCOTT (ECF 99-6) AND PROPOSED DECLARATION OF JUSTIN STEVENS (ECF 99-8) upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Olivia Camille Ashe<br>Alexander Tinker<br>Daniel H. Skerritt<br>Tonkon Torp LLP<br>1300 SW 5th Ave; Suite 2400<br>Portland, OR 97201<br>  *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Zachary K. Pangares<br>Singleton Schreiber, LLP<br>1050 SW 6th Avenue<br>Suite 1100<br>Portland, OR 97204<br>  *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Jessica Ashlee Albies<br>Albies & Stark LLC<br>1500 SW 1st Ave, Ste 1000<br>Portland, OR 97201<br>  *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Kimberly Sue Hutchison<br>Liam Barrett<br>Marrinan Taylor<br>Singleton Schreiber, LLP<br>591 Camino DE LA Reina<br>Suite 1025<br>San Diego, CA 92108<br>  *Pro Hac Vice for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

Page 1 -   CERTIFICATE OF SERVICE
SK5/j3b/1012924205

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| Marissa Benavides<br>Matthew Borden<br>BraunHagey & Borden LLP<br>200 Madison Avenue<br>Ste 3rd Floor<br>New York, NY 10016<br>    *Pro Hac Vice for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Hadley Rood<br>BraunHagey & Borden LLP<br>747 Front Street<br>Ste 4th Floor<br>San Francisco, CA 94111<br>    *Pro Hac Vice for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Kelly K. Simon<br>Eri Andriola<br>ACLU Foundation of Oregon, Inc.<br>P.O. Box 40585<br>Portland, OR 97240<br>    *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Jane L. Moisan<br>People's Law Project<br>1500 SW First Avenue<br>Suite 1000<br>Portland, OR 97201<br>    *Of Attorneys for Plaintiffs* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| John Bailey<br>U.S. DOJ - Civil Division<br>950 Pennsylvania Ave NW, STE 3618<br>Washington, DC, 20530<br>    *Of Attorney for Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| Andrew Warden<br>Brad P. Rosenberg<br>United States Department of Justice<br>1100 L St. NW, Ste. 7301<br>Washington, DC 20005<br>    *Of Attorney for Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

Page 2 -   CERTIFICATE OF SERVICE
SK5/j3b/1012924205

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

| | |
|---|---|
| Caroline Kincaid Turco<br>Denis M. Vannier<br>Elizabeth C. Wopodard<br>Naomi Sheffield<br>Portland Office of City Attorney<br>1221 SW 4th Ave, Room 430<br>Portland, OR 97204<br>    *Amicus for City of Portland* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

    *s/ Scott Kennedy*
SCOTT KENNEDY #260337
JACOB REISBERG #202247
SAMUEL KUBERNICK #045562
LEANNE HARTMANN #257503
Senior Assistant Attorneys General
DEREK OLSON #225504
Assistant Attorney General
Trial Attorneys
Tel 971-673-1880
Fax 971-673-5000
Scott.Kennedy@doj.oregon.gov
Jacob.Reisberg@doj.oregon.gov
Samuel.A.Kubernick@doj.oregon.gov
Leanne.Hartmann@doj.oregon.gov
Derek.Olson@doj.oregon.gov
Of Attorneys for State of Oregon

Page 3 -   CERTIFICATE OF SERVICE
    SK5/j3b/1012924205

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

