**Kelly Simon,** OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Suite 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L. Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 S.W. First Avenue, Suite 1000
Portland, OR 97201
Facsimile: 971.258.1292

**Matthew Borden** (*Pro hac vice*)
borden@braunhagey.com
**Hadley Rood** (*Pro hac vice*)
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides** (*Pro hac vice*)
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchinson** (*Pro hac vice*)
khutchison@singletonschreiber.com
**Liam Barrett** (*Pro hac vice*)

Page 1 – DECLARTION OF HUGO RIOS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY

PEOPLE'S LAW PROJECT
1500 SW First Avenue, Ste. 1000
Portland, OR 97201
Tel: (971) 258-1292
jane@pdxplp.com

Doc ID: 9378af54fcb757132cc025d48085c8ba36cb50cf

lbarrett@singletonschreiber.com
**Taylor Marrinan** (*Pro hac vice*)
tmarrinan@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Of Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF HUGO RIOS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY** |

Page 2 – DECLARTION OF HUGO RIOS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY

PEOPLE'S LAW PROJECT
1500 SW First Avenue, Ste. 1000
Portland, OR 97201
Tel: (971) 258-1292
jane@pdxplp.com

Doc ID: 9378af54fcb757132cc025d48085c8ba36cb50cf

I, Hugo Rios, declare as follows:

1. I am a Plaintiff in this matter. I make this declaration based on personal knowledge.

2. I have been diagnosed with Autism Spectrum Disorder which substantially limits my ability to regulate my nervous system, process information, and function in high-stimulus environments.

3. Courtroom environments present significant sensory challenges for me, including lighting, noise, proximity to others, and interruptions. These factors are highly likely to cause me to become overwhelmed and dysregulated. When this occurs, I may lose track of what is being said, have difficulty processing questions, and struggle to communicate effectively.

4. If overstimulated, I can become visibly jittery and may experience seizure-like symptoms, become nonverbal, or shut down to the point that I am unable to understand or process information. These reactions are commonly referred to as dysregulation, stimming, or meltdown.

5. When I am able to focus on a camera or screen, I can better manage sensory input and remain regulated. For example, while photographing and recording events in chaotic environments, concentrating on the screen allows me to function despite surrounding stressors.

6. Appearing remotely from a controlled environment would significantly reduce sensory overload, and allow me to think clearly, respond accurately to questions, and provide complete testimony.

7. I use tools such as fidget spinners, stress balls, and stuffed objects to help regulate

Page 3 – DECLARTION OF HUGO RIOS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY

PEOPLE'S LAW PROJECT
1500 SW First Avenue, Ste. 1000
Portland, OR 97201
Tel: (971) 258-1292
jane@pdxplp.com

Doc ID: 9378af54fcb757132cc025d48085c8ba36cb50cf

my nervous system. I anticipate requiring these during my testimony and hope it may be less distracting for me to do so if my testimony is remote.

8. I agree to appear by live two-way video at my attorney's office and to comply with any conditions imposed by the Court, including to remain continuously on camera and visible throughout the proceedings. I verify that I will remain alone in the room and not communicate with anyone off-camera, either in person or via technology, during the proceedings.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed on February 21st, 2026.

_____
PLAINTIFF HUGO RIOS

Page 4 – DECLARTION OF HUGO RIOS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAR REMOTELY

PEOPLE'S LAW PROJECT
1500 SW First Avenue, Ste. 1000
Portland, OR 97201
Tel: (971) 258-1292
jane@pdxplp.com

Doc ID: 9378af54fcb757132cc025d48085c8ba36cb50cf

**Dropbox** Sign                                                                                   Audit trail

| | |
|---|---|
| **Title** | 2026.02.21 Decl Rios ISO Mtn to Appear Remotely.pdf |
| **File name** | 2026.02.21%20Decl...ar%20Remotely.pdf |
| **Document ID** | 9378af54fcb757132cc025d48085c8ba36cb50cf |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | • Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| **SENT** | **02 / 21 / 2026**<br>16:59:19 UTC | Sent for signature to Hugo Rios (me@iamrio.com) by services@clio.com acting on behalf of peopleslawproject@gmail.com<br>IP: 24.20.55.166 |
| **VIEWED** | **02 / 21 / 2026**<br>20:19:09 UTC | Viewed by Hugo Rios (me@iamrio.com)<br>IP: 24.21.152.159 |
| **SIGNED** | **02 / 23 / 2026**<br>20:35:06 UTC | Signed by Hugo Rios (me@iamrio.com)<br>IP: 24.21.152.159 |
| **COMPLETED** | **02 / 23 / 2026**<br>20:35:06 UTC | The document has been completed. |

Powered by **Dropbox** Sign