Exhibit 1

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF KATHLEEN MINDE

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

|  |  |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>     Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF KATHLEEN MINDE** |

I, Kathleen Minde hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. I have been a registered nurse for 38 years.

3. On January 31, 2026, I participated in the Labor Against ICE rally and march. I learned about the protest from my son, who was attending with his girlfriend and her family, as her mother is a teacher in one of the participating unions. I decided to join them because my husband and all my in-laws have green cards. They are legally authorized to be in the United

States, but I live with the fear that they could be subjected to the inhumane and unjust

enforcement actions currently being undertaken by ICE, including detention and deportation

based solely on their immigration status.

4.      I arrived at Elizabeth Caruthers Park on January 31, 2026, at about 3:10 PM. The

rally had already begun. There were people giving testimonials and sharing their stories. There

were teachers, children, elderly, and many union members present. Everyone was in such a great

mood and showing respect for one another. After the rally, the march began, which followed a

planned route from Elizabeth Caruthers Park to the Macadam Immigration and Customs

Enforcement/Department of Homeland Security facility ("the Facility") at the intersection of

Southeast Moody Avenue and Bancroft Street and continued east on Bancroft Street, away from

the facility. The Portland Police Bureau blocked off the streets we were marching on, as the

march was planned and coordinated with local law enforcement authorities.

5.      I reached the Facility at approximately 4:18 PM. I was filming the march from the

bike path at the intersection of S. Moody Avenue and S. Bancroft Street, which is about twenty

(20) feet east of the Facility's property line. The march was still going on, but I stopped for a bit

to watch everything because it was so crowded. I saw two ICE officers in full uniform standing

on the roof of the Facility and one ICE officer in full uniform standing behind the fence of the

ICE facility.

6.      At about 4:34 PM I was texting my son when I heard a loud bang. I looked up and

saw four (4) or five (5) ICE agents in full uniform with their canister blasters standing right in

front of the Facility. Without any warning, they fired two shots into the intersection where

people were standing. They then proceeded to shoot more cannisters into the crowd. At first, I

thought they were smoke bombs. A few moments later, a flash bang landed about two (2) feet

away from me. I immediately tried to leave the area. By the time I had crossed S. Bancroft Street

I began to taste something peppery in my mouth and my eyes were watering. Someone handed

me a water bottle to help with my watering eyes. Shortly after, the tear gas hit my lungs. My

lungs felt like they were scorching. I tried harder to breathe and to get more air in, but it was

PAGE 4 – DECLARATION OF KATHLEEN MINDE

only bringing more of the chemicals into my lungs, which made the pain worse.

7.     People, including children, were frantically running. When I got around the corner of S. Bancroft Street and was heading north on Moody Avenue, I noticed several elderly people with walkers who had also been impacted by the munitions that the federal agents deployed on the crowd. I assisted a woman who was trying to open a door to a building lobby. I went into the lobby with her and saw many more elderly people and children inside coughing. More people started trying to enter the lobby, so I left to allow more elderly people to get inside. I went on to Moody Avenue and began heading North. I called my son to try to find a place to meet him. He said that he was helping people impacted by the munitions federal agents deployed on the crowd and would meet me at the Little Big Burger on Moody Avenue. I got to the Little Big Burger before my son, so I waited there until he arrived. When he arrived, I learned that his girlfriend's family were also gassed by federal agents while marching outside of the ICE Facility. We then left the Little Big Burger and headed towards my car, which was parked on the other side of the river.

8.     The gas that I inhaled after it was deployed by the federal agents made it feel like I was breathing in fire for about forty-five (45) minutes. The burning sensation in my lungs and watery eyes did not improve until I had been out of the area where gas was deployed for about thirty (30) minutes. Later, after I returned home, I felt like I was in a daze and did not remember driving home. I felt jumpy the rest of the night.

9.     Prior to the tear gas being deployed, I did not see anybody doing anything that could be misinterpreted as threatening or that would justify a violent response. I saw a few people standing past the blue property line on the driveway, but nobody was doing anything that warranted the aggressive, unhinged, and un-called for actions of the ICE agents. The ICE agents did not even shoot into the driveway; instead, they shot into the crowd of people (who were not trespassing) without warning to leave the area.

10.    This experience has made me significantly more distrustful of ICE. I assumed, because this was a planned protest and our marching route had been approved by the Portland

PAGE 5 – DECLARATION OF KATHLEEN MINDE

Police Bureau, that we were in a safe place. I will never assume that again. I would attend another ICE protest, but I will be much more prepared and aware of what is going on, even though I should not have to be.

11.     Attached hereto as Exhibit A is a true and accurate copy of a video that I took on January 31, 2026, showing protestors during the rally at Elizabeth Caruthers Park.

12.     Attached hereto as Exhibit B is a true and accurate copy of a video that I took on January 31, 2026, showing several ICE agents wearing gas masks and facing away from the ICE facility shooting tear gas into the crowd of protestors at the intersection of the ICE facility.

13.     Attached hereto as Exhibit C is a true and accurate copy of a video that I took on January 31, 2026, showing protestors marching outside the ICE facility right before tear gas was deployed.

14.     Attached hereto as Exhibit D is a true and accurate copy of a photo that I took on January 31, 2026, showing protestors at Elizabeth Caruthers Park during the rally.

15.     Attached hereto as Exhibit E is a true and accurate copy of a photo that I took on January 31, 2026, showing protestors at Elizabeth Caruthers Park during the rally.

16.     Attached hereto as Exhibit F is a true and accurate copy of a photo that I took on January 31, 2026, showing ICE agents deploying tear gas at the crowd at the intersection of S. Moody Avenue and S. Bancroft Street.

17.     Attached hereto as Exhibit G is a true and accurate copy of a photo that I took on January 31, 2026, showing a cloud of tear gas drifting towards protestors at the intersection of S. Moody Avenue and S. Bancroft Street.

18.     Attached hereto as Exhibit H is a true and accurate copy of a photo that I took on January 31, 2026, showing a cloud of tear gas drifting towards protestors at the intersection of S. Moody Avenue and S. Bancroft Street.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

PAGE 6 – DECLARATION OF KATHLEEN MINDE

DATED:   02/20/2026

_Kathleen Minde_

KATHLEEN MINDE

# EXHIBIT A

https://singletonschreiber.filev.io/r/s/29168xemAzAElRJ51TJQ2FKCO4JPGh
hnhi3071RWIllQlQgul2MlXM0O

# EXHIBIT B

https://singletonschreiber.filev.io/r/s/2916bke43cVz2De1mquSuybedUFGCkD
AcK6teizkrkzdrKIUGmt4cmf3

# EXHIBIT C

https://singletonschreiber.filev.io/r/s/2916dPXLObd2ypyBEVHQwPIwFVqrE
MFmhZGd1GdsxehNeX8IJtaTuR91

# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



# EXHIBIT G



# EXHIBIT H

