# Exhibit 2

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF TERESA ROQUE

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 –  DECLARATION OF TERESA ROQUE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF TERESA ROQUE** |

I, Teresa Roque, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Aloha, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. I am a teacher and I studied sociology. My grandfather was from Mexico, so I am second generation. I work with and for students from all different backgrounds and I have seen how students are being impacted by the atmosphere of terror that ICE is creating. I joined the demonstration alongside the Beaverton Union Education Association.

3. I attended the protest on January 31, 2026, in Portland. We started at Elizabeth

PAGE 3 – DECLARATION OF TERESA ROQUE

Caruthers Park on 3508 South Moody Avenue around 3:00 PM. We were listening to people speak there for about 45 minutes. Around 5:00 PM we started to walk toward the ICE building. I was on the corner of Moody when I noticed an ICE agent on top of the building in uniform.

4. Everyone was protesting peacefully. Prior to the demonstration our group even discussed our intentions of remaining nonconfrontational. No one was violent. There were elderly people, kids, people in wheelchairs, and pets among the protesters. I noticed that between four (4) to ten (10) people stepped over a blue line. I heard something come over a speaker from the facility, but it was completely inaudible and I could not understand what was said. The second I saw the facility gate move I started walking back. There were over a thousand people and many of them also began walking away so I could not move very fast. I was walking past the corner toward the park, and I started hearing what sounded like munitions being fired and going off.

5. Suddenly, smoke hit me and I was instantly gasping for air. The smoke also burned my eyes for several minutes. I have asthma and I lost the ability to breathe. It felt like I was drowning. I was terrified and I could not run because I could not breathe. I thought I was going to die. Two women came out and helped me into a garage. There, I was able to breathe again but not very well. I hid in a stairway, and someone gave me water and an inhaler. There were other people in the garage on the floor with their inhalers trying to breathe. I waited about ten (10) to fifteen (15) minutes but still could not go out because the air was still thick with smoke. I was afraid that if the smoke hit me again that I would die from not being able to breathe. Eventually, a man let me out a different direction, through the lobby, away from the smoke. I was upset because I thought this is what it must have felt like when people are gassed to death.

6. Ever since my exposure to the smoke on January 31, my eyes have been watering a lot. I sought medical help because I am still dealing with the impacts of the smoke. The medical professionals told me that they thought that I experienced a severe asthma attack from my esophagus or bronchial tube closing because of my exposure to the smoke. I have had asthma

PAGE 4 – DECLARATION OF TERESA ROQUE

attacks before, but what I experienced on January 31 was much more severe than the asthma attacks I have experienced before. The medical professionals prescribed me steroid medication and I now have to utilize a preventative inhaler. My ability to control my asthma is still not back to normal, and when I suffer from asthma it greatly impacts my life. My immune system is now weaker, and I am still not breathing like I was before. Following my exposure to the smoke, I had to take half of day off work and have been limited in what I can do at work and after work. I had to tell my students I could not speak very well. For two weeks I did not volunteer at the food bank, and when I finally did, I was exhausted. I have not been able to yell since I was gassed because I cannot produce enough air.

7. I feel like I cannot ever attend another protest. It was clearly dangerous and traumatic for me. If I was to get gassed again, I do not know what would happen. I have walked and protested before but I have never had munitions deployed on me before. I am afraid it will happen again. It felt like the federal agents did not care about me or anyone else.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 23, 2026.

*Teresa Roque*
_____
TERESA ROQUE

PAGE 5 –   DECLARATION OF TERESA ROQUE