Exhibit 3

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**

PAGE 1 – DECLARATION OF ANNA EDELMANN

khutchison@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

|  |  |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>                    Plaintiffs,<br><br>          v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>                    Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF ANNA EDELMANN** |

I, Anna Edelmann, hereby declare under penalty of perjury as follows:

1.      I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.      I currently work in project management for healthcare research.

3.      My first time protesting at the ICE building was in October 2025. Since then, I have protested at the ICE building about five times. I have witnessed federal agents tackle protesters to the ground and drag multiple protesters into the ICE building to arrest them. I have witnessed federal agents using force on protesters, for example, on October 12, 2025, during the Portland Emergency Naked Bike Ride where I saw pepper balls and tear gas being deployed on

protesters at the ICE building. The smoke from both pepper balls and tear gas got in my system that day. I am deeply concerned about how ICE is violently violating people's constitutional rights.

4.      On January 31, 2026, I participated in the Labor Against ICE rally to support labor organizers, unions, and exercise my First Amendment right to speak out against the constitutional violations by ICE and other federal officers.

5.      I arrived at Elizabeth Caruthers Park at around 3 pm when the rally started. There was a large crowd of a few thousand people including families, elderly people, and young kids. The energy was very positive and communal.

6.      Once the rally program was done, the crowd started marching towards the ICE building. As we were walking, I saw a family with a baby in a stroller and a little girl being held by their caregiver. We arrived at the ICE building at around 4:30pm. Some people were standing in the driveway, and many people were on the street peacefully holding signs.

7.      An announcement came out over a loudspeaker that was difficult to hear or understand, but it said something about moving onto the sidewalk, so I moved on to the sidewalk connected to the driveway behind the blue "Do Not Cross" line. Before I knew it, a line of federal agents dressed in black uniforms and riot gear walked out of the driveway gate and started rolling tear gas canisters, using flash bangs and other munitions on the protesters. I heard someone shout, "There are children in the crowd!" I repeated this message as loudly as possible. I did not witness anything from the crowd that could be interpreted as showing any intent to harm any federal agents or damage any property.

8.      The tear gas got in my eyes quickly, and it was very disorienting. I started to move back from the ICE building and crossed the street towards S Moody Ave. I did not realize until later that I had also been hit with pepper balls when federal agents walked out of the gate.

9.      Once I got away from the ICE building, I sat down on a curb and received help from a medic. I was coughing and had a hard time breathing. The medic led me to an underground parking garage where other people were being helped and I rinsed my eyes. I

PAGE 4 – DECLARATION OF ANNA EDELMANN

noticed that my clothes, backpack, and shoes were all covered in pepper powder. The air in the parking garage was heavy with tear gas too. I sat there for a few minutes then made my way back outside.

10.     I stood on the street between S Lowell St. and S Bond Ave. and watched as many other people walked away from the ICE building with red eyes and tears. I saw a child about 8 or 9 years old who looked like she was in shock. I saw a couple of elderly people nearby, whose eyes were being rinsed out. I heard one woman yell out that the tear gas used on the crowd seemed worse than the usual tear gas used by federal agents.  An elderly man asked if anyone had an inhaler and somebody handed one to him.

11.     I continued to catch my own breath and see if I could help anyone around me before I walked back towards the park to go home.

12.     When I arrived home, I made sure my kid knew they couldn't run up and give me a hug. I left my backpack outside of the house and went straight to the bathroom careful to not spread any pepper powder and tear gas at home. When I prepared to shower, I noticed the impact sites of the pepper balls on my body. I had 10 welts total. I had been struck all over my body including on my left calf, left upper thigh, the right side at my waistline, on my back on the right side near my shoulder blade, and on the back of my right upper arm. The welt on my upper left thigh was extremely tender and burned painfully under the water in the shower.

13.     The next day, my whole body was beginning to feel sore and the welts on my body started to swell and bruise. My chest was sore and tight. I felt fatigued and my nasal cavity was still burning.

14.     On February 2, 2026, I visited urgent care to get the sharp pain in my back and the area near my ribs where I was hit at least four times checked. My x-rays came back clear, but the doctor said that I may have a possible hairline fracture.

15.     I returned to the ICE building on February 4, 2026, but did not stay too long. I intend to go back to the ICE building and protest but will make sure to bring a gas mask.

16. Attached hereto as **Exhibit A** is a true and accurate copy of a photograph of the

PAGE 5 – DECLARATION OF ANNA EDELMANN

bruising on my back.

17. Attached hereto as **Exhibit B** is a true and accurate copy of a photograph of the bruising on my left thigh.

18. Attached hereto as **Exhibit C** is a true and accurate copy of a photograph of the bruising on the right side of my waistline.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:  February 12, 2026.

*Anna Edelmann*

ANNA EDELMANN

# **<u>Exhibit A</u>**



# **<u>Exhibit B</u>**



# **Exhibit C**

