# Exhibit 4

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF CASEY BAKER

**Taylor Marrinan**
tmarrinan@singletonschreiber.com
**Liam Barrett**
lbarrett@singletonschreiber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 – DECLARATION OF CASEY BAKER

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>　　　　　　Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF CASEY BAKER** |

I, Casey Baker, hereby declare under penalty of perjury as follows:

1.　I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.　I am a teacher at Reynolds High School and a member of the Reynolds Education Association.

3.　On January 31, 2026, I participated in the Labor Against ICE rally with the Reynolds Education Association, the union of which I am a member. As a teacher, I have students who have been directly impacted by ICE raids and participated in the protest to support

PAGE 3 – DECLARATION OF CASEY BAKER

my students and my union.

4. I arrived at Elizabeth Caruthers Park and joined the group of Reynolds Education Association protestors near the front of the marching line. There were a few thousand people present, including 30 unions. I completed the planned march to the outside of the Macadam Immigration and Customs Enforcement/Department of Homeland Security facility ("the facility") and returned to Elizabeth Caruthers Park. My wife and I decided to rejoin the crowd and complete the march a second time.

5. At approximately 4:30 P.M. I was about a block away from the facility when I noticed a cloud drifting from the facility towards me and the other protestors marching. I was too far away from the facility to see what was going on, apart from the cloud of tear gas that was drifting towards us. I saw many people, including myself, starting to have difficulty breathing and seeing, and developing running noses. I also saw several small children who had been badly affected by the tear gas. I used the water bottle that I had brought with me to try to help people flush the tear gas out of their eyes. My water bottle was the only resource I had with me to help those who had been affected by the tear gas because this protest was planned, the route was approved by local authorities, and no one anticipated any violence or use of force.

6. After trying to assist others, my coughing started to get significantly worse. I walked back to where my union was gathering post-march and let everyone know what was going on. My cough was making it extremely difficult for me to breathe, so I took public transportation to my car and went home.

7. Prior to the tear gas being deployed, I, and everyone I could see, had been marching nonviolently and was not posing any threat to persons or property. Since arriving at the protest, I had not said anything or made any physical movements that could be misinterpreted as showing an intent to harm or damage any property. Nor did I see anyone else doing anything to justify a violent attack. Everyone I saw conducted themselves in a non-threatening manner.

8. I was four weeks out of recovery from walking pneumonia and was about 90% better when I attended the protest. However, the tear gas exposure has set my recovery back

PAGE 4 – DECLARATION OF CASEY BAKER

significantly. During the incident I was coughing to the point where I was having significant difficulty breathing. The day following the incident, my cough was so severe that it caused me to throw up several times. I had to go to urgent care the following Monday, February 2, 2026, as my symptoms were not improving. The doctor determined that the tear gas had re-irritated the infected area of my lungs. I was put on a steroid inhaler to ease some of the inflammation in my lungs and given cough medicine to help me sleep at night.

9.      I still plan to participate in future protests. However, I will be unable to attend any further demonstrations until my lungs have fully recovered, as I can no longer trust that even the most peaceful protests will be free from the risk of tear gas exposure.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:    02/18/2026

*Casey Baker*
_____
CASEY BAKER

PAGE 5 – DECLARATION OF CASEY BAKER