# Exhibit 5

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**

PAGE 1 – DECLARATION OF HEATHER HELLMAN

khutchison@singletonschreiber.com
**Taylor Marrinan**
tmarrinan@singletonschreiber.com
**Liam Barrett**
lbarrett@singletonschrieber.com
SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

PAGE 2 –  DECLARATION OF HEATHER HELLMAN

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF HEATHER HELLMAN** |

I, Heather Hellman hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Washington County, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. I am a pastor for the Multnomah Presbyterian Church in Southwest Portland.

3. I have attended several protests at the Macadams Ave. Portland ICE Building. I began attending sporadically in October or November 2025, and began going weekly in January 2026. Between October 2025 and January, 2026, I also attended weekly in the morning to assist legal observers who were themselves assisting individuals attending immigration appointments. I had to stop assisting legal observers because a right-wing activist, Brandon

PAGE 3 – DECLARATION OF HEATHER HELLMAN

Guyer, began harassing me. He posted a video accusing me of doxxing ICE agents and later drove by the facility waving at me. For the safety of legal observers and myself, I stopped attending in the mornings after that.

4. I attend protests there most Fridays and Saturdays to perform night chaplainry. I seek to be a pastoral presence of care, looking to provide comfort to individuals processing what they witness. I also occasionally lead protest-centered worship services at the building.

5. I have witnessed federal agents use tear gas and flash bang grenades during two protests.

6. On January 24, 2026, I arrived at a protest at the Portland ICE Building at around 6:00 P.M. with water and snacks for protesters. As we arrived, chemical munitions and flash bangs began going off. Agents continued to set off munitions throughout the night, even when no one was on federal property. At one point, agents came out of the side gate to shoot munitions. I was standing across the street at the Gray's Landing Apartments, and munitions were shot so far that they were landing near me.

7. When I left at around 9:30 P.M., agents were still shooting munitions. The tear gas caused me significant respiratory issues, which forced me to seek medical care. The harm was bad enough that I was prescribed a steroid inhaler.

8. I attended another protest on January 31, 2026. I was there as part of an interfaith silent solidarity march occurring at the same time as the labor march. At around 4:00 P.M., agents began firing munitions into the crowd. One munition broke a window in an apartment, causing glass to fall on the ground. Even after most of the marchers escaped, agents began firing munitions again.

9. Somewhere between 5:00 and 6:00 P.M., I was standing at the blue line in front of the federal building when agents released a flash bang grenade. A small dumpster had been rolled onto the driveway, but no protesters had crossed the line themselves. The flash bang exploded at my feet and caused concussion symptoms that have persisted since. I realized it was a concussion when, after a week of symptoms, I was unable to deliver a sermon even on

PAGE 4 – DECLARATION OF HEATHER HELLMAN

February 8, 2026. I was forced to seek care via Zoom urgent care, where they told me to avoid screens and rest my brain.

10. As of February 18, 2026, my concussion symptoms are beginning to clear up, though I still suffer light and noise sensitivity, which forced me to wear earplugs during my most recent sermon due to the musical accompaniment.

11. I most recently attended protests at the Portland ICE Building on February 15 and February 18, 2026. To my knowledge agents have not used chemical munitions on protesters since the Court ordered them to stop, though fewer people have attended those protests. The protests have remained peaceful, and I have not observed anyone in any danger.

12. I've spoken to residents of Gray's Landing about their experiences with the government's response to protests at the Portland ICE Building as well. Residents are living in hell. The residual gas is in their ventilation and carpets, they are forced to sleep in gas masks, and are ill and suffering from terrible symptoms. This includes children, elderly, and disabled people living in those apartments.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 19, 2026.

*Heather Hellman*
HEATHER HELLMAN

PAGE 5 – DECLARATION OF HEATHER HELLMAN