# Exhibit 6

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF SETH DENLINGER

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 – DECLARATION OF SETH DENLINGER

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF SETH DENLINGER** |

I, Seth Denlinger, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. I have been a teacher for approximately twenty years. I taught elementary school for about a decade at a Japanese immersion school and currently teach at a public high school in the Career and Technical Education department in a film program.

3. I first attended a protest in or about 2002 or 2003 in Florida, where a friend and I

PAGE 3 – DECLARATION OF SETH DENLINGER

protested the invasion of Iraq. I protested the Iraq War because I believed the invasion was illegitimate, impractical, and harmful to our country.

4. In 2020, I participated in approximately ten Black Lives Matter protests in Portland because I wanted an end to police brutality.

5. In or about 2023, I participated in multiple rallies and demonstrations during my union's strike, which lasted approximately three weeks.

6. I attended the January 31, 2026, demonstration in solidarity with immigrants. I have a diverse family, relatives in Japan who no longer feel safe returning to the United States, close friends who have self-deported, and many students who are immigrants or children of immigrants. I also have colleagues and students who are afraid of losing their communities.

7. On January 31, 2026, I attended the rally with a friend at Elizabeth Caruthers Park. We traveled there by bicycle and arrived at approximately 3:00 p.m.

8. There was a large coalition of cyclists present, possibly around one thousand, showing solidarity following the death of Alex Peretti.

9. I estimate that approximately 5,000 people were present. The crowd included union members wearing union shirts, families, children, older individuals, and cyclists.

10. It was a sunny afternoon, and the atmosphere was calm and peaceful. The rally appeared very tame. Speakers addressed the crowd for approximately forty-five minutes to one hour. After the speeches, the crowd marched approximately three to four blocks toward the ICE facility while chanting "ICE Out." The street was narrow, with parked cars on both sides, and movement was slow.

11. When we arrived near the facility, I observed at least one federal agent on the on the roof of the building, and possibly a second. The agent appeared to be wearing a military-style or tactical style clothing and was holding a weapon with what appeared to be a scope. Based on his location, equipment, and appearance, I believed he was an ICE or federal law enforcement agent.

12. We had been at the location for only a few minutes when I heard a loud flash-bang that sounded like an explosion. After the first explosion sound, the crowd began chanting louder.

PAGE 4 – DECLARATION OF SETH DENLINGER

Then I heard approximately two more flash-bang explosions.

13. Smoke quickly began spreading. My eyes started burning, and I realized tear gas had been deployed. Almost instantly, there was a massive wave of tear gas. I could not breathe and began choking.

14. I tried to turn away but another protester's bicycle became tangled in my bicycle pedal. At the same time, I felt a surge of thousands of people pushing backward.

15. The smoke was so thick that I could only see people's shoes and knees.

16. I feared that I would be trampled. I believed that if I did not escape quickly, I could be seriously injured or killed. It took several moments to free the bicycles. Once the pedals were freed, I lifted my bicycle over my head with one arm and covered my face with my coat. This provided minor relief, but I still felt like I was suffocating.

17. I eventually managed to escape the densest part of the crowd after walking for a few blocks.

18. I encountered one of my high school students at the scene. Their family gave me water. I poured water on my face and eyes, not realizing it would spread the tear gas and increase the burning.

19. After several minutes, I reunited with my friend, and we rode our bicycles home full of adrenaline. When I arrived home, I spoke with my neighbor, who had also been present, and I became hysterical from the emotional impact.

20. On January 31, 2026, I was located approximately in the middle of the crowd. Right before the flash bangs and tear gas the crowd was chanting "ICE OUT." I did not observe anyone acting violently, threatening officers, or damaging property. At other protests I have attended, law enforcement typically announces an unlawful assembly and gives people time to disperse. No such announcement was made on January 31, 2026. There was no warning before the flash-bangs and tear gas were deployed. I did not observe any vehicles attempting to enter or exit the facility. Nothing was occurring that could reasonably justify the use of chemical agents or explosive devices.

PAGE 5 – DECLARATION OF SETH DENLINGER

21. During the incident on January 31, 2026, I felt like I was suffocating and might vomit. The situation suddenly changed from a family-friendly rally to an extraordinarily dangerous environment. I remember thinking, "how doe this not kill you?" I was genuinely afraid for my life, I truly did not know when I would be able to breath normally again.

22. It was devastating to see so many people, including children, harmed. I felt that if the agents could have caused more harm, they would have. The use of force was completely unexpected, especially given that it was a permitted march in the middle of the afternoon with families present.

23. Mentally, the experience was traumatic. It made me feel that I no longer had meaningful First Amendment rights. I felt that people in authority were willing to hurt us at any cost to silence our speech. I felt that I was suffocated because of my political expression. Thousands of people were impacted within minutes. The scale of harm was extreme.

24. I know many people who are now afraid to attend protests because of what happened.

25. Some of my coworkers, particularly people of color, will not attend protests because they fear physical harm.

26. The experience felt out-of-body and overwhelming. I did not take any photographs or videos because I was focused entirely on survival.

27. I believe a person of ordinary firmness would be deterred from protesting again after experiencing what I experienced.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 24, 2026.

SETH DENLINGER