# Exhibit 7

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF EVELYN KOCHER

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 –  DECLARATION OF EVELYN KOCHER

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>　　　　　　Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF EVELYN KOCHER** |

　　　　I, Evelyn Kocher hereby declare under penalty of perjury as follows:

　　　　1.　　I am over the age of 18 and a current resident of Beaverton, Oregon. If called to testify, I would and could testify fully and accurately regarding the facts below.

　　　　2.　　I am a board member of the ACLU of Oregon and I am running for office in the City of Beaverton for Position 1 on the Beaverton City Council.

　　　　3.　　I have attended at least a dozen protests in either downtown Portland or Downtown Beaverton.

　　　　4.　　On January 31, 2026, I took the orange line towards downtown to meet friends at around 2:30 PM. I had to wait for the orange line which was delayed because there was an

PAGE 3 –　DECLARATION OF EVELYN KOCHER

ongoing memorial protest at the time for Alex Pretti. After exiting the orange line, I stopped at Elizabeth Caruthers Park and I ran into state senator Kahnh Pham, and state representative Lamar Wise at the protest.

5. I was at the park for probably an hour. I also saw "Tommy Boy", a prominent right-wing speaker walking around the park, and speaking on a megaphone. I saw people following Tommy Boy around and yelling things at him because he was yelling things such as "God bless ICE".

My friends and I then started marching down Moody Avenue South Bound as the march was heading to turn on to Bancroft. When I was within a mile radius from the ICE facility, at the intersection of Bond Ave and Lowell St I started seeing ICE agents get on top of the ICE building with full tactical gear. There was a tent already set up on the roof of the building. I only saw three ICE officers, two on the roof, and one on the awning of the ICE facility.

6. The crowd started chanting "shame." I was too far from the facility to see anything too clearly, but the protest seemed to have been generally peaceful and there were many seniors, people in wheelchairs, families, children, and dogs in attendance. I have been to more contentious protests, like the George Floyd protests. This protest, however, before the tear gassing, seemed more like an average no Kings Protest, which is generally calmer.

7. I have a gas mask and gear to be prepared for more contentious protests, but I didn't bring them with me to this protest because I didn't expect there to be any use of force here. While there, I did not see any violence to justify any violent response.

8. First, I started to see people using their clothes to cover their faces, (eyes, nose, and mouth) and they turned away from the direction of the building. I then saw the plumes of gas coming in, but it took a minute to reach me. Once the plume did reach me, I could barely open my eyes, and I wanted to get to a clear, gas free area to rinse my eyes out. The pain made it hard to see, open my eyes, or even breathe correctly even though I was wearing a N-95 mask.

9. Once I got a block away, I ducked over to the left of a building on South Moody and South Abernethy because the building would have provided some protection from the tear

PAGE 4 – DECLARATION OF EVELYN KOCHER

gas. There I was handed a water bottle and rinsed my eyes out and took out both of my contact lenses. I stayed there, at the building, for about 5 minutes. Then, when I was walking back towards the park, a lot of people kindly asked if I was ok and asked if I wanted help.

10. Attached hereto as Exhibit A is a true and accurate copy of photos of incidents.

11. Attached hereto as Exhibit B is a true and accurate copy of photos of incidents.

12. Attached hereto as Exhibit C is a true and accurate copy of photos of incidents.

13. Attached hereto as Exhibit D is a true and accurate copy of photos of incidents.

14. Attached hereto as Exhibit E is a true and accurate copy of photos of incidents.

15. Attached hereto as Exhibit F is a true and accurate copy of videos of incidents.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: February 19, 2026.

*Evelyn Kocher*     02/19/2026
EVELYN KOCHER

PAGE 5 – DECLARATION OF EVELYN KOCHER

# **EXHIBIT A**



PAGE 7 – DECLARATION OF EVELYN KOCHER

# **<u>EXHIBIT B</u>**



PAGE 9 – DECLARATION OF EVELYN KOCHER

# **EXHIBIT C**

PAGE 10 –   DECLARATION OF EVELYN KOCHER



PAGE 11 –   DECLARATION OF EVELYN KOCHER

# **EXHIBIT D**



PAGE 13 –   DECLARATION OF EVELYN KOCHER

# **EXHIBIT E**

PAGE 14 –   DECLARATION OF EVELYN KOCHER



PAGE 15 –   DECLARATION OF EVELYN KOCHER

# **EXHIBIT F**

https://singletonschreiber.filev.io/r/s/28f2c4p6n7AnMXBFUgqHjPgLj7ujvwUxL0gjmqQVWGmGUQY5qSi5Hcsu