# Exhibit 18

**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF TERESSA BARSOTTI

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

PAGE 2 –  DECLARATION OF TERESSA BARSOTTI

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF TERESSA BARSOTTI** |

I, Teressa Barsotti, hereby declare under penalty of perjury as follows:

1. I am over the age of 18 and a current resident of Portland, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2. I am currently a stay-at-home parent and homeschool one of my children.

3. On January 31, 2026, I participated in the Labor Against ICE rally and march with my daughter. I decided to join the protest because I am a big supporter of unions and my dad and brother are union members. I participated in this protest to stand in solidarity with both workers who are citizens and workers who are not citizens. I believe that all working people

PAGE 3 – DECLARATION OF TERESSA BARSOTTI

should be on the same side and look out for one another, rather than be pitted against each other. I brought my daughter with me because, as a parent, I believe it is my duty to educate my children about what is going on in the world and to raise them to be upstanding citizens.

4. My daughter and I took the bus to Elizabeth Caruthers Park on January 31, 2026, and arrived at about 3:00 PM, which was when the rally began. During the rally we were moving around trying to hear the speeches better, read everyone's signs, and soak everything in. After stopping in a convenience store to get a snack and bottle of water for my daughter, I heard a loud recording playing whistling and screaming sounds and saw a group of people who appeared to be counter protestors marching down the street yelling things like, "I love ICE" and, "I love the president." However, this group quickly dissipated, and I did not see any conflict break out.

5. By 4:30 PM we were marching down S Moody Avenue away from Elizabeth Caruthers Park and towards the Macadam Immigration and Customs Enforcement/Department of Homeland Security Facility ("the Facility"). We were in a crowd of thousands, including many elderly people and young children. Everyone was acting very normally, and I did not see any sort of violent activity. At approximately 4:33 PM when we were at the corner of S Moody Avenue and S Abernethy Street, I wrote a text to my dad because I had recently found out that he was also participating in the protest. While I was writing the text, I heard several loud bangs. I looked up and saw smoke about a block past us in the direction of the Facility. My dad had texted me that he was on S Lowell Street and S Moody Avenue and asked if we had also heard the loud bangs. I had no idea what the loud bangs were or that the smoke drifting towards us was tear gas, so I did not think we were standing in an unsafe area. Other protestors standing around me were also confused by the loud bangs and the smoke. Nobody immediately started running away, which was part of the reason why I did not realize it was unsafe where we were. I could not see the Facility from where we were standing, and I did not see any ICE officers.

6. Before we figured out what was going on, my daughter started to smell the smoke, and her eyes began to burn. We ran towards S Bond Avenue and stopped in what looked like the courtyard of an apartment building in between S Moody Avenue and S Bond Avenue. I

PAGE 4 – DECLARATION OF TERESSA BARSOTTI

used a water bottle that I had bought earlier to rinse out my daughters' eyes. We then stopped at S Bond Avenue because the air felt clear. Other protesters in the area around us continued to look out for one another. Several people offered us water to rinse our eyes. I checked my phone and found my dad. We decided to leave and walked to his car.

7. My daughter, my dad, and I all have asthma. I briefly felt pain in my lungs after inhaling the tear gas. For about two days after the protest, the lymph nodes in my neck were swollen and I had headaches, which felt similar to inhaling smoke from wildfires or when I have been around campfires for a prolonged period. My eyes felt irritated and dry. I had to get eyedrops. My dad also felt pain in his lungs and used his inhaler when he got home.

8. After my experience, I will not stop protesting, but I will not return to protest at the Facility because I do not trust the federal agents there. We were engaged in a peaceful, constitutionally protected activity, yet the federal agents treated us as enemies and exposed us to harm. As someone who is not naturally a risk-taker and is responsible for two children, the fear of being tear-gassed or otherwise harmed, despite doing nothing wrong, has made me unwilling to return to the Facility. At the same time, while this experience has changed where I am willing to show up, it will not stop me from speaking out. This experience was also very educational for me. I was interviewed for a local news article about my experience at the protest and many of the comments were very hostile. That reaction underscored how quickly people rationalize harm against protestors and how much animosity exists toward those who speak out. If anything, that realization has reinforced for me how important it is that we continue to speak up.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED: 02/24/2026

*Teressa Barsotti*
TERESSA BARSOTTI

PAGE 5 – DECLARATION OF TERESSA BARSOTTI