BRETT A. SHUMATE
Assistant Attorney General
ERIC HAMILTON
Deputy Assistant Attorney General
JOHN BAILEY
Counsel to the Assistant Attorney General
ANDREW I. WARDEN
Assistant Director
BRAD P. ROSENBERG
Special Counsel
U.S. Department of Justice, Civil Division
1100 L Street NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
E-mail: Andrew.Warden@usdoj.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.*,<br><br>　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　*Defendants*. | Case No. 3:25-cv-2170-SI<br><br>**NOTICE OF FILING OF PUBLIC VERSIONS OF SEALED EXHIBITS TO DECLARATION OF TIMOTHY SULLIVAN** |

   Defendants hereby submit public versions of the sealed exhibits attached to the declaration of Timothy Sullivan filed in support of Defendants' opposition to Plaintiffs' motion for preliminary injunction.

Dated: March 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

*s/ Andrew I. Warden*
ANDREW I. WARDEN (IN #2340-49)
Assistant Director
Civil Division, Federal Programs Branch
BRAD P. ROSENBERG
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 616-5084
Andrew.Warden@usdoj.gov

*Attorneys for Defendants*