Exhibit A




U.S. Customs and Border Protection

### Enforcement Action Statistical Analysis and Reporting System (E-STAR)
### Incident Report

**Current Status:** ⋃ Completed ◯ Active ◯ Ready for review ◯ Rejected ◯ Deleted

## INCIDENT INFORMATION

**E-STAR incident ID:** ███████████ #25695
**Title:** Operation Restoring Law & Order: Portland-Use of LLSI-CM and Assault
**Shift start date/time:** 10/04/2025 11:00
**Shift end date/time:** 10/05/2025 01:00
**Type:** S Assault against CBP personnel S Reportable use of force ❑ FTY/Vehicle pursuit by a CBP employee
❑ Unintentional firearm discharge ❑ Intentional firearm discharge
**Was this a mass encounter incident?** ⋃ Yes ◯ No
    **CBP Reporting Organizations:**
      S U.S. Border Patrol Location: U.S. Border Patrol / Special Operations Group
      ❑ Air and Marine Operations
      S Office of Field Operations Location: Office of Field Operations
    **Did this incident occur within the confines of a port of entry?** ◯ Yes ⋃ No
**Created by:** ##############
**Last updated by:** #############
**Reviewer:** #############
**Creation date/time:** 10/04/2025 20:36
**Last updated date/time:** 10/09/2025 22:01
**Date reviewed:** 10/09/2025

## RELATED SYSTEMS: 2

**Is there IDVRS footage (Evidence Serial Number) associated with this incident?** ⋃ Yes ◯ No

| IDVRS Evidence Serial Numbers: 2 |
| --- |
| ##### |
| ##### |

| Related system(s): 0 | Related document ID |
| --- | --- |

## INVOLVED ORGANIZATIONS

| Organization/type | Component/agency |
| --- | --- |
| **Reporting organization:** | |
| CBP | USBP |
| CBP | OFO |
| **Other involved organizations:** | |
| CBP | AMO |

**Were additional units/ CBP Components/ external agencies involved?** ⋃ Yes ◯ No

**Dickinson_00001276 Redacted**

## LOCATION/ENVIRONMENTAL CONDITIONS

**Incident location/AOR:** Office of Field Operations / Portland Field Operations
**Country/international waters:** United States of America
**Address:**
    **Street:** 4310 S Macadam Ave
    **City:** Portland   **State:** OREGON   **Zip:** 97239
**Incident coordinates:**
    **Latitude:** ########
    **Longitude:** #########
**Setting:** ◯ Indoors  ◡ Outdoors
    **Outdoor setting:** ◡ On land  ◯ In water (standing or swimming)  ◯ On water (in vessel)  ◯ In the air
**Description of the premises/location:** US Immigration and Customs Enforcement
**Environmental factors:**
    **Weather:** S Dry ☐ Raining ☐ Snowing ☐ Flooding ☐ Windy ☐ Storm ☐ Haze/blowing dust ☐ Fog ☐ Other
    **Illumination:** S Daylight ☐ Dark ☐ Dawn ☐ Dusk ☐ Good lighting ☐ Poor lighting ☐ Night vision aided ☐ Other
    **Estimated temperature (Fahrenheit):** 64

## NOTIFICATIONS

**CBP personnel notified:**

| Name | Affiliation/job title | Notification manner | Notification date |
|---|---|---|---|
| ########### | Commander | In-Person | 10/04/2025 |

**Other authorities notified (external to CBP):** ☐ Federal ☐ Tribal ☐ State ☐ Local ☐ Foreign

## EMPLOYEES: 7

**Name:** ###############

    **Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds
    **CBP employee series or role:** #####
    **Service EOD:** ##########
    **Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ████████
    **Duty (or detail/TDY) location EOD:** ##########
    **Duty status at the time of the incident:** ◡ On duty  ◯ Off duty
      **Activity:** Other

    **Armed law enforcement experience:**
      **Total law enforcement experience at the time of the incident:** ## years # months
      **CBP training previously received (not including basic academy training):**

        ☐ BPAIST    ☐ BORSTAR    ☐ BORTAC    ☐ DITP    ☐ DTI
        ☐ EDVPTP    ☐ EMT    S FITP    S LLITP (IFITP)    S MFF
        S MRT    ☐ PITP    ☐ SRT    ☐ TATP    ☐ Other

**Wearing body armor?** ◡ Yes  ◯ No

**Attire:** ◡ Uniform  ◯ Plain clothes

**Was ############### assaulted?** ◯ Yes  ◯ No

**Did ############### use reportable force?** ◡ Yes  ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** Hand-Thrown Munitions - Chemical
    **Munition type:** Triple Chaser CS Canister
    **Device description/comments:** Triple chaser CS

**Dickinson_00001277 Redacted**

**Estimated use of force date/time (local):** 10/04/2025 13:21

**Posture:** ⬡ Standing ☐ Kneeling ☐ Prone ☐ Other

**Estimated distance:** 20 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes ○ No ∪ Unknown ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

**Reason(s) for this use of force:**

☐ Protect self ⬡ Protect co-worker ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent ⬡ Effect an arrest or detention ☐ Prevent escape
⬡ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to
☐ Animal euthanization ☐ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple Chaser CS
**Estimated use of force date/time (local):** 10/04/2025 21:55

**Posture:** ⬡ Standing ☐ Kneeling ☐ Prone ☐ Other

**Estimated distance:** 15 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes ○ No ∪ Unknown ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes ∪ No

**Reason(s) for this use of force:**

⬡ Protect self ⬡ Protect co-worker ☐ Protect innocent 3rd party
☐ Protect non-CBP officer/agent ⬡ Effect an arrest or detention ☐ Prevent escape
⬡ Overcome resistance ☐ Stop vehicle ☐ Vessel failure to heave to
☐ Animal euthanization ☐ Other

---

**Was ############## injured?** ○ Yes ∪ No

---

**Name:** ####################

**Gender:** Male     **Age:** ##     **Height:** #####     **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / ▮▮▮▮▮▮▮▮▮▮

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty ○ Off duty

**Activity:** Other

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years ## months

**CBP training previously received (not including basic academy training):**

☐ BPAIST ☐ BORSTAR ☐ BORTAC ☐ DITP ☐ DTI
☐ EDVPTP ☐ EMT ☐ FITP ☐ LLITP (IFITP) ⬡ MFF
⬡ MRT ☐ PITP ☐ SRT ☐ TATP ☐ Other

---

**Wearing body armor?** ∪ Yes ○ No

**Attire:** ∪ Uniform ○ Plain clothes

---

**Was #################### assaulted?** ∪ Yes ○ No

---

**Did #################### use reportable force?** ∪ Yes ○ No

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

######## 

**Dickinson_00001278 Redacted**

**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Muzzle Blast CS
**Device description/comments:** Muzzle blast
**Estimated use of force date/time (local):** 10/04/2025 13:21
**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other
**Estimated distance:** 2 meters
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

    ❑ Protect self      S Protect co-worker      ❑ Protect innocent 3rd party
    ❑ Protect non-CBP officer/agent      S Effect an arrest or detention      ❑ Prevent escape
    S Overcome resistance      ❑ Stop vehicle      ❑ Vessel failure to heave to
    ❑ Animal euthanization      ❑ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Green Colored Smoke Canister
**Device description/comments:** Green pocket smoke
**Estimated use of force date/time (local):** 10/04/2025 13:22
**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other
**Estimated distance:** 12 meters
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ∪ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

    ❑ Protect self      S Protect co-worker      ❑ Protect innocent 3rd party
    ❑ Protect non-CBP officer/agent      S Effect an arrest or detention      ❑ Prevent escape
    S Overcome resistance      ❑ Stop vehicle      ❑ Vessel failure to heave to
    ❑ Animal euthanization      ❑ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** 40MM Less-lethal Munitions - Chemical
**Munition type:** 40MM Short Range Spede-Heat CS
**Device description/comments:** Spede-Heat CS
**Estimated use of force date/time (local):** 10/04/2025 13:23
**Posture:** S Standing  ❑ Kneeling  ❑ Prone  ❑ Other
**Estimated distance:** 15 meters
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  ∪ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ∪ No
**Reason(s) for this use of force:**

    ❑ Protect self      S Protect co-worker      ❑ Protect innocent 3rd party
    ❑ Protect non-CBP officer/agent      S Effect an arrest or detention      ❑ Prevent escape
    S Overcome resistance      ❑ Stop vehicle      ❑ Vessel failure to heave to
    ❑ Animal euthanization      ❑ Other

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Green Colored Smoke Canister
**Device description/comments:** Green smoke

#######
Dickinson_00001279 Redacted

**Estimated use of force date/time (local):** 10/04/2025 21:57

**Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

**Estimated distance:** 15 meters

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ○ Yes   ∪ No   ○ Unknown   ○ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes   ∪ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| ❏ Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Was #################### injured?** ○ Yes   ∪ No

---

**Name:** ##################

**Gender:** Male      **Age:** ##      **Height:** #####      **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ∪ On duty   ○ Off duty

   **Activity:** Other

---

**Armed law enforcement experience:**

   **Total law enforcement experience at the time of the incident:** ## years # months

   **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | ❏ EMT | ❏ FITP | S LLITP (IFITP) | S MFF |
| S MRT | S PITP | ❏ SRT | ❏ TATP | ❏ Other |

**Wearing body armor?** ∪ Yes   ○ No

**Attire:** ∪ Uniform   ○ Plain clothes

---

**Was #################### assaulted?** ∪ Yes   ○ No

---

**Did #################### use reportable force?** ❏ Yes   ❏ No

   **Force type:** Less-lethal Device

   **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

   **Device type:** Hand-Thrown Munitions - Kinetic

      **Munition type:** Rubber Ball Grenade CS

   **Device description/comments:** Stinger grenade

   **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | ❏ Protect co-worker | S Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

   **Usage 1**

      **Estimated use of force date/time (local):** 10/04/2025 22:02

      **Posture:** S Standing   ❏ Kneeling   ❏ Prone   ❏ Other

      **Estimated distance:** 15 feet

      **Approximately how many munitions did you deploy?** 2

      **Collateral contamination occurred:** ○ Yes   ∪ No   ○ Unknown   ○ Not applicable

      **Was this force type used again within the same shift (a break-in-the-action)?** ∪ Yes   ○ No

   **Usage 2**

**Dickinson_00001280 Redacted**

Incident ID

**Estimated use of force date/time (local):** 10/04/2025 22:03
**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  Ⓤ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ○ No

**Usage 3**
**Estimated use of force date/time (local):** 10/04/2025 22:04
**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 15 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  Ⓤ No  ○ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  Ⓤ No

---

**Force type:** Less-lethal Device
**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
**Device type:** Hand-Thrown Munitions - Chemical
**Munition type:** Triple Chaser CS Canister
**Device description/comments:** Triple chaser
**Reason(s) for this use of force:**

Ⓢ Protect self                     Ⓢ Protect co-worker                ❏ Protect innocent 3rd party
❏ Protect non-CBP officer/agent    ❏ Effect an arrest or detention    ❏ Prevent escape
Ⓢ Overcome resistance              ❏ Stop vehicle                     ❏ Vessel failure to heave to
❏ Animal euthanization             ❏ Other

**Usage 1**
**Estimated use of force date/time (local):** 10/04/2025 21:57
**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  Ⓤ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ○ No

**Usage 2**
**Estimated use of force date/time (local):** 10/04/2025 22:00
**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 2
**Collateral contamination occurred:** ○ Yes  ○ No  Ⓤ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** Ⓤ Yes  ○ No

**Usage 3**
**Estimated use of force date/time (local):** 10/04/2025 22:01
**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  Ⓤ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  ○ No

**Usage 4**
**Estimated use of force date/time (local):** 10/04/2025 22:03
**Posture:** Ⓢ Standing  ❏ Kneeling  ❏ Prone  ❏ Other
**Estimated distance:** 30 feet
**Approximately how many munitions did you deploy?** 1
**Collateral contamination occurred:** ○ Yes  ○ No  Ⓤ Unknown  ○ Not applicable
**Was this force type used again within the same shift (a break-in-the-action)?** ○ Yes  Ⓤ No

**Dickinson_00001281 Redacted**

**Was ################## injured?** ⋃ Yes  ◯ No

**Injury information:**

    **Injury type:** Superficial injuries (no treatment expected)

    **Injury Comment:**

    **Refused medical attention?** ⋃ Yes  ◯ No

    **Received treatment?** ◯ Yes  ⋃ No

    **Was a form CA-1 filed?** ◯ Yes  ⋃ No

    **Region(s) of the body injured:**

| | |
|---|---|
| ❑ Front head | ❑ Rear head |
| ❑ Side head | ❑ Face |
| ❑ Neck/throat | ❑ Front upper torso/chest |
| ❑ Rear upper torso/back | ❑ Front lower torso/abdomen |
| ❑ Rear lower torso/back | Ƽ Front below waist/groin area |
| ❑ Rear below waist/buttocks | ❑ Arms/hands |
| ❑ Front legs/feet | ❑ Rear legs |

---

**Name:** ##################

**Gender:** Male   **Age:** ##   **Height:** #####   **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** Office of Field Operations / ▇▇▇▇▇ Field Operations

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⋃ On duty  ◯ Off duty

    **Activity:** Other

---

**Armed law enforcement experience:**

    **Total law enforcement experience at the time of the incident:** ## years # months

    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | ❑ FITP | ❑ LLITP (IFITP) | ❑ MFF |
| ❑ MRT | ❑ PITP | Ƽ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⋃ Yes  ◯ No

**Attire:** ⋃ Uniform  ◯ Plain clothes

---

**Was ################## assaulted?** ⋃ Yes  ◯ No

---

**Did ################## use reportable force?** ⋃ Yes  ◯ No

    **Force type:** Less-lethal Device

    **Device:** PLS (PepperBall Launching System)

    **Device type:** PAVA (area saturation)

    **Estimated use of force date/time (local):** 10/04/2025 22:30

    **Posture:** Ƽ Standing  ❑ Kneeling  ❑ Prone  ❑ Other

    **Estimated distance:** 30 feet

    **Approximately how many volleys did you deploy?** 1

    **Approximately how many projectiles did you deploy?** 5

    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| Ƽ Protect self | Ƽ Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | Ƽ Effect an arrest or detention | ❑ Prevent escape |
| Ƽ Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | Ƽ Other - Enforce compliance with a lawful order | |

---

########

**Dickinson_00001282 Redacted**

**Was ##################### injured?** ◯ Yes ⊍ No

---

**Name:** ##############

**Gender:** Male    **Age:** ##    **Height:** ######    **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⊍ On duty   ◯ Off duty
    **Activity:** Other

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❏ BPAIST | ❏ BORSTAR | ❏ BORTAC | ❏ DITP | ❏ DTI |
| ❏ EDVPTP | S EMT | ❏ FITP | ❏ LLITP (IFITP) | S MFF |
| S MRT | ❏ PITP | ❏ SRT | ❏ TATP | ❏ Other |

---

**Wearing body armor?** ⊍ Yes  ◯ No

**Attire:** ⊍ Uniform  ◯ Plain clothes

---

**Was ############## assaulted?** ⊍ Yes  ◯ No

---

**Did ############## use reportable force?** ⊍ Yes  ◯ No
    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Chemical
    **Munition type:** 40MM Muzzle Blast CS
    **Device description/comments:** Muzzle blast
    **Estimated use of force date/time (local):** 10/04/2025 21:40
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 10 feet
    **Approximately how many munitions did you deploy?** 1
    **Collateral contamination occurred:** ◯ Yes ◯ No ◯ Unknown ◯ Not applicable
    **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⊍ No
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

---

    **Force type:** Less-lethal Device
    **Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:** 40MM Less-lethal Munitions - Kinetic
        **Munition type:** 40MM Direct Impact Inert
    **Device description/comments:** Direct Image projectile
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | ❏ Protect co-worker | ❏ Protect innocent 3rd party |
| ❏ Protect non-CBP officer/agent | ❏ Effect an arrest or detention | ❏ Prevent escape |
| S Overcome resistance | ❏ Stop vehicle | ❏ Vessel failure to heave to |
| ❏ Animal euthanization | ❏ Other | |

**Usage 1**
    **Estimated use of force date/time (local):** 10/04/2025 21:45
    **Posture:** S Standing ❏ Kneeling ❏ Prone ❏ Other
    **Estimated distance:** 55 feet

########    Print Date: 2026-02-03

**Dickinson_00001283 Redacted**

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ⭕ Yes ⏻ No ⭕ Unknown ⭕ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⏻ Yes ⭕ No

**Usage 2**

**Estimated use of force date/time (local):** 10/04/2025 21:55

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:** 45 feet

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ⭕ Yes ⏻ No ⭕ Unknown ⭕ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⏻ Yes ⭕ No

---

**Was ############# injured?** ⭕ Yes ⏻ No

---

**Name:** ##################

**Gender:** Male     **Age:** ##     **Height:** ######     **Weight:** ### pounds

**CBP employee series or role:** #####

**Service EOD:** ##########

**Duty location or detail/TDY location during the incident:** U.S. Border Patrol / Special Operations Group

**Duty (or detail/TDY) location EOD:** ##########

**Duty status at the time of the incident:** ⏻ On duty ⭕ Off duty

**Activity:** Other

---

**Armed law enforcement experience:**

**Total law enforcement experience at the time of the incident:** ## years # months

**CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ❑ BPAIST | ❑ BORSTAR | ❑ BORTAC | ❑ DITP | ❑ DTI |
| ❑ EDVPTP | ❑ EMT | S FITP | S LLITP (IFITP) | S MFF |
| S MRT | ❑ PITP | ❑ SRT | ❑ TATP | ❑ Other |

**Wearing body armor?** ⏻ Yes ⭕ No

**Attire:** ⏻ Uniform ⭕ Plain clothes

---

**Was ################ assaulted?** ⏻ Yes ⭕ No

---

**Did ################ use reportable force?** ⏻ Yes ⭕ No

**Force type:** Less-lethal Device

**Device:** LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)

**Device type:** Hand-Thrown Munitions - Chemical

**Munition type:** Triple Chaser CS Canister

**Device description/comments:** Triple Chaser grenade

**Estimated use of force date/time (local):** 10/04/2025 21:50

**Posture:** S Standing ❑ Kneeling ❑ Prone ❑ Other

**Estimated distance:** 10 yards

**Approximately how many munitions did you deploy?** 1

**Collateral contamination occurred:** ⭕ Yes ⭕ No ⏻ Unknown ⭕ Not applicable

**Was this force type used again within the same shift (a break-in-the-action)?** ⭕ Yes ⏻ No

**Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ❑ Protect innocent 3rd party |
| ❑ Protect non-CBP officer/agent | ❑ Effect an arrest or detention | ❑ Prevent escape |
| S Overcome resistance | ❑ Stop vehicle | ❑ Vessel failure to heave to |
| ❑ Animal euthanization | ❑ Other | |

---

**Was ################ injured?** ⭕ Yes ⏻ No

---

**Name:** #######################

**Dickinson_00001284 Redacted**

**Gender:** Male     **Age:** ##     **Height:** ####     **Weight:** ### pounds
**CBP employee series or role:** #####
**Service EOD:** ##########
**Duty location or detail/TDY location during the incident:**  U.S. Border Patrol / Special Operations Group
**Duty (or detail/TDY) location EOD:** ##########
**Duty status at the time of the incident:** ⋃ On duty    ◯ Off duty
    **Activity:** Other

---

**Armed law enforcement experience:**
    **Total law enforcement experience at the time of the incident:** ## years # months
    **CBP training previously received (not including basic academy training):**

| | | | | |
|---|---|---|---|---|
| ☐ BPAIST | ☐ BORSTAR | ☐ BORTAC | ☐ DITP | ☐ DTI |
| ☐ EDVPTP | S EMT | ☐ FITP | ☐ LLITP (IFITP) | S MFF |
| S MRT | S PITP | ☐ SRT | ☐ TATP | ☐ Other |

---

**Wearing body armor?** ⋃ Yes   ◯ No

**Attire:** ⋃ Uniform   ◯ Plain clothes

---

**Was ####################### assaulted?** ⋃ Yes   ◯ No

---

**Did ####################### use reportable force?** ⋃ Yes   ◯ No
    **Force type:**  Less-lethal Device
    **Device:**  LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions)
    **Device type:**  Hand-Thrown Munitions - Chemical
        **Munition type:**  Triple Chaser CS Canister
    **Device description/comments:**  Triple Chaser
    **Reason(s) for this use of force:**

| | | |
|---|---|---|
| S Protect self | S Protect co-worker | ☐ Protect innocent 3rd party |
| ☐ Protect non-CBP officer/agent | ☐ Effect an arrest or detention | ☐ Prevent escape |
| S Overcome resistance | ☐ Stop vehicle | ☐ Vessel failure to heave to |
| ☐ Animal euthanization | ☐ Other | |

    **Usage 1**
        **Estimated use of force date/time (local):** 10/04/2025 21:40
        **Posture:** S Standing  ☐ Kneeling  ☐ Prone  ☐ Other
        **Estimated distance:** 10 feet
        **Approximately how many munitions did you deploy?** 1
        **Collateral contamination occurred:** ◯ Yes ◯ No ⋃ Unknown ◯ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ◯ No

    **Usage 2**
        **Estimated use of force date/time (local):** 10/04/2025 21:45
        **Posture:** S Standing  ☐ Kneeling  ☐ Prone  ☐ Other
        **Estimated distance:** 20 feet
        **Approximately how many munitions did you deploy?** 1
        **Collateral contamination occurred:** ◯ Yes ◯ No ⋃ Unknown ◯ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ⋃ Yes  ◯ No

    **Usage 3**
        **Estimated use of force date/time (local):** 10/04/2025 21:51
        **Posture:** S Standing  ☐ Kneeling  ☐ Prone  ☐ Other
        **Estimated distance:** 20 feet
        **Approximately how many munitions did you deploy?** 1
        **Collateral contamination occurred:** ◯ Yes ◯ No ⋃ Unknown ◯ Not applicable
        **Was this force type used again within the same shift (a break-in-the-action)?** ◯ Yes  ⋃ No

---

**Was ####################### injured?**

**Dickinson_00001285 Redacted**

○ Yes  ∪ No

## SUBJECTS: 2

**Name:**  MASS GROUP
    **Estimated number of individuals in the group:**  200
    **Group description (Composition, attire, etc.):**  Group of anti-ICE protestors, ███████████████████████.
    **Was any member of this group wearing body armor?** ○ Yes  ○ No  ∪ Unknown
    **Group activity:**

        ❏ Illegal entry

        ❏ Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

        ❏ Narcotics smuggling

        ❏ Scouting

        ❏ Assault (rocks/other projectiles)

        S Assault (all other types)

        S Rioting/civil disturbance

        ❏ Mass coordinated entry

        ❏ No suspected illegal activity

        ❏ Other

    **Group's current location and disposition if known:**  Some were arrested by FPS, majority still gathering outside ICE facility in protest.

    **Did any member of this group not listed as an individual subject assault a CBP employee?** ∪ Yes  ○ No

        **Was any member of the group outside the US or its territories when committing the assault?** ○ Yes  ∪ No

        **Weapon(s)/type of assault:**
            **Assault method:**  Projectile (other than rock)
            **Projectile description:**  Throwing objects and kicking canisters at the line of officers
            **Estimated assault date/time (local):**  10/04/2025 22:00

    **Was reportable force used on any member of this group not listed as an individual subject?** ∪ Yes  ○ No

        **Was any member of this group outside the US or its territories when this force was applied?** ○ Yes  ∪ No

**Name:** ########
    **Gender:**  Female    **Age:** ###############    **Height:** ############    **Weight:** ############
    **Attire:** ∪ Civilian  ○ Paramilitary  ○ Police  ○ Nude  ∪ Unknown
    **Was the subject wearing body armor?** ○ Yes  ∪ No  ∪ Unknown
    **Immigration status:**  U.S. Citizen
    **Country of citizenship:** ########################
    **Was there an apparent or known mental impairment (E.g., mental illness/alcohol/drugs) in the condition of the subject?**
    ○ Yes  ∪ No
    **Subject's activity:**

        ❏ Illegal entry

        ❏ Uncooperative during encounter/inspection

        ❏ Failure to yield/heave to

        ❏ Checkpoint runner

        ❏ Port runner

        ❏ Alien smuggling

**Dickinson_00001286 Redacted**

❑ Narcotics smuggling
❑ Scouting
S Assault (rocks/other projectiles)
❑ Assault (all other types)
S Rioting/civil disturbance
❑ Mass coordinated entry
❑ No suspected illegal activity
❑ Other

**Subject's current location and disposition if known:** In FPS custody. Refuses to identify herself and there are no returns with fingerprints.

**Did this subject assault a CBP employee?** ◯ Yes  ◯ No

    **Was the subject outside the US or its territories when committing the assault?** ◯ Yes  ◯ No

**Weapon(s)/type of assault:**
    **Assault method:** Physically w/o weapon
        **Describe physical assault:** Physically w/o weapon - Grabbed agent by the groin/penis and would not let go
    **Estimated assault date/time (local):** 10/04/2025 13:21

    **Assault method:** Biting
    **Was a spit restraint device utilized?** ◯ Yes  ◯ No  ◯ Unknown
    **Estimated assault date/time (local):** 10/04/2025 13:21

**Was reportable force used on this subject?** ◯ Yes  ◯ No
**Was this subject injured or claiming to be injured?** ◯ Yes  ◯ No  ◯ Unknown

## ASSAULTS: 9

| Subject | Weapon/type of assault | Was this assault committed against this employee? | | Was the employee injured by the assault? |
|---|---|---|---|---|
| ######### | Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00 | ##################### | ◯ Yes ◯ No | ◯ Yes  ◯ No |
| | | ############## | ◯ Yes ◯ No | Not injured in this incident |
| | | ##################### | ◯ Yes ◯ No | Not injured in this incident |
| | | ################### | ◯ Yes ◯ No | Not injured in this incident |
| | | ############## | ◯ Yes ◯ No | Not injured in this incident |
| | | ################## | ◯ Yes ◯ No | Not injured in this incident |
| | | ######################## | ◯ Yes ◯ No | Not injured in this incident |
| ######### | Physically w/o weapon - Physically w/o weapon - Grabbed agent by the groin/penis and would not let go on 10/04/2025 13:21 | ################### | ◯ Yes ◯ No | ◯ Yes  ◯ No |
| | | ############## | ◯ Yes ◯ No | Not injured in this incident |
| | | ################### | ◯ Yes ◯ No | Not injured in this incident |
| | | | | Not injured in this |

**Dickinson_00001287 Redacted**

| | | ################## | ◯ Yes ∪ No | incident |
|---|---|---|---|---|
| | | ############# | ◯ Yes ∪ No | Not injured in this incident |
| | | ################# | ◯ Yes ∪ No | Not injured in this incident |
| | | ###################### | ◯ Yes ∪ No | Not injured in this incident |
| ######### | Biting on 10/04/2025 13:21 | ################## | ∪ Yes ◯ No | ∪ Yes ◯ No |
| | | ############# | ◯ Yes ∪ No | Not injured in this incident |
| | | #################### | ◯ Yes ∪ No | Not injured in this incident |
| | | #################### | ◯ Yes ∪ No | Not injured in this incident |
| | | ############# | ◯ Yes ∪ No | Not injured in this incident |
| | | ################# | ◯ Yes ∪ No | Not injured in this incident |
| | | ###################### | ◯ Yes ∪ No | Not injured in this incident |

## USES OF FORCE: 21

| Employee | Employee's use of force (UOF) | Subject(s) / UOF information |
|---|---|---|
| ############## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser CS on 10/04/2025 13:21 | **Subject:** #########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############## | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser CS on 10/04/2025 21:55 | **Subject:** #########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############## ###### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - Muzzle blast on 10/04/2025 13:21 | **Subject:** #########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ############## ###### | LLSI-CM (Less-lethal Specialty | **Subject:** #########<br>**Was this use of force in response to the following assault by this subject?** |

Print Date: 2026-02-03

**Dickinson_00001288 Redacted**

| | | |
|---|---|---|
| | Impact-Chemical Munitions) - Green Colored Smoke Canister - Green pocket smoke on 10/04/2025 13:22 | Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00 - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Short Range Spede-Heat CS - Spede-Heat CS on 10/04/2025 13:23 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ##################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Green Colored Smoke Canister - Green smoke on 10/04/2025 21:57 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| #################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - Stinger grenade on 10/04/2025 22:02 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| #################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 21:57 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| #################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 22:00 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| #################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 22:01 | **Subject:** ##########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| #################### | LLSI-CM (Less- | **Subject:** ########## |

########

**Dickinson_00001289 Redacted**

| | | |
|---|---|---|
| #### | lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple chaser on 10/04/2025 22:03 | **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - Stinger grenade on 10/04/2025 22:03 | Subject: #########     **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Rubber Ball Grenade CS - Stinger grenade on 10/04/2025 22:04 | Subject: #########     **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ################### | PLS (PepperBall Launching System) - PAVA (area saturation) on 10/04/2025 22:30 | Subject: #########     **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Muzzle Blast CS - Muzzle blast on 10/04/2025 21:40 | Subject: #########     **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Inert - Direct Image projectile on 10/04/2025 21:45 | Subject: #########     **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ############### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - 40MM Direct Impact Inert - Direct Image projectile on 10/04/2025 21:55 | Subject: #########     **Was this use of force in response to the following assault by this subject?** **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No     **Was this use of force effective against what prompted its use?** Yes     **Did the UOF device function as designed?** Yes |
| ################ | LLSI-CM (Less-lethal Specialty | Subject: #########     **Was this use of force in response to the following assault by this subject?** |

########                    Print Date: 2026-02-03

**Dickinson_00001290 Redacted**

| | | |
|---|---|---|
| | Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser grenade on 10/04/2025 21:50 | **Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - Yes<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ######################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser on 10/04/2025 21:40 | Subject: #########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ######################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser on 10/04/2025 21:45 | Subject: #########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |
| ######################### | LLSI-CM (Less-lethal Specialty Impact-Chemical Munitions) - Triple Chaser CS Canister - Triple Chaser on 10/04/2025 21:51 | Subject: #########<br>**Was this use of force in response to the following assault by this subject?**<br>**Projectile (other than rock) - Throwing objects and kicking canisters at the line of officers on 10/04/2025 22:00** - No<br>**Was this use of force effective against what prompted its use?** Yes<br>**Did the UOF device function as designed?** Yes |

## BYSTANDER INJURY/COLLATERAL DAMAGE: 0

**Did this incident result in collateral property damage?** ◯ Yes  ◡ No
**Did this incident result in collateral injury to a bystander?** ◯ Yes  ◡ No

## WITNESSES: 0

## NARRATIVE

**Shared incident narrative**

This incident is related to other documented incidents in E-STAR. Please refer to the following E-STAR reports for additional information:

#########################, ###########################

**Current certification status:** Certified
**Shared incident narrative certification history**

| Hash ID | Employee | Certified Date |
|---|---|---|
| ###### | ################# | 10/04/2025 22:02 |
| ###### | ################# | 10/05/2025 03:07 |

Dickinson_00001291 Redacted

**Narrative of ##############**

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, at approximately 1321 hours, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement and Enforcement Removal Operations (ICE ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, FPS issued a warning over the Long-Range Acoustic Device (LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would result in arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

At approximately 2155 hours 0n 10/4/2025 several agents and I exited the ICE facility to clear the roadway. A crowd of protestors had gathered and refused repeated commands to move from the entrance. despite verbal warnings and attempts to physically create space, the protestors actively resisted.  As the crowd began to press in, I deployed a single CS gas canister in an effort to disperse the group, protect the agents, and create space. Following the deployment, the crowd backed away without further incident. The CS deployment was a less-lethal controlled measure intended to stop the crowd's forward movement towards the officers, push them back into the crowd to protect the officers, and de-escalate a situation that I believed to be getting increasingly more dangerous.  No one was struck by the canister, and I did not observe any injuries.  I immediately reported the deployment to Deputy Commander ████ .

**Narrative of #################**

I am a Special Response Team Operator (SRTO) assigned to the Office of Field Operations (OFO) Special Response Team (SRT). I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and was operating under delegated authority pursuant to 40 U.S.C. § 1315 to assist with response to civil unrest and the protection of federal property. SRT personnel were equipped with multi-cam Arid uniforms clearly marked with OFO law enforcement patches and assigned call signs. All operators also carried multi-cam entry kits prominently labeled with patches reading "POLICE."

On October 4, 2025, at approximately 2220 hours, Customs and Border Protection (CBP) SRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement ICE) Enforcement Removal Operations (ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block."  The blue line is well illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, a warning was issued over the Long-Range Acoustic Device (LRAD) by FPS, instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would subject violators to arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

After the warning was given, my team was in a line formation and moved towards the crowd to redirect the crowd north on Moody. During this time, the crowd demonstrated hostile behavior such as shouting obscenities at the Officers, shining bright strobe flashlights into the Officers' eyes, threatening physical injury, and posturing aggressively towards the Officers when given lawful orders to move back and clear the area.

**Dickinson_00001292 Redacted**

After the crowd failed to comply with lawful orders issued by the officers, ERO ICE SRT agents deployed less-lethal CS gas. I observed an individual wearing a black hoodie and a gas mask walking toward the deployed gas munition. The individual bent down and reached for the munition. Notably, the subject was wearing gloves and based on his deliberate actions and apparent confidence in handling the canister, I assessed that he had prior experience retrieving deployed munitions.

Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an attempt to throw the canister back at the officers. If successful, this action could have impeded and interfered with law enforcement operations, created conditions where our team would lose visual contact with the crowd and each other, and potentially caused CS gas exposure due to gas mask seal leaks.

To prevent these risks, which would have made the officers vulnerable to further aggression from the crowd, I deployed approximately 3-5 pepper ball projectiles from my assigned Pepper Ball Launching System (PLS) in an area saturation pattern near the subject's feet. This less-lethal, controlled measure was intended to stop the subject's forward movement toward the officers and not to cause injury. No individuals were directly struck by the projectiles.

The area saturation was effective in preventing the subject from retrieving the munition and thwarting a potential assault on officers. It also forced the subject and the crowd to retreat and comply with lawful orders to vacate the area. No further force by me was necessary. Once the situation was under control, I immediately reported the deployment to Special Operations Supervisor (SOS) ████████████.

### Narrative of ##################

I am a Mobile Rapid Response Team (MRT) Commander assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times. At approximately 1322 hours, FPS issued a warning over the Long-Range Acoustic Device (LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would result in arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise. While assisting with the effort to clear the front gate, I encountered a subject who refused to comply with the LRAD warnings and was obstructing the operation. I attempted to detain the subject for impeding a federal agent. During the encounter, the subject actively resisted, fought, and made multiple attempts to bite various parts of my body. While the subject was on the ground, they attempted to bite my groin area and forcefully grabbed my penis, refusing to release their grip. Utilizing approved ground control techniques, I was able to free the subject's hand from my groin and successfully secure them in handcuffs. The subject refused to provide her name or any biographical information and is currently in FPS custody pending felony assault charges.

Later that evening, at approximately 2200 hours, CBP MRT personnel continued operations to clear the ICE Facility driveway. During this phase, FPS issued additional warnings over the LRAD, instructing individuals to clear the driveway and refrain from trespassing onto federal property. While assisting with the effort to clear the front gate, a Mobile Field Force (MFF) was deployed to clear the roadways. During this operation, the crowd became aggressive and combative against MFF efforts

As we advanced, the crowd refused to comply with commands, shouted aggressively at us, and, upon reaching the stop sign, began resisting our control measures and pushing back against our line. In response to this resistance, I deployed a triple chaser CS grenade to counter the threat and restore control. Once our team reached the maximum point of the push, we initiated a

**Dickinson_00001293 Redacted**

tactical maneuver to retreat backward toward the ICE facility.

As we began our retreat, the crowd escalated their actions by throwing unidentified objects at our team as well as at other agency officers on the line. Due to the presence of gas and my gas mask, I was unable to identify the specific items being thrown. Additionally, some individuals in the crowd began kicking dispersed canisters toward our team. Concurrently, the crowd pressed forward, further intensifying the threat. Based on my experience, I recognize that our team is most vulnerable when maneuvering backward, a fact the crowd has exploited during prior incidents by pressing against us during retreats.

Considering the previous assaults during similar situations, the crowd's aggressive behavior, and the immediate threat posed by their actions, including throwing and kicking objects, I decided to deploy additional measures to protect our team and facilitate a safe retreat. I deployed five stinger ball grenades and four additional triple chaser CS grenades. These devices were deployed strategically to create a barrier of obscurity with the gas, which served to maintain distance between the crowd and our team as the CS would slow the crowd from assaulting us. The stinger balls were deployed on our flanks to disorient assaultive individuals who were picking up objects to throw at us, which mitigated the threat to our team.

These actions were necessary to address the immediate threat, ensure the safety of personnel, and protect federal property. Following the incident, I promptly reported my use of force to Bryan Grew.

**Narrative of ##############**
I am a Mobile Rapid Response Team (MRT) Agent assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 2200 hours, CBP MRT personnel continued operations to clear the ICE Facility driveway. During this phase, FPS issued additional warnings over the LRAD, instructing individuals to clear the driveway and refrain from trespassing onto federal property. While assisting with the effort to clear the front gate, a Mobile Field Force (MFF) was deployed to clear the roadways. During this operation, the crowd became aggressive and combative against MFF efforts. In response to the escalating situation, the following munitions were deployed: 1 40MM CS Muzzle Blast and two 40MM Direct Impact Inert projectile. These measures were necessary to address the threat posed by the crowd and to ensure the safety of personnel and the protection of federal property. I immediately reported my use of force to ██████████.

At approximately 2140 hours, I observed an individual wearing all black and a gas mask walking toward a deployed gas munition. The individual bent down and reached for the munition. Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an attempt to retrieve the munition to throw it back at the officers. If successful, this action could have impeded and interfered with law enforcement operations and create conditions where our team would lose visual contact with the crowd and each other. To prevent these risks, which would have made the officers vulnerable to further aggression from the crowd, I deployed a 40MM Muzzle Blast CS munition. This action was necessary to deter the individual and maintain the integrity of the operation.

Later, at approximately 2145 hours, I observed another individual in the crowd who appeared to be coordinating aggressive actions against law enforcement personnel. To address this threat, I deployed a 40MM Direct Impact Inert projectile, targeting the individual's lower extremities to ensure compliance and reduce the risk of further escalation.

**Dickinson_00001294 Redacted**

At approximately 2155 hours, I identified another individual who was attempting to incite the crowd and interfere with law enforcement operations. To mitigate this threat, I deployed another 40MM Direct Impact Inert projectile, again targeting the individual's lower extremities to ensure compliance and maintain control of the situation.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

### Narrative of #################

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At approximately 2100 hours, CBP MRT personnel continued operations to clear the ICE Facility driveway. During this phase, FPS issued additional warnings over the LRAD, instructing individuals to clear the driveway and refrain from trespassing onto federal property. While assisting with the effort to clear the front gate, a Mobile Field Force (MFF) was deployed to clear the roadways. During this operation, the crowd became aggressive and combative against MFF efforts. In response to the escalating situation, the following munitions were deployed: five stinger ball grenades and five Triple Chaser CS grenades. These measures were necessary to address the threat posed by the crowd and to ensure the safety of personnel and the protection of federal property. I immediately reported my use of force to ████████.

At approximately 2150 hours, during the team withdrawal back to the ICE facility, the aggressive crowd continued to close in on the officers and agents, preventing a safe withdrawal from the area.  The crowd was given commands to stand back and stop advancing towards agents/officers.  The crowd was not complying with commands and continued to walk towards agents/officers.  To protect our team's backside and provide the opportunity for a safe movement to the ICE facility, I deployed a Triple Chaser CS Canister grenade. This munition was deployed to create a safe buffer zone between the crowd and law enforcement personnel, ensuring the team could retreat without further risk of harm or interference.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

### Narrative of ######################

I am a Mobile Rapid Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) special operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front.

On October 4, 2025, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), and Homeland Security Investigations (HSI), conducted operations to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is always visible to individuals in the area.

**Dickinson_00001295 Redacted**

At approximately 2140 hours, the crowd size had grown to over 200 individuals. The crowd was aggressive and hostile, shining strobe lights directly at the officers and agents to impair their vision and coordination. They yelled obscenities and threats, creating an environment of heightened tension and danger. Members of the crowd pressed forward toward the officers and agents, attempting to thwart law enforcement efforts by interfering with operations and obstructing movement. The crowd's actions, including verbal threats and physical intimidation, posed an immediate risk to the safety of law enforcement personnel and the integrity of the mission.

During this time, I observed a subject in the crowd kicking spent munitions toward the officers and agents. This action further escalated the threat and interfered with law enforcement operations. To address the threat and deter further interference, I deployed a Triple Chaser CS Canister grenade. This munition was necessary to create distance between the subject and the officers, ensuring the safety of the team and the integrity of the operation.

At approximately 2145 hours, I observed another subject engaging in similar behavior, kicking spent munitions toward the officers and agents. Recognizing the potential for harm and disruption to law enforcement operations, I deployed a second Triple Chaser CS Canister grenade. This action was necessary to deter the subject and maintain control of the situation.

At approximately 2151 hours, during the team's withdrawal back to the ICE facility, the crowd continued to press forward aggressively, attempting to interfere with law enforcement efforts. I observed a subject holding an umbrella attempting to pick up a spent munition with the apparent intent to throw it at the officers and agents. Drawing on my previous experiences with civil unrest, I perceived the subject's actions as an immediate threat to the safety of law enforcement personnel. If successful, this action could have interfered with operations, created conditions where the team would lose visual contact with the crowd and each other, and exposed officers to potential harm. To prevent these risks, I deployed a third Triple Chaser CS Canister grenade. This munition was necessary to deter the subject and ensure the safe withdrawal of the team.

All munitions were deployed in accordance with established protocols and were necessary to address the threats posed by the crowd, ensure the safety of law enforcement personnel, and protect federal property. Each use of force was reported in a timely manner and documented appropriately.

**Narrative of ####################**

I, Border Patrol Agent (BPA) ██████████████, am currently a Mobile Response Team (MRT) member assigned to the U.S. Border Patrol (USBP) Special Operations. I was deployed to Portland, Oregon, in support of the Federal Protective Service (FPS) and operated under delegated authority pursuant to 40 U.S.C. § 1315 to assist with civil unrest response and the protection of federal property. I was wearing my agency-issued Border Patrol uniform with body armor clearly marked with USBP law enforcement patches and assigned call signs. My body armor prominently displayed a patch reading "Police – U.S. Border Patrol" on the back and "Border Patrol – Federal Agent" on the front. I was also wearing a government-issued gas protective mask and a black impact-resistant helmet.

I have served as a United States Border Patrol (USBP) Agent for over ██ years.

On October 4, 2025, at approximately 1321 hours, Customs and Border Protection (CBP) MRT personnel, in coordination with FPS, U.S. Immigration and Customs Enforcement and Enforcement Removal Operations (ICE ERO), and Homeland Security Investigations (HSI), attempted to clear the ICE Facility driveway in Portland, Oregon, to establish a safe pathway for vehicles entering and exiting the facility. The government property line of the ICE Facility is clearly marked by a large blue line with white lettering stating: "U.S. Government Property – Do Not Block." The blue line is well-illuminated by facility lighting, ensuring it is visible to individuals in the area at all times.

At that time, FPS issued a warning over the Long-Range Acoustic Device (LRAD), instructing individuals to clear the driveway, refrain from trespassing onto federal property, and advising that failure to comply, including by members of the press, would

**Dickinson_00001296 Redacted**

result in arrest. The LRAD warning was projected at a volume sufficient for individuals in the vicinity of the building to hear and understand, and it was loud enough to drown out both crowd and traffic noise.

At approximately 1323 hours, I took position on a skirmish line in front of the ICE facility at 4310 S. Macadam Avenue in Portland, Oregon, alongside other USBP agents and members of the U.S. Immigration and Customs Enforcement (ICE) Special Response Team (SRT) and Bureau of Prisons (BOP) SRT members. I was carrying a USBP-approved 40mm launcher and multiple less-lethal hand-toss munitions. My certifications and training for the use of these devices were current at the time of these events. My government-issued AXON body-worn camera was attached to my ballistic carrier but was accidentally not activated during the incident.

Incident #1 – 1321 Hours
I observed multiple agents arresting several individuals to the left of my position. While they were doing so, I witnessed several other individuals in the crowd attempting to interfere with these arrests. I positioned myself between the apprehending agents and the individuals to prevent their interference.

At this time, I observed a female subject dressed in a gray long-sleeve sweater and blue jeans attempting to kick a deployed smoke canister toward other agents. Recognizing the immediate need to prevent further interference and mitigate the threat posed by her actions, I turned the safety selector on my 40mm launcher to "fire" and deployed one 40mm Muzzle Blast munition, targeting her torso from approximately 2 meters away. The use of force was necessary to stop her actions, which posed a risk to the safety of the agents and the integrity of the operation. The deployment was proportional to the threat she presented, as it was a less-lethal option intended to neutralize her interference without causing serious harm.

The female subject ceased her actions and fell backward to the ground approximately 3 meters from my position. I attempted to approach the female to perform an arrest but was prevented from doing so by multiple individuals in the crowd. Assessing the situation, I determined that I could not safely perform the arrest and returned to the skirmish line. Due to the crowd's interference, I was unable to render medical assistance or evaluate the subject's condition. My decision to disengage and return to the skirmish line was reasonable under the circumstances, as the safety of agents and the need to maintain order outweighed the ability to provide immediate aid.

Incident #2 – 1322 Hours
I observed multiple individuals in front of my position interfering with the arrest of another individual by several agents. To disperse the crowd and prevent further interference, I deployed one hand-tossed green smoke munition into an open area approximately 12 meters in front of my position.

The deployment of the smoke munition was necessary to create a safe environment for agents to complete the arrest without further interference from the crowd. The use of a non-toxic smoke munition was proportional to the level of interference, as it was intended to disperse the crowd without causing harm. The munition successfully deployed, and the individuals ceased their interference. I did not observe any adverse effects on the crowd as a result of this deployment. My actions were reasonable and effective in achieving the intended outcome, ensuring the safety of agents and the continuation of operations.

Incident #3 – 1323 Hours
I observed multiple individuals in the crowd kicking and attempting to pick up actively deployed munitions. Recognizing the potential danger posed by individuals redirecting munitions toward agents, I loaded one Spede-Heat 40mm munition into my launcher and deployed it toward open ground approximately 10 meters from my position.

The deployment of the munition was necessary to deter the individuals from using the munitions as projectiles against agents, which posed a direct threat to their safety. The use of a less-lethal munition was proportional to the threat, as it was intended to neutralize the behavior without causing harm to the individuals. The munition successfully detonated, and the individuals ceased their actions, retreating approximately 15 to 20 meters into the crowd. I did not observe any individuals negatively affected by this deployment. Medical aid was not rendered as the individuals retreated into the crowd. My actions were reasonable given the circumstances and effectively mitigated the threat posed by the crowd's behavior.

Incident #4 – 2049 Hours

Dickinson_00001297 Redacted

I observed multiple individuals within the crowd kicking deployed smoke and CS canisters toward myself and other agents. Recognizing the need to prevent further escalation and protect agents from harm, I deployed one hand-tossed smoke munition approximately 10 meters in front of my position.

The deployment was necessary to prevent individuals from redirecting munitions toward agents, which posed a risk to their safety. The use of smoke was proportional to the threat, as it was intended to disperse the crowd without causing harm. Due to the large amount of smoke and CS gas in the area, I was unable to observe the results of this deployment. My actions were reasonable under the circumstances, as the deployment was intended to neutralize the threat and ensure the safety of agents.

All actions taken during these incidents were in accordance with my training, certifications, and the delegated authority under 40 U.S.C. § 1315, as well as my authority as a Border Patrol agent to enforce federal laws related to the protection of federal property and personnel. The use of force in each instance was necessary to address the threats posed by individuals interfering with law enforcement operations, proportional to the level of threat, and reasonable given the circumstances. My decisions were made to ensure the safety of federal property, personnel, and the public while maintaining order during civil unrest.

## FILE ATTACHMENTS

## STATUS HISTORY

| Action | By | Date | Comments |
|---|---|---|---|
| ######## | ##################### | 10/05/2025 03:11 | |
| ######## | #################### | 10/05/2025 03:34 | ###################### |
| ######## | ####################### | 10/05/2025 20:18 | |
| ######## | ############## | 10/05/2025 21:05 | |
| ######## | ##################### | 10/09/2025 21:09 | ################################## |
| ######### | ##################### | 10/09/2025 21:32 | |
| ######## | ############## | 10/09/2025 22:01 | |

Dickinson_00001298 Redacted

Print Date: 2026-02-03