BRETT A. SHUMATE
Assistant Attorney General
ERIC HAMILTON
Deputy Assistant Attorney General
JOHN BAILEY
Counsel to the Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
BRAD P. ROSENBERG
Special Counsel
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 674-0255
Email: alex.yun@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**NOTICE OF APPEARANCE OF ALEXANDER J. YUN** |

　　　　Please take notice that the undersigned attorney, Alexander J. Yun, of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel on behalf of Defendants in the above-captioned case.

Dated: March 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ANDREW I. WARDEN
Assistant Director
Federal Programs Branch

BRAD P. ROSENBERG
Special Counsel

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 674-0255
Email: alex.yun@usdoj.gov

Attorneys for Defendants