BRETT A. SHUMATE
Assistant Attorney General
ERIC HAMILTON
Deputy Assistant Attorney General
JOHN BAILEY
Counsel to the Assistant Attorney General
ANDREW I WARDEN
Assistant Director
BRAD P. ROSENBERG (DC Bar No. 467513)
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.:   (202) 514-3374
brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　*Defendants*. | Case No. 3:25-cv-2170-SI<br><br>**DEFENDANTS' WITNESS LIST** |

Defendants provide notice that, at this time, they do not anticipate calling their own live witnesses at the preliminary injunction hearing scheduled for March 2-4, 2026. Because Defendants have not received a meaningful witness list from Plaintiffs in advance of the hearing,

Defendants reserve the right to modify their position and call their own live witnesses at the hearing. Defendants also reserve the right to call witnesses for impeachment or rebuttal.

Dated: March 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

ANDREW I WARDEN
Assistant Director

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(DC Bar No. 467513)
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3374
brad.rosenberg@usdoj.gov

*Attorneys for Defendants*