**Kelly Simon**, OSB No. 154213
ksimon@aclu-or.org
**Eri Andriola**, OSB No. 246500
eandriola@aclu-or.org
ACLU FOUNDATION OF OREGON
PO Box 40585
Portland, OR 97240

**J. Ashlee Albies**, OSB No. 051846
ashlee@albiesstark.com
ALBIES & STARK LLC
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.427.9292

**Jane L Moisan**, OSB No. 181864
jane@pdxplp.com
PEOPLE'S LAW PROJECT
1500 SW First Ave., Ste. 1000
Portland OR 97201
Facsimile: 503.558.2025

**Matthew Borden**
borden@braunhagey.com
**Hadley Rood**
hrood@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**Marissa R. Benavides**
Benavides@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave., 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

**Kimberly S. Hutchison**
khutchison@singletonschreiber.com

PAGE 1 – DECLARATION OF VANESSA DEETS

SINGLETON SCHREIBER LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Telephone: (619) 771-3473
Facsimile: (619) 255-1515

**Zach Pangares**
zpangares@singletonschreiber.com
SINGLETON SCHREIBER LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: (619) 486-1608
Facsimile: (619) 255-1515

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, *on behalf of themselves and those similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *in his official capacity*; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), *in her official capacity*; U.S. Department of Homeland Security<br><br>Defendants. | Civil No. 3:25-cv-02170-SI<br><br>**DECLARATION OF VANESSA DEETS** |

I, Vanessa Deets hereby declare under penalty of perjury as follows:

1.     I am over the age of 18 and a current resident of Wilsonville, OR. If called to testify, I would and could testify fully and accurately regarding the facts below.

2.     I have lived less than twenty miles south of Portland for about twelve years. I am a mother of five children and a small business owner. Prior to January 31, 2026, I had never attended a major protest.

3.     My eighty-year-old mother-in-law, Susan Deets, was staying in a short-term rental near the Macadam Immigration and Customs Enforcement/Department of Homeland

PAGE 3 – DECLARATION OF VANESSA DEETS

Security facility ("the Facility") in Portland while receiving medical care at Oregon Health & Science University Hospital ("OHSU").

4.     On January 31, 2026, Susan and I planned to watch the people participating in the Labor Against ICE rally from her balcony. However, I could not find any parking near her condo because the roads were barricaded. I saw local law enforcement directing traffic around the road closures. At approximately 4:00 P.M., I parked on South Moody Avenue near Portland Tesla. We walked up South Moody Avenue toward Susan's condo. We passed by the Facility and saw people standing outside, but it was not a huge crowd, so we kept walking.

5.     At approximately 4:10 P.M., Susan and I ran into the front of the crowd marching from Elizabeth Caruthers Park ("the Park") to the Facility on South Lowell Street. Susan asked to stop and watch, and I agreed. I had never seen a crowd of people that big before, and everyone was marching peacefully and chanting "ICE Out!" or "Shame." Around 4:12 P.M., Susan asked if we could join the march; I felt responsible for her wellbeing and did not want to leave her alone, so I agreed to march with her. Next to us in the crowd were two people volunteering as medics for the rally. I asked them for a facemask after I noticed how many of the other people in the crowd were wearing masks; several people were wearing gas masks. One of the medics gave me a disposable facemask to use and I put it on.

6.     We marched with the crowd for a few minutes, and around 4:17 P.M. Susan and I stepped out of the crowd and found a spot for us to stand. I was worried about my mother-in-law being trampled, but there was nothing going on that would put us at risk of trampling at that point. The crowd was still marching peacefully and chanting as more people gathered in front of the Facility. We stood in a small nook created by the entrance to the parking garage under the Gray's Landing building on South Moody Avenue about 250-feet away from the front of the Facility. We stayed in that spot for about ten minutes; I had a decent view of the front of the facility and believed we were out of harm's way at that distance.

7.     Around 4:33 P.M., out of nowhere I heard what sounded like flashbangs exploding. I looked up from my phone to see gas filling the air and was instantly terrified. I had

PAGE 4 – DECLARATION OF VANESSA DEETS

never been in a situation like that before—where law enforcement uses force against a crowd I am in—before that day. I decided that we needed to leave, and I started walking with Susan in front of me amidst a crowd of thousands of other people trying to flee the gas. Despite the crowd's size, everyone stayed as calm as they could in the chaos.

  8. I felt my eyes begin to burn, but I tried my best not to panic and kept walking with Susan and told her to put her facemask on. I thought we were far enough away from the facility for gas to reach us. I guessed it was probably the tall buildings and narrow streets that caused the gas to veer to the right and blow down the street we were on. The burning spread to my nose and throat, rendering my facemask useless.

  9. I was shocked by how debilitating and awful it is to be tear-gassed; I wanted to lie on the ground in the fetal position. I was so terrified because I could not gauge how safe the two of us were at that moment, and I remember thinking to myself, "Am I in a war? Am I going to die right now?" I could hear countless people around me coughing, hacking, and groaning. I saw snot coming out in globs from people's noses. I heard young children and babies crying and someone shouting, "she's pregnant, let her through!"

  10. I kept thinking of this Mel Robbins quote, "no one is coming to save you." This motivated me to keep going despite how awful I was feeling. No one was coming to save Susan or me; I had to save us. I told Susan to hold onto my jacket, and I pulled her behind me as we kept walking. In that moment, it felt like a long journey, but in reality, we had not walked that far.

  11. We turned on South Lowell Street, still walking away from the Facility. Susan sat down on a bench, but I told her she needed to get up so we could keep moving. There was still gas visible in the air around us. We walked a block further until we could finally see the blue sky, ending up on the street near the Old Spaghetti Factory. Our eyes were red and watering, and people who had more experience dealing with tear gas exposure were offered to help us. The fresh air also helped alleviate the burning in my eyes, nose, and throat after a few minutes.

  12. Susan and I sat down on a nearby bench to decompress and talk. We realized we

PAGE 5 – DECLARATION OF VANESSA DEETS

still had to walk back to my car. This made me anxious because I did not want to go back to the area where we were gassed. Around 5:00 P.M., we walked along the bike path by the river to get back to my car.

13. I drove back to the area near the Facility to drop Susan off at her condo. It took a while to find any parking, and we passed by the Facility where I saw there were still agents standing on the roof with their firearms aimed at the crowd gathered below them. I was eventually able to find parking near the condo and dropped Susan off. I drove home after that.

14. My eyes were red for hours after being exposed. I dealt with chest pain and headaches. I am still thinking about the potential residual health effects of being exposed to tear gas and whatever else the agents fired into the crowd.

15. I do not consider myself a radical person; this was my first protest. I felt so proud to be part of a peaceful yet powerful crowd of people rallying together. This experience opened my eyes and changed the way I look at the world. There was no justification for tear-gassing a peaceful crowd exercising their First Amendment rights; we were not doing anything wrong. We were not given any warning to disperse, or that the agents would use gas on us. It felt like the agents deployed tear gas on the crowd for no other reason than that they could.

16. I no longer trust what I read or see in the media about protesters and anti-ICE movements. I have been questioned and had my own experience doubted by people who were not at the rally. I saw how the media took what happened to us at the rally and flipped it around to make us look like we did something wrong by lawfully exercising our First Amendment rights.

17. I think a majority of the people who attended the rally will never go to another protest after this experience. It takes a lot of courage, and a special personality, to want to put yourself at risk like that again. I want to go to more protests, but next time I will have a gas mask. I do not ever want to feel the way I felt that day again. It was so irresponsible for the agents to fire tear-gas cannisters into a crowd of thousands of people without any warning or provocation. I have no faith that there will be any fair treatment of protesters in the future.

PAGE 6 – DECLARATION OF VANESSA DEETS

18. Attached hereto as Exhibit A is a true and accurate copy of a photograph I took at the rally on January 31, 2026.

19. Attached hereto as Exhibit B is a true and accurate copy of a photograph I took at the rally on January 31, 2026.

20. Attached hereto as Exhibit C is a true and accurate copy of a video I took at the rally on January 31, 2026.

21. Attached hereto as Exhibit D is a true and accurate copy of a video I took at the Facility on January 31, 2026.

22. Attached hereto as Exhibit E is a true and accurate copy of a video I took at the Facility on January 31, 2026.

23. Attached hereto as Exhibit F is a true and accurate copy of a video I took at the Facility on January 31, 2026.

24. Attached hereto as Exhibit G is a true and accurate copy of videos I took at the rally and the Facility on January 31, 2026.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED:   02/27/2026

*Vanessa Deets*
VANESSA DEETS

# EXHIBIT A



PAGE 8 – DECLARATION OF VANESSA DEETS

# EXHIBIT B



PAGE 9 – DECLARATION OF VANESSA DEETS

# EXHIBIT C

https://singletonschreiber.filev.io/r/s/29bf1woOBzITjooCL5JlmYgcstiXKqe9NKCfE6RrWiGMGIIoMHfaSpK2

# EXHIBIT D

https://singletonschreiber.filev.io/r/s/29bf5oW93Ae575bW9v2NwBt2oV1PdDAKSz0IFqGryVxhlxUQ4OMpUV7w

# EXHIBIT E

https://singletonschreiber.filev.io/r/s/29bf2SaSPeHOOFftRNx2c3LHF9y6sT9M3aoXZVFNVuH7CdhsvPg5SR38

# EXHIBIT F

https://singletonschreiber.filev.io/r/s/29bf3tLDMn0RI7WiIsvMibCTDEY91JJIe8XJSPLnFU78d0pxdJldVj0e

# EXHIBIT G

https://singletonschreiber.filev.io/r/s/29bf6iBf88KIVt2hEgieNPj2DPJtwUhO7jQE8Qra1ZIU7bdhNvCyN1Ec