BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
JOHN BAILEY
Counsel to the Assistant Attorney General
ANDREW I. WARDEN
Assistant Director, Federal Programs Branch
BRAD P. ROSENBERG
Special Counsel
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 674-0255
Email: alex.yun@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.,* | Case No. 3:25-cv-2170-SI |
| *Plaintiffs*, | |
| v. | **DEFENDANTS' EXHIBIT LIST** |
| DONALD J. TRUMP, *et al.,* | |
| *Defendants*. | |

Defendants hereby provide the Court with a list of Defendants' exhibits admitted into evidence during the Court's hearing on Plaintiffs' Motion for Preliminary Injunction:

- DX – 1: Portland Police Bureau (PPB) Press Release: Update #3: Officers Involved in Shooting Identified, Video Release (last updated Feb. 19, 2026);

- DX – 2: Section of Deposition Testimony of Captain Cameron Bailey used during cross examination, 72 (Oct. 23, 2025), *Oregon v. Trump*, No. 3:25-cv-01756-IM (D. Or 2025);

- DX – 3: Email by Captain Cameron Bailey re: 10/18 Event Notes, filed as exhibit to Deposition Testimony of Captain Cameron Bailey in *Oregon v. Trump*, No. 3:25-cv-01756-IM (D. Or 2025), (NATG-OR-000027);

- DX – 4: Excerpts from the U.S. Customs and Border Protection Use of Force Policy, Guidelines and Procedures Handbook, Office of Training and Development, HB 4500-01C (May 2014)


Dated: March 4, 2026                    Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ERIC HAMILTON
                                        Deputy Assistant Attorney General

                                        JOHN BAILEY
                                        Counsel to the Assistant Attorney General

                                        ANDREW I. WARDEN
                                        Assistant Director

                                        BRAD P. ROSENBERG
                                        Special Counsel

                                        */s/ Alexander J. Yun*
                                        ALEXANDER J. YUN
                                        (D.C. Bar No. 90028923)
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 674-0255
Email: alex.yun@usdoj.gov

*Attorneys for Defendants*