UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated

Plaintiff(s),

v.

DONALD J. TRUMP, President of the United States, in his official capacity; KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS), in her official capacity; U.S. Department of Homeland Security

Defendant(s).

Case No.: 3:25-cv-02170-SI

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Attorney _Diana Lucy V. Hallett_ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

JACK DICKINSON (a.k.a. "the Portland Chicken"), LAURIE ECKMAN, RICHARD ECKMAN, MASON LAKE, HUGO RIOS, on behalf of themselves and those similarly situated

In support of this application, I certify that:  1) I am an active member in good standing with the _New York_ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1) PERSONAL DATA:**

Name: _Hallett_     _Diana Lucy_     _V._
 (Last Name)     (First Name)     (MI)     (Suffix)

Agency/firm affiliation: _Singleton Schreiber, LLP_

Mailing address: _591 Camino De La Reina, Suite 1025_

City: _San Diego_     State: _CA_     Zip: _92108_

Phone number: _619-837-2139_     Fax number: _619.255.1515_

Business e-mail address: _lhallett@singletonschreiber.com_

(2) **BAR ADMISSION INFORMATION**:

    (a) State bar admission(s), date(s) of admission, and bar number(s):
    SEE ATTACHMENT A

    (b) Other federal court admission(s) and date(s) of admission:
    SEE ATTACHMENT A

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS**:

☑ I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

☐ I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions. (Attach letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: 02/17/2026

*(Signature)*

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Simon, Kelly
 (Last Name)  (First Name)  (MI)  (Suffix)

OSB number: 154213

Agency/firm affiliation: American Civil Liberties Union Foundation of Oregon, Inc.

Mailing address: P.O. Box 40585

City: Portland   State: OR   Zip: 97240

Phone number: (971) 322-0869   Fax number:

Business e-mail address: ksimon@aclu-or.org

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 3:25-cv-02170-SI.

DATED: 02/17/2026

*(Signature of Local Counsel)*

# ATTACHMENT A

## LIST OF ALL BAR MEMBERSHIPS

## Diana Lucy V. Hallett

| Name of State Court | Bar Number | Date Admitted | Status with Court |
|---|---|---|---|
| New York State | 5119904 | 2/21/2013 | Active/Registered |