BRETT A. SHUMATE
Assistant Attorney General
ERIC HAMILTON
Deputy Assistant Attorney General
JOHN BAILEY
Counsel to the Assistant Attorney General
ANDREW I. WARDEN (IN #23840-49)
Assistant Director, Federal Programs Branch
BRAD P. ROSENBERG
Special Counsel
ALEXANDER J. YUN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 674-0255
Email: alex.yun@usdoj.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JACK DICKINSON, *et al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>        *Defendants*. | Case No. 3:25-cv-2170-SI<br><br>**NOTICE OF APPEAL** |

Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit this Court's preliminary injunction orders, *see* ECF Nos. 155 & 156, and this Court's opinion and order granting provisional class certification, ECF No. 154.

Notice of Appeal

1

Dated: March 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC HAMILTON
Deputy Assistant Attorney General

JOHN BAILEY
Counsel to the Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Assistant Director
ALEXANDER J. YUN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel.: (202) 616-5084
Email: Andrew.Warden@usdoj.gov

*Attorneys for Defendants*