# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form06instructions.pdf](http://www.ca9.uscourts.gov/forms/form06instructions.pdf)

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Donald J. Trump; Kristi Noem; U.S. Department of Homeland Security |

Name(s) of counsel (if any):

| |
|---|
| See Attachment A |

Address: | See Attachment A

Telephone number(s): | See Attachment A

Email(s): | See Attachment A

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Jack Dickinson; Laurie Eckman; Richard Eckman; Mason Lake; Hugo Rios |

Name(s) of counsel (if any):

| |
|---|
| See attachment B |

Address: | See attachment B

Telephone number(s): | See attachment B

Email(s): | See attachment B

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## ATTACHMENT A

## APPELLANTS COUNSEL INFORMATION

| | |
|---|---|
| Michael Shih<br>202-353-6880<br>Michael.shih@usdoj.gov<br><br>Brenna Scully<br>202-880-6114<br>Brenna.scully@usdoj.gov<br><br>Douglas Dreier<br>202-514-4452<br>Douglas.c.dreier@usdoj.gov<br><br>August E. Flentje<br>202-514-3309.<br>August.Flentje@usdoj.gov<br><br>U.S. Department of Justice<br>Civil Division<br>Appellate Staff<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | |

**ATTACHMENT B**

**APPELLEES COUNSEL INFORMATION**

| | |
|---|---|
| Kimberly Hutchison<br>619-860-0121<br>Khutchison@singletonschrieber.com<br><br>Liam Barrett<br>619-467-0919<br>lbarrett@singletonschrieber.com<br><br>Lucy Hallett<br>917-566-1952<br>lhallett@singletonschrieber.com<br><br>Mark Fleming<br>619-652-9961<br>Mfleming@singletonschrieber.com<br><br>Taylor Marrianan<br>619-977-6638<br>Tmarrianan@singletonschrieber.com<br><br>Zachary Pangares<br>619-486-1608<br>Zpanagares@singletonschrieber.com<br><br>Singleton Schrieber, LLP<br>591 Camino De La Reina, Suite 1025<br>San Diego, CA 92108 | Matthew Borden<br>415-599-0210<br>borden@braunhagey.com<br><br>Hadley Rood<br>415-651-3352<br>hrood@braunhagey.com<br><br>Marissa Benavides<br>646-876-5766<br>Benavides@braunhagey.com<br><br>Braun, Hagey & Borden LLP<br>747 Front Street 4th Floor<br>San Francisco, CA 94111 |
| Kelly Simon<br>503-444-7015<br>Ksimon@aclu-or.org<br><br>Eri Andriola<br>503-227-3186<br>Eandriola@aclu-or.com<br><br>ACLU of Oregon<br>P.O. Box 40585<br>Portland, OR 97240 | Jessica Albies<br>503-308-4770<br><br>Ashlee@albiesstark.com<br>Albies & Stark LLC<br>1500 SW First Avenue, Suite 1000<br>Portland, OR 97201 |

Jane Moisan
971-258-1292
jane@pdxplp.com
People's Law Office
1500 SW First Avenue, Suite 1000
Portland, OR 97201